RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA 2006 JUN 27 A 10: 21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARLON MARTIN
Plaintiff(s)/Petitioner(s)

vs.

CIVIL ACTION NO. 2:06cv573-MHT-VPM
(To be supplied by Clerk of Court)

PRISON HEALTH CARE SERVICES
Defendant(s)/Respondent(s)

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, MARLON MARTIN, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in *forma pauperis* in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:**
CIVIL, NEGLIGENCE AND DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS

II. **RESIDENCE:**
Your address: STATON CORR. FAC./ P,O. BOX #56
(Street)
ELMORE, ALABAMA                                           36025-0056
(City)                    (State)                         (Zip Code)

III. **MARITAL STATUS:**
1. Single XXXXXX   Married _____   Separated _____   Divorced _____
2. If married, spouse's full name: _____

IV. **DEPENDENTS:**
1. Number: -0-
2. Relationship to dependent(s): N/A
3. How much money do you contribute toward your dependents' support on a monthly basis? $ N/A

Revised 12/14/01

V.  **EMPLOYMENT:**
1. Name of employer: __NONE__
   a. Address of employer: __N/A__
      (Street)
      __N/A__
      (City)            (State)            (Zip Code)
   b. How long have you been employed by present employer?
      Years: __N/A__        Months __00__
   c. Income: Monthly $ __00__        or Weekly $ __00__
   d. What is your job title? __N/A__

2. If unemployed, date of last employment: __2000__
   Amount of salary and wages received per month in last employment: $ __5.35 Hr.__

3. Is spouse employed? __N/A__    If so, name of employer: __N/A__
   a. Income: Monthly $ __N/A__    or Weekly $ __N/A__
   b. What is spouse's job title? __N/A__

4. Are you and/or your spouse receiving welfare aid? __N/A__
   If so, amount: Monthly $ __00__    or Weekly $ __00__

VI. **FINANCIAL STATUS**
1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: __NONE__
   b. Full Address: __NONE__
   c. In whose name: __NONE__
   d. Estimated value ----------------------------
   e. Total amount owed ---------------------- $ __0__
      Owed to: _____ $ __0__
                _____ $ __0__
                                       $ __0__
   f. Annual income from property ------------- $ __0__

2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
   a.                          Asset (1)           Asset (2)
      Make & Model:            __NONE__            _____
      In whose name registered? _____         _____
      Present Value of Asset:   _____         _____
      Amount owed:              _____         _____
      Owed to:                  _____         _____
   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else - $ _____

2

c. List monies received by you during the last twelve (12) months, or held for you by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession or other forms of self-employment - $ 0
Rent payments, interest or dividends -------------- $ 0
Pensions, annuities or life insurance payments ------- $ 0
Gifts or inheritances ------------------------- $ 0
Stocks, bonds or notes ---------------------- $ 0
Tax refunds, Veteran benefits or social security benefits $ 0
Any other sources -------------------------- $ 0

3. Obligations:
   a. Monthly rental on house or apartment ---------- $ 0
   b. Monthly mortgage payments on house ----------- $ 0

4. Other information pertinent to your financial debts and obligations:

   NONE
   _____      _____      _____
      (Creditor)               (Total debt)           (Monthly payment)
   NONE
   _____      _____      _____
      (Creditor)               (Total debt)           (Monthly payment)
   NONE
   _____      _____      _____
      (Creditor)               (Total debt)           (Monthly payment)

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)

_____
_____
_____
_____

Other (Explain): _____
_____
_____
_____

3

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

6/14/06
DATE

*Marlon Martin*
SIGNATURE OF PLAINTIFF/PETITIONER

P.O. Box 56
ADDRESS
Elmore Ala 36025

_____ C Burnett _____ Notary
6-11-06 Date

4

# VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

6/14/06
DATE

*Marlon Martin*
SIGNATURE OF PLAINTIFF/PETITIONER

P.O. Box 56
ADDRESS
Elmore Ala 36025

C Burnett — Notary
6-11-06 — Date

4

## VIII. FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint must accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($150.00 for a civil action, $5.00 for a habeas corpus petition, or $105.00 for an appeal).

_6/13/06_
DATE

_Marlon Martin_
SIGNATURE OF PLAINTIFF/PETITIONER

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _0.08_ on account to his/her credit at _Staton C. F._ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ _0.00_. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ _0.08_. (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

_6/13/06_
DATE

_Felisha Autery_
SIGNATURE OF AUTHORIZED OFFICER

5

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
STATON CORRECTIONAL FACILITY

AIS #: 225145       NAME: MARTIN, MARLIN                          AS OF: 06/09/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUN | 21 | $2.11 | $0.00 |
| JUL | 31 | $2.11 | $0.00 |
| AUG | 31 | $2.11 | $0.00 |
| SEP | 30 | $2.11 | $0.00 |
| OCT | 31 | $2.11 | $0.00 |
| NOV | 30 | $2.11 | $0.00 |
| DEC | 31 | $7.31 | $20.00 |
| JAN | 31 | $0.17 | $0.00 |
| FEB | 28 | $0.17 | $0.00 |
| MAR | 31 | $0.17 | $0.00 |
| APR | 30 | $0.17 | $0.00 |
| MAY | 31 | $2.07 | $20.00 |
| JUN | 9 | $0.08 | $0.00 |