| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Angela Thornell* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Angela Thornell*   C. Date of Delivery 6/30/06 |
| 1. Article Addressed to:<br><br>Prison Health Services, Inc.<br>c/o Medical Director<br>Staton Correctional Facility<br>P.O. Box 56<br>Elmore, AL 36025-0056<br><br>06CV573 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0003 5811 2236 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540