IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARLON MARTIN, #225145,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-573-MHT |
| | ) |
| **PRISON HEALTH SERVICES, INC.,** | ) |
| | ) |
| Defendant, | ) |

**MOTION FOR EXTENSION OF TIME
FOR FILING OF DEFENDANT'S SPECIAL REPORT**

COMES NOW the defendant, designated as Prison Health Services, Inc., and requests from this court an extension for sixty (60) days to the time in which the Special Report required by the Court's order of June 29, 2006 is to be filed. In support of this Motion, this defendant shows unto this Court that the physicians providing treatment for the plaintiff while receiving treatment from Prison Health Services, Inc. have changed. This defendant is in possession of the medical records of the plaintiff, but needs appropriate time to have the entire medical records reviewed by the current medical director so that a proper and correct Affidavit from the medical director can be prepared and filed with the Court along with the medical records.

WHEREFORE, the defendant requests from this Court an Order allowing an additional sixty (60) days for this defendant to file the Special Report with the Court.

Respectfully submitted this 2nd day of August, 2006.

s/H.C. Ireland, III
H.C. Ireland, III
Bar Number: ASB-9915-D66H

          PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
22 Inverness Center Parkway
Suite 600
Birmingham, Alabama 35242-3721
(205) 980-5000
(205) 980-5001 Fax
_____E-mail: phm@phm-law.com

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARLON MARTIN, #225145, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-573-MHT |
| ) | |
| PRISON HEALTH SERVICES, INC., ) | |
| ) | |
| Defendant, ) | |

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon the following by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed on this the 2nd day of August, 2006.

Marlon Martin, #225145
P.O. Box #56
Elmore, Alabama 36025-0056

**s/H.C. Ireland, III**
H.C. Ireland, III
Bar Number: ASB-9915-D66H
PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
22 Inverness Center Parkway
Suite 600
Birmingham, Alabama 35242-3721
(205) 980-5000
(205) 980-5001 Fax
E-mail: phm@phm-law.com