IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARLON MARTIN, #225145, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-573-MHT |
| | ) |
| PRISON HEALTH SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendant on August 2, 2006 (Court Doc. No. 6), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the defendant be GRANTED an extension from August 8, 2006 to and including September 8, 2006 to file a special report and answer in compliance with the order entered on June 29, 2006 (Court Doc. No. 4).

Done this 2nd day of August, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE