

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED



RECEIVED
JUL 2 1 2006
By_____

### PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

NAME: *Martin, Marlon*
225145

DIAGNOSIS (If Chg'd)
① D/C Robaxin now
② Robaxin 500y BID X 10 days
③ Double portion diet 365
④ HCU visit 6 wks

D.O.B. *12/7/70*
ALLERGIES: *Blocfen*
Use Second    Date *6/29/06*

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: *Martin, Marlon*
225145

DIAGNOSIS ⑤ HCU visit 4 wks
① Double portion diet X 365 day
② Robaxin 500g po BID X 10 days
③ May purchase 1 pair of state issued
    tennis shoes - 365
④ R Knee sleeve 9mm —

D.O.B. *12/7/70*
ALLERGIES: *Blocofen*
Use First    Date *5/25/06*

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

✗ Return chart to m. Pearst after ...



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Martin, Marlon
225145

D.O.B. 12/12/70
ALLERGIES: NKA

Use Last    Date 5/1/06

DIAGNOSIS (If Chg'd)    Lab form & Lab Tech
① Has Rheumatoid profile been
done as ordered 4/21/06
(ie 097279)
— if not make sure it is
done

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Martin, Marlon
225140

D.O.B. 2/12/70    SCL
ALLERGIES: NKA

Use Fourth    Date 1/24/06

DIAGNOSIS (If Chg'd)
① D/C baclofen current order
② BBP — 180 days — give
③ D/C & comp tonight
④ Return Chart to me tonight
⑤ Flexeril 10g BID X 7 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Martin, Marlon
225140    SCL    6'5"A

D.O.B. 12/12/70

ALLERGIES: NKA

Use Third    Date 4/21/06

DIAGNOSIS (If Chg'd)    5/25 pharmacy
① HCW visit ā Dr Pruitt
4-5 wk
② Rheumatoid profile (097279)
next lab day
in 4/22/06 2100

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Martin, Marlon
225142

D.O.B. 12/12/70

ALLERGIES: NKA

Use Second    Date 4/18/06

DIAGNOSIS (If Chg'd)
X-ray — Lumbar-Sacral spine
— Pelvis bone & Both hips
— Both knees
⑤ profile II forcing - next lab day
⑥ Return chart to me

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Martin, Marlon
225140    station    425

D.O.B. 12/17/70

ALLERGIES: NKA

Use First    Date 4/18/06

DIAGNOSIS
① Baclofen 20 ↑ 10 BID X 30 days
② Profile for 1 cane 180 days  low gun
③ No standing prolonged 7 10 m 180 day
④ X ray — thoracic ⟩ spine
Lumbar ⟩ see chart

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Martin, Marlon<br><br>Stetson<br>9125<br>D.O.B. 12/7/70<br>ALLERGIES: NKA<br><br>Use Last        Date 3/2/05 | DIAGNOSIS (If Chg'd)<br>V/M R/U Dr Chaney<br><br>Hinged Knee brace ) Done Mm Bee<br>DMF 3/00<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED   D McCrum |
| NAME:        Martin, Marlon<br><br><br>D.O.B.    /   /<br>ALLERGIES:<br><br>Use Fourth    Date 3, 16 05 | DIAGNOSIS (If Chg'd)<br>@ um Dr Cang<br><br>E Clig N<br>3/31/05  3:15p<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED   H. Hahn |
| NAME:        Martin & Marlon<br><br><br>D.O.B.    /   /<br>ALLERGIES:<br>ATP<br>3/15<br>17P<br>Use Third     Date 3, 15, 05 | DIAGNOSIS (If Chg'd)   1%<br>① Hydrocortisone A Cream  KOP<br>     disp Two tubes<br>② Toradol 60 mg IM x 1 now<br>③ Hold N Mon Knee pain III<br>④ Motter uCD TW x 7d<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Martin, Marlon<br>225146<br>D.O.B. 12/7/70<br>Statson<br>ALLERGIES: NKA<br><br>Use Second   Date 2/5/05 | DIAGNOSIS (If Chg'd)<br>Selenium Sulfide lotion AAA QD<br>          x 14 days<br>          hep<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED   D McCrum |
| NAME: Martin, Marlon<br>225146<br><br>D.O.B.    /   /<br>ALLERGIES:<br><br>Use First      Date 12/8/05 | DIAGNOSIS<br>KIRST EYE CLINIC<br>DFE / V.F / SLG<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Martin, Marlon
225145
Stotan
D.O.B. 12/7/70
ALLERGIES: NKA
Use Last     Date 8/12/05

DIAGNOSIS (If Chg'd)
Schedule appt c̄ Dr. Chuncy +
obtain results of MRI
8/12/05

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED   [signature]

---

NAME: Martin, Marlon
225145
Stotan
D.O.B. 12/7/70
ALLERGIES: NKA
Use Fourth   Date 8/12/05

DIAGNOSIS (If Chg'd)
Hydrocortisone cream AAA BID x 30days
 π Tubes
Selenium Sulfide lotion AAA BID
noted c̄ keefer   x 14 days/shqp
CH 8/13/05 @ 2400

☑ GENERIC SUBSTITUTION IS **NOT** PERMITTED   [signature]

---

NAME: Martin, Marlon
225145
Stotan
D.O.B. 12/7/70
ALLERGIES: NKA
Use Third    Date 7/20/05

DIAGNOSIS (If Chg'd)
HCU Visit in 21 days √ Status of NM
NMs for MRI + F/U Dr. Chuncy submitted

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED   [signature]

---

NAME: Martin, Marlon
225145
D.O.B. 12/17/70
ALLERGIES: N/CA
Use Second   Date 4/27/05

DIAGNOSIS (If Chg'd)
Hydrocortisone 1% cream x 90 days KOP
c̄ disp 4 tubes
No prolonged standing ≥ 10 Minutes x 30 days
V.O. Dr. Williams/A M Zon, RN

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Martin, Marlon
225145
D.O.B.   /   /
ALLERGIES:
Use First    Date 4/22/05

DIAGNOSIS
① REFER FOR NESROLOGY WORK-UP
- Optic Atrophy OS

② ORDER SAFETY GLASSES

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED   [signature]

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Martin, Marlon
B.moore
D.O.B. 12/7/70   Station
ALLERGIES: NKDA

Use Last    Date 1/6/05

DIAGNOSIS (If Chg'd)    1/11/05 MD
HCU Visit    Visual Disturbance

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Martin, Marlon
B.moore
D.O.B. 12/7/70
ALLERGIES: NKDA

Use Fourth    Date 1/14/05

DIAGNOSIS (If Chg'd)
No prolonged standing profile some
520 minutes x 30 days
knee sleeve Sm
Hydrocortisone cream NKBID x 30 days   2 tubes

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Martin  Marlon
D.O.B. 12/7/70   Elmore
ALLERGIES:

Use Third    Date 10/18/04

DIAGNOSIS (If Chg'd)  Atopic Dermatitis
① Hydro cortisone cream 60gm KOP
    x 60 d
② F/u ortho Dr Cherry  Lwk appt
    Mr Ellis

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Martin  Marlon
D.O.B. 12/7/70   225/45
ALLERGIES:

Use Second    Date 9/23/04

DIAGNOSIS (If Chg'd)
① Hydrocortisone cream 60gm KOP
    x 30d

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Martin, Marlon
Draper
D.O.B. 12/17/70
ALLERGIES:

Use First    Date 9/20/04

DIAGNOSIS    See previous page
MOU x 23 hours
Knee immobilizer, May remove to rest
& Shower on M, W, F
TOE touch wt bearing c crutches

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

60110 (4/03)    **MEDICAL RECORDS COPY**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Martin, Marlon

DIAGNOSIS (If Chg'd)  See next page
BBP; no standing greater than 10 mins x 6wks
Dressing A, M, WF
Crutch profile
Ortho F/u - 2wks
Motrin 600 mg TID prn x 10 days

D.O.B. 12/17/70
ALLERGIES: NKDA

Use Last    Date 9/17/04

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Martin, Marlon
9/20/04   0723

DIAGNOSIS (If Chg'd)
6) BB, limited walking / standing x 6 wks.

D.O.B.  /  /
ALLERGIES:

Use Fourth    Date  /  /

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Martin, Marlon
9/20/04   0723

DIAGNOSIS (If Chg'd)
1) Dressing Δ q MWF
2) Crutches
3) Ortho F/u ~2 wks ok
4) Motrin 600 mg po tid prn x60d.
5) D/c to DOC - return to prior facility.

D.O.B.  /  /
ALLERGIES:

Use Third    Date  /  /

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Martin, Marlon
AIS # 225145

DIAGNOSIS (If Chg'd)
Vicodin 1 po q 4 hrs PRN x 7 days
W.O. Dr Chung / Dr. Robbins / A Wilson gm

D.O.B. 12/17/70
ALLERGIES:

Use Second    Date 9/17/04

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Martin, Marlon
AIS # 225145

DIAGNOSIS
Toe touch weight bearing on (R) leg
May be out of knee immobilizer to tone knee
Keep immobilizer on when up.
Change dressing PRN. DC 9-204
Ice to knee PRN. W.O. Dr Robbins / A Wilson

D.O.B. 12/17/70
ALLERGIES:

Use First    Date 9/17/04

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Morton, Morlon
# 225145

D.O.B. 2/17/70
ALLERGIES: NKDA        Draper

Use Last    Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Morton, Morlon
# 225145

D.O.B. 2/17/70
ALLERGIES: NKDA        Draper

Use Fourth    Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Morton, Morlon
#225145

D.O.B. 2/17/70
ALLERGIES: NKDA        Draper

Use Third    Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Morton, Morlon
#225145

D.O.B. 2/17/70
ALLERGIES: NKDA        Draper

Use Second    Date 08/17/04

DIAGNOSIS (If Chg'd)
No prolonged Standing 730mins
X180d
V/O D. McArthur P-A

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Martin, Morton
#225145            Marlon

D.O.B. 2/17/70
ALLERGIES: NKDA        Draper

Use First    Date 7/13/04

DIAGNOSIS
No prolonged Standing greater than 30 mins
dens

Order taken off 7/13/04
E. Ellis RN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**MEDICAL RECORDS COPY**

J110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Martin Marlon<br>225145<br><br>D.O.B. 2/17/70<br>ALLERGIES: NKA<br><br>Use Last     Date 7/14/04 | DIAGNOSIS (If Chg'd)<br>① Schedule Appt in HCU for<br>Eval of Knee Abnormal MRI<br><br>Appt 7/23 (cu)                    H. Hilly<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Martin Marlon Draper<br># 225145<br>D.O.B. 2/17/70<br>ALLERGIES: NKDA<br><br>Use Fourth     Date 6/16/04 | DIAGNOSIS (If Chg'd) Rt Knee ACL tear per Dr. Chung<br>MRI Rt Knee Vm don<br>E Ellison 6/16/04<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br><br>D.O.B.    /   /<br>ALLERGIES:<br><br>Use Third     Date    /   / | DIAGNOSIS (If Chg'd)<br><br><br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br><br>D.O.B.    /   /<br>ALLERGIES:<br><br>Use Second     Date    /   / | DIAGNOSIS (If Chg'd)<br><br><br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Martin Marlon<br><br>D.O.B. 2/17/70<br>ALLERGIES: NKDA<br><br>Use First     Date 2/17/04 | DIAGNOSIS<br>HCU visit ® Knee done (cu)<br>LPN reported crepitus<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Martin Marlon Draper 225145 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 12/17/70 | HCU Insit Procedure Plan |
| ALLERGIES: NWA | Knee infection |
| | appt. 5/19@ |
| Use Last    Date 5/1/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  M Blunt |

| NAME: Martin Marlon Draper 225145 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 12/17/70 | |
| ALLERGIES: NWA | No prolonged Standing > 20 min x 60 days |
| Use Fourth    Date 5/10/04   Noted | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  D M Blunt |

| NAME: Martin, Marlon Draper 225145 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 12/17/70 | Inform Pt that request for MRI |
| ALLERGIES: NWA | is pending |
| | Have Mr Ellis √ status of UM |
| Use Third    Date 5/10/04 | Naproxen 375 = PO BID x 14 days |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  M Blunt |

| NAME: Martin Marlon 225145 Draper | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 12/17/70 | UM for MRI |
| ALLERGIES: NWA | 4:35 pm |
| | E. __ 4/29/04 |
| Use Second    Date 4/29/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  M Blunt |

| NAME: Martin Marlon Draper 225145 | DIAGNOSIS |
|---|---|
| D.O.B. 12/17/70 | Knee Brace |
| ALLERGIES: NWA | Naproxen 375 mg T BID x 14 day |
| | X Ray R Knee |
| Use First    Date 4/29/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  M Blunt |

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Martin, Marlon | D.O.B.: / / |
|---|---|---|

**3/21/05**
**8 A**

In MOU awaiting to see HCP re: eval (R) knee. Wt 167
116/84  P-116  R-20  02 sat 97%  T-97 — ~~illegible~~
Return from Dr. Chung FWA
   See Dr. Chung's note.
   F/U c̄ Dr. Chung in 3 weeks. UM submitted
   Will attempt to obtain hinged knee brace
      for inmate.
   Profile for no work on wet/slippery surfaces
                    _[signature]_

**8/12/05**  2ᵒᵒ pm  Back from FWA. T-97², p 60, R 18, Sat 98%
                   wt. 163 lb. ————————— _[signature]_
                   RT

**8/19/05**  Return from FWA Dr. Chung.
          Note reviewed –
          Return to Dr. Chung PRN
                   _[signature]_

**12/6/05**  207/CP re: ✓ ft
         s my feet really hurt, wear since heel surgery on my knee
         o Walking c̄ ungraceful gait, wearing slides and socks
         feels feet, both, back when I try to supinate hips.
         Overly sensitive. Pulses 2+ equal, cap refill less than
         3 secs. Still wearing knee brace. Feet s̄ redness, broken
         skin, blisters or other abnormalities

mplete Both Sides Before Using Another S___t

| Date/Time | Inmate's Name: | Marble, Marlon   225145 | D.O.B.: | / | / |

12/6/05 con A S/p knee surgy ē 14 ago

P- Wear out of knee brace; will give sleeve, insoles,
My have shoes, but not Medically necessary.
E- Exercises to strengthen knee. Wear off knee brace
(illegible signature)

4/18/06  209/CP re Eval 3/30/06 sick call
(S) For sick call visit for c/o generalized muscle
spasm and stiffness in my lower back. Naprosyn
does not help. I have had flexeril and it works.
The stiffness gets in my back + radiates into my
arms & fingers. This has been occuring for approx
1 year. Pt c/o surgery on his (R) knee 10 years
ago & states he collapsed because of the bad knee.
"One officer felt he may have had a stroke
in the past."
PmH @ACL — repair
    ∅ known HTN, DM, or any ∫
(O) alert NAD  then bleh (M)
    Pt appears to drag (R) leg with very unsteady gait
    Neun PERRLA EOMs intact

    Neck supple
    H+S mg v
    good hand grip - bilat - No swelling
    knees ē operating but c/o stiffness
    (R) knee leg ē ↓ strength on flexion + extension,
        against resistance
    ō ext 5 Edit
(A) Cl Generalized stiffness ↓ ? muscle spasm
    (2) unstable (R) knee s/2 ACL repair  (signature)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Martin, Marlon 225145 | D.O.B.: / / |
|-----------|--------------------------------------|-------------|

5/25/06   20+/CPN: f/u

Ⓢ F/U visit c̄ pt c̄o wt loss, + persistent stiffness in lower back making it difficult to ambulate;

\* No h/o — Tore Ⓛ ACL playing basketball 2002
Head — Came to prison 2002
injury — Ⓑ ACL surgery 2004 (fence gave out)

At Staton while stepping up in chow line my Ⓡ knee gave out 10 months ago.

\* pt slipped in bathroom on wet floor c̄ severe pain in Ⓡ back + radiating into leg

— Seen by Tru. Clinic who felt that ACL repair was good — Also confirmed by MRI of knee

— pt started hot water shower to back which lower [?] & 2 [?] stool or urine

Ⓞ Unsteady gait
Neuro intact
Low Back — mild muscle spasm
St. leg ⊖   Ⓡ knee fair to NL otherwise
except ? when walking c̄ pt demos
problem c̄ needs

ⒶⓅ Unsteady Gait
ⓒ Back pain c̄ muscle spasm
ⓓ S/P Ⓑ ACL repair — (MRI suggest — Satisfactory repair 5/05)

Ⓡ See order
ⓔ Robax in BID x 7 days intermittently   [signature]

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|
| 6/29/06 | DonichP w. f/u Knee | |

Facility: Staton Correctional Facility                                    N/K/A

Patient Name: _Martin_    _Morton_
                    Last              First

Inmate Number: 225146    Date of Birth: 12 / 17 / 70
                                        MM   DD    YYYY

Date of Report: 4 / 24 / 06    Time Seen: 6:00    AM / PM Circle One
                MM  DD  YYYY

**Subjective:** Chief Complaint(s): N/V, lightheadness, gait, tight muscles both arms

Onset: Started last evening p̄ taking first Baclofen

History: Picked-up KOP (baclofen 20mg) last evening and
(Continue on back if necessary) shortly p̄ first tab started lightheadness. Muscle
tightness p̄ 2nd tab                                    ☐ Check Here if additional notes on back

Vomiting:    ☐ No    ☑ Yes (Number of times: X 3 )
Associated symptoms: Abdominal pain  ☑ No  ☐ Yes (if yes, Pain Scale:(1-10)____ )
                     Blood in emesis  ☑ No  ☐ Yes  ☐ Other: ____

Last Meal: Time: 4:00 pm    Food Type: Roll, meat patty, corn, potatoes, cake
Additional History: Excessive Alcohol Use? ☑ No  ☐ Yes  History of Pancreatitis? ☑ No  ☐ Yes
            History of Gallstones? ☑ No  ☐ Yes  Last Menstrual Period (LMP) if applicable: ____

**Objective:** Vital Signs: (If Indicated)  T: 97.6   P: 70   RR: 20   B/P: 118 / 74  O2S 97%

General appearance: ☐ No acute distress  ☑ Acute distress  ☐ Unable to stand erect  ☐ Palor
Skin: ☑ Warm  ☐ Dry  ☐ Cool  ☐ Moist/Clammy  Color: ☑ Normal  ☐ Jaundiced  ☐ Other: ____
Mucous Membranes: ☑ Moist  ☐ Dry

**ABDOMINAL EXAM**
Bowel sounds: ☐ Present  ☐ Decreased  ☑ Absent
Abdomen: ☑ Soft  ☐ Guarding  ☐ Distended  ☑ Non-Tender  ☐ Tender ____
                                                                    Location

Pain induced/increased with: Walking  ☑ No ☐ Yes
Pain induced/increased with: Gentle abdominal palpation ☑ No  ☐ Yes

☑ Additional Examination: Walked c̄ gait. Vomit showed food content
(Continue on back if necessary) Requests to be held in MOU                ☐ Check Here if continued on back

**Assessment:** (Referral Status)

☐    Referral **NOT Required**    Preliminary Determination(s): ____

☑    Referral **Required** due to the following: (Check all that apply)
     ☐ Presence of any suspicious cardiac symptomology  ☐ Cardiac history  ☐ Recurrent Complaint (More than 2 visits)
     ☐ Abnormal Abdominal examination  ☐ History of recent illicit drug use
     ☑ Other (Describe): light headed.

**Comments:** An emergent referral is generally not needed if: (1) Vital signs WNL, (2) No blood in emesis, (3) No signs of dehydration.
You should contact a physician or nursing supervisor if you have any questions about the status of the patient.

**Plan:**
Check All That Apply:
☐ Instructions to return in 6 hours if condition worsens, or in 24 hours if no improvement
☐ Clear liquid diet X 24 hours
☐ Education: The Patient was educated regarding the signs and symptoms for which they should seek immediate medical attenti
  (Persistent vomiting, significant weakness, signs of dehydration, worsening abdominal pain, fever.) The patient demonstrates
  understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate
  follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ OTC Meds given: ☐ Maalox 30cc PO QID x 3 days unless contraindicated.
☐ Other OTC Medications given  ☐ NO  ☐ YES (If Yes List): ____
                               VO: ① To MOU c̄ 23rd
Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): ② Phenergan 25, IM 1F Date of referral: __ / __ / __
                                                                              MM  DD  YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☑ Emergent  (if emergent who was contacted?): ____    Time

X _____    Name: _____
   Nurse's Signature                  Printed

HCX
(FRI) APR 28 2006 14:54/ST. 14:48/NO. 6312281287 P 14

HEALTHCARE CORRECTIONS   *Page 1*
RADIOLOGY SERVICES REQUEST AND REPORT

Name: *Marlon, Marlon*
State ID No: 225148
DOB: 12/17/70
Race: 3   Sex: m

INSTITUTION: STATON

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| *Peasant* | 4/19/06 | 1030 | | | |

HISTORY/DIAGNOSIS:

*Joint Pain*

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/W/O WEIGHT) | FOOT | ORBITS | | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | | |
| CERVICAL SPINE | HIP ☒ Both | PELVIS ☒ | | TEMPORO-MANDIBULAR JOINTS |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | | THORACIC SPINE ☒ |
| COCCYX | KNEE ☒ Both | RIBS | | TIBIA/FIBULA |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE ☒ | SACRO-ILIAC JOINTS ☒ Lumbar | | TOES |
| ELBOW | MANDIBLE | SCAPULA | | WRIST |
| FACIAL BONES | MAXILLA | SHOULDER | | ZYGOMA |
| FEMUR | NASAL BONES | SKULL | | ZYGOMATIC ARCH |

### REPORT

THORACIC SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY.

LUMBAR SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY.

PELVIS AND BILATERAL HIPS: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NEGATIVE STUDY.

LEFT KNEE: Joint space is maintained. There is mild spurring noted along the superior aspect of the patella. There is localized bony density within the proximal tibia, probably representing a small bone island. No arthritic changes are apparent. There is no evidence of fracture.
IMPRESSION:  MILD LOCALIZED PATELLA SPURRING.

RIGHT KNEE: Screw is in place in the distal femur and a 2nd the proximal tibia. Findings are felt to be secondary to previous ligamentous repair. Joint space is maintained. There is no evidence of recent fracture or dislocation. No significant change is apparent when compared to the study of 03-15-05.

D. & T: 04-28-06 Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)   ak 5/1/06

RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

DATE, TIME  EXAM PERFORMED   4-26-06

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIGNED

SERVICES REQUEST AND REPORT

INSTITUTION: _Staton_

State ID no. _____

DOB _6-16-61_

Race: _B/m_   Sex: ____

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician's Name | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| L Lassiter CRNP | 10 27 05 | | ✓ | | |

HISTORY/DIAGNOSIS:

Pain in Hip

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| ABDOMEN/KUB | FINGERS | MANDIBULAR VIEW | SOFT TISSUE STUDIES | |
| ACROMIO-CLAVICULAR JOINTS (WITH WEIGHT) | FOOT | ORBIT | STERNUM | |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS | |
| CERVICAL SPINE | HIP ✓ | PELVIS | THORACIC SPINE | |
| CHEST PA & LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA | |
| COCCYX | KNEE | RIBS | TOES | |
| CONE DOWN BELLA TURCICA | LUMBAR SPINE ✓ | SACRO-ILIAC JOINTS | WRIST | |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA | |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH | |
| FEMUR | NASAL BONES | SKULL | | |

### REPORT

McMiller

RIGHT HIP: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NO BONY ABNORMALITY IS DETECTED. HOWEVER, IF SYMPTOMS PERSIST A FOLLOW UP EXAMINATION IS RECOMMENDED.

LUMBAR SPINE: The vertebrae are well aligned. The examination shows scattered mild degenerative and hypertrophic changes. There are no other significant findings.
IMPRESSION: MILD DEGENERATIVE CHANGES.

D & T 11-03-05 Maurice H. Rowell/rr Board Certified Radiologist (Signature on File)

_____     _____     _11-2-05_
X-RAY TECHNOLOGIST'S NAME (PRINT)     X-RAY TECHNOLOGIST'S SIGNATURE     DATE, TIME EXAM PERFORMED

_____     _____     _____
RADIOLOGIST'S NAME (PRINT)     RADIOLOGIST'S SIGNATURE     DATE SIGNED



## Integrated Magnetic Imaging

| | |
|---|---|
| **Date:** | **08/12/05** |
| **Patient:** | **Martin, Marlan** |
| **DOB:** | **12/17/70** |
| **Physician:** | **McArthur ( Staton Prision)** |
| **Tech:** | **Michael Harris RT (R) (CT)** |
| **Chart #:** | **S081205-9** |
| **Tape:** | |
| **Indication:** | **Pain.** |

**SCAN:** MRI of the right knee.

**TECHNIQUE:** Multiplanar MR imaging performed through the right knee.

**FINDINGS:** Prior ACL repair seen. The cruciate ligament appears unremarkable. The medial and lateral menisci show no focal articular surface tear. Patella tendon appears unremarkable. Medial and lateral collateral ligaments are within normal limits. No abnormal marrow signal within normal limits without evidence of edema or fracture. Patella hylan cartilage appears normal.

**IMPRESSION:** Satisfactory post ACL repair.

Thank you for this patient referral.

Ross Barnett, MD

RB/jr
D: 08/12/05
T: 08/15/05

 



# imi

## Integrated Magnetic Imaging

| | |
|---|---|
| **Date:** | **08/12/05** |
| **Patient:** | **Martin, Marlan** |
| **DOB:** | **12/17/70** |
| **Physician:** | **McArthur ( Staton Prision)** |
| **Tech:** | **Michael Harris RT (R) (CT)** |
| **Chart #:** | **S081205-9** |
| **Tape:** | |
| **Indication:** | **Pain.** |

---

**SCAN:** MRI of the right knee.

**TECHNIQUE:** Multiplanar MR imaging performed through the right knee.

**FINDINGS:** Prior ACL repair seen. The cruciate ligament appears unremarkable. The medial and lateral menisci show no focal articular surface tear. Patella tendon appears unremarkable. Medial and lateral collateral ligaments are within normal limits. No abnormal marrow signal within normal limits without evidence of edema or fracture. Patella hylan cartilage appears normal.

**IMPRESSION:** Satisfactory post ACL repair.

Thank you for this patient referral.

_Ross Barnett_

---
Ross Barnett, MD

RB/jr
D: 08/12/05
T: 08/15/05

7094 University Court • Montgomery, AL 36117

(334) 271-OPEN (6736) • Office: (334) 271-1345 • Fax: (334) 271-1342



www.imiofmontgomery.com

_A Division of Ransom & Heart, Inc._



JAN 4 2005 15:3/ST. 15:38/NO. 6312281989 P 6

# RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: _Staton_                                State ID No: _008143_

                                                     DOB _12/17/70_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

Race: _B_        Sex: _M_

| Requesting Physician/PA/NP _Williams_ | Date of request _1/03/05_ | Time of request _0700_ | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|

HISTORY/DIAGNOSIS:

s/p (R) knee surgery

## X-RAY REQUEST

| ABDOMEN/KUB | | | |
|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ANKLE | FOOT | ORBITS | STERNUM |
| CERVICAL SPINE | HAND | OS CALCIS (HEEL) | |
| CHEST PA / LATERAL | HIP | PELVIS | TEMPORO-MANDIBULAR JOINTS |
| COCCYX | X HUMERUS | RADIUS/ULNA | THORACIC SPINE |
| CONE DOWN SELLA TURCICA | KNEE (R) | RIBS | TIBIA/FIBULA |
| ELBOW | LUMBAR SPINE | SACRO-ILIAC JOINTS | TOES |
| FACIAL BONES | MANDIBLE | SCAPULA | WRIST |
| FEMUR | MAXILLA | SHOULDER | ZYGOMA |
| | NASAL BONES | SKULL | ZYGOMATIC ARCH |

## REPORT

Martin

RIGHT KNEE:  Post-surgical changes are noted.  Surgical screws in the distal clavicle and proximal tibia are felt to be related to ligamentous repair.  No destructive lesions are visualized. There is no evidence of recent fracture.

IMPRESSION:  POST-SURGICAL CHANGES, RIGHT KNEE.

D & T: 01-04-05  Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

_J. Kerbetz, PA_
X-RAY TECHNOLOGIST'S NAME (PRINT)                X-RAY TECHNOLOGIST'S SIGNATURE                _1-3-04_
                                                                                                 DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)                       RADIOLOGIST'S SIGNATURE                          DATE SIGNED

FROM CAHABA IMAGING                    (TUE)OCT 19 2004  ⁀:01/ST.12:46/NO.6312281319 P  7

HCX

Name: *Martin Marlon*

HEALTHCARE CORRECTIONS

State ID No: *225145* -

RADIOLOGY SERVICES REQUEST AND REPORT

DOB *12/17/70*

INSTITUTION: *Dapey*

Race: *B*        Sex: *M*

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP *William* | Date of request *10/14/04* | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|

HISTORY/DIAGNOSIS:

*s/p ACL repair (R) knee*

| X-RAY REQUEST | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | X KNEE (R) | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

REPORT

Martin

RIGHT KNEE: There are post-surgical changes. Surgical screws are seen in the intercondylar area of the femur and in the area of the anterior tibial tubercle. Surgical clips are seen anterior to the patella. There are no other significant findings.

IMPRESSION:  POST-SURGICAL CHANGES.

D & T: 10-18-04 Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file)

*10/20/04*

*JKerbetz*

X-RAY TECHNOLOGIST'S NAME (PRINT)

RADIOLOGIST'S NAME (PRINT)

*JKerbetz RT.*

X-RAY TECHNOLOGIST'S SIGNATURE

RADIOLOGIST'S SIGNATURE

*10-15-04*

DATE, TIME  EXAM PERFORMED

DATE SIGNED

# Radiology Services Report

**NAME:** MARTIN, MARLON
**FACILITY:** DRAPER
**D.O.B.:** 12/17/70
**ID NUMBER:** 225145

RIGHT KNEE  TWO VIEWS  06/14/04

COMPARISON IS MADE TO PRIOR EXAM DATED 02/25/04.

FINDINGS: The bone mineral density is normal.   There is no evidence of fracture,
subluxation, knee joint effusion or other acute process.   The joint spaces are well
preserved.  The patella is in normal position.

IMPRESSION: Normal knee.

William B. Abbott, MD

Feb 26 04 03:12p

# Radiology Services Report

**NAME:** MARTIN, MARLON
**FACILITY:** DRAPER
**D.O.B.:** 12/17/70
**ID NUMBER:** 225145

RIGHT KNEE  TWO VIEWS  02/25/04

FINDINGS: The bone mineral density is normal.  There is no evidence of fracture or subluxation., knee joint effusion or other acute process.  The joint spaces are well maintained.   The patella is in normal position.

IMPRESSION: Normal knee.

RP
Randall W. Finley, MD



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## MENTAL HEALTH SERVICES

## DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination

Initial Classification

flipper partial

Oral Pathology ........................................ Gingivitis
Vincent's Infection
Stomatitis
Other Findings

Occlusion

Roentgenograms ..................................... Periapical
Bitewing
Other

### Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☐ | ☒ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☒ | Hepatitis |
| ☐ | ☒ | Present Medication | ☐ | ☒ | Anemia or Bleeding Problems |
| ☐ | ☒ | Epilepsy | ☒ | ☐ | Heart Disease |
| ☐ | ☒ | Asthma | ☐ | ☒ | High Blood Pressure |
| ☐ | ☒ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☒ | HIV | ☒ | ☒ | Other Disease |

Heart Murmur 9/04
reconstructive knee surgery

| SERVICES RENDERED | | | | | | |
|---|---|---|---|---|---|---|
| Date | Tooth # | DX | | TX | Initials | Class |
| 2/9/05 | | | | PJ Exam | 2m | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Martin, Marlon | 225145 | | BM | SCC |

PHS-MD-70015

# ental Treatment Rec    d

| Name: *Martin, Marlon* | ID #: *225145* | Race: *18* | DOB: *12-17-70* |
|---|---|---|---|



**Dental Examination**

**Restoration and Treatments**

Date of Initial Examination: *12/11/02*

Initial Classification:

Oral Pathology:

   Gingivitis

   Vincent's Infection

   Stomatis

   Other Findings

Occlusion

Roentgenograms:

   Periapical

   Bitewing

   Panarex

| Tooth | Priority List |
|---|---|
| | T= *U* |
| | G= |
| | *P* |
| | .OHI/GIVEN |

## Health Questionnaire

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| e you in good health? | ○ | ○ | Acquired Immune Deficiency (AIDS/HIV)? | ○ | ○ No |
| ergies | ○ | ○ | Gastrointestinal disorders | ○ | ○ No |
| emia | ○ | ○ | Glaucoma | ○ | ○ No |
| hma or other respiratory problems | ○ | ○ | Heart disease or murmur | ○ | ○ No |
| od pressure conditions | ○ | ○ | Hepatitis | ○ | ○ No |
| etes | ○ | ○ | Kidney problems | ○ | ○ No |
| epsy | ○ | ○ | Reactions to anesthesia or medications | ○ | ○ No |
| ssive bleeding after surgery | ○ | ○ | Rheumatic fever | ○ | ○ No |
| ting | ○ | ○ | Taking any medication | ○ | ○ No |
| nant? | ○ | ○ | Thyroid conditions | ○ | ○ N |
| erculosis | ○ | ○ | Other conditions | ○ | |

**ntal Treatment Record**



**LabCorp** LabCorp Birmingham
Laboratory Corporation of America   1801 First Avenue South, Birmingham, AL 35233-0000                     Phone: 205-581-3500

| SPECIMEN 130-205-5295-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS PARTIAL | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

SCC                         FASTING: Y
                            DOB: 12/17/1970

| CLINICAL INFORMATION |
|---|
| CD- 41147610461 |

| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 225145 |
|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| **MARTIN,MARLON** | M | 35 / 4 |

PT. ADD.:

ACCOUNT:  Staton Correctional Facility
          Prison Health Services
          2690 Marion Spillway Road
          Elmore                    AL  36205-0000
ACCOUNT NUMBER:    01308900

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 5/10/2006    11:34 | 5/10/2006 | 5/11/2006 | 8:32 | 4877 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

CMP12+LP+TP+TSH+6AC+CBC/D/Plt
Request Problem                                                          MB
    Quantity was not sufficient for analysis.
        TEST:  321871  CBC, Platelet Ct, and Diff    Panel: 048827

LAB: MB LabCorp Birmingham                   DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

| Pat Name:  MARTIN,MARLON | Pat ID: 225145 | Spec #:  130-205-5295-0 | Seq #: 4877 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



**LabCorp**  LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 130-205-5295-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

SCC                    FASTING: Y
                       DOB: 12/17/1970

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MARTIN,MARLON | M | 35 / 4 |
| PT. ADD.: | | |

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 5/10/2006    11:34 | 5/10/2006 | 5/11/2006 | 14:17 | 4884 |

| CLINICAL INFORMATION |
|---|
| CD- 41147610461 |

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| WILLIAMS W | 225145 |

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                    AL  36205-0000
ACCOUNT NUMBER:  01308900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Uric A+ANA+RA Qn+CRP+ASO | | | |
| Uric Acid, Serum | 3.7 | mg/dL | 2.4 - 8.2 | MB |
| Antistreptolysin O Ab | 123.5 | IU/mL | 0.0 - 200.0 | MB |
| C-Reactive Protein, Quant | <0.3 | mg/L | 0.0 - 4.9 | MB |
| RA Latex Turbid. | <7.0 | IU/mL | 0.0 - 13.9 | MB |
| Antinuclear Antibodies Direct | 24 | U/mL | 0 - 99 | MB |
| | | Negative | <100 | |
| | | Equivocal | 100 - 120 | |
| | | Positive | >120 | |
| | | | | |
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | |
| Chemistries | | | | MB |
| Glucose, Serum | 79 | mg/dL | 65 - 99 | MB |
| BUN | 14 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 14 | | 8 - 27 | |
| Sodium, Serum | 144 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.4 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 103 | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 10.3 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 4.2 | mg/dL | 2.5 - 4.5 | MB |
| > Protein, Total, Serum | 8.7 H | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.7 | g/dL | 3.5 - 5.5 | |
| Globulin, Total | 4.0 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 107 | IU/L | 25 - 150 | MB |
| LDH | 168 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 20 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 17 | IU/L | 0 - 55 | MB |
| GGT | 32 | IU/L | 0 - 65 | MB |
| Iron, Serum | 101 | ug/dL | 40 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 160 | mg/dL | 100 - 199 | MB |
| Triglycerides | 40 | mg/dL | 0 - 149 | MB |
| > HDL Cholesterol | 62 H | mg/dL | 40 - 59 | MB |
| Comment | | | | MB |
| HDL cholesterol values >59 mg/dL are associated with reduced cardiac risk. | | | | |
| VLDL Cholesterol Cal | 8 | mg/dL | 5 - 40 | |

| Pat Name: MARTIN,MARLON | Pat ID: 225145 | Spec #: 130-205-5295-0 | Seq #: 4884 |
|---|---|---|---|



**LabCorp** Laboratory Corporation of America    LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000                    Phone: 205-581-3500

| SPECIMEN 130-205-5295-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 2 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

SCC                    FASTING: Y
                       DOB: 12/17/1970

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| **MARTIN,MARLON** | M | 35 / 4 |
| PT. ADD.: | | |

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/10/2006 | 11:34 | 5/10/2006 | 5/11/2006 | 14:17 | 4884 |

| CLINICAL INFORMATION |
|---|
| CD- 41147610461 |

| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 225145 |
|---|---|

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                    AL  36205-0000
ACCOUNT NUMBER:    01308900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| LDL Cholesterol Calc | 90 | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 2.6 | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | < 0.5 | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio
                              Men    Women
            1/2 Avg.Risk    3.4    3.3
                Avg.Risk    5.0    4.4
            2X Avg.Risk    9.6    7.1
            3X Avg.Risk   23.4   11.0

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| | | | | MB |
|---|---|---|---|---|
| Thyroid | | | | MB |
| TSH | 1.445 | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 8.8 | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 32 | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.8 | | 1.2 - 4.9 | |
| | | | | MB |
| Request Problem | | | | MB |

Quantity was not sufficient for analysis.
        TEST:  321871  CBC, Platelet Ct, and Diff      Panel: 048827

| LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD |
|---|
| 1801 First Avenue South, Birmingham,  AL 35233-0000 |

| Pat Name:  MARTIN,MARLON | Pat ID: 225145 | Spec #: 130-205-5295-0 | Seq #: 4884 |
|---|---|---|---|

KILBY CORRECTIONAL FA    ITY
PO BOX 11
MT. MEIGS, AL  36057

PATIENT NAME
Martin, Marlon

PRISON ID
225145

DATE SUBMITTED
2-18-05

SCC 65

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|-----------|--------|-----------------|----------|
| HIV ANTIBODY | | NEGATIVE (NEG) | |
| RPR | NR | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"      These results are unreliable due to the age of the specimen.
"H"      These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"    These results are unreliable due to the age and hemolyzed condition of the
         specimen.

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECT



# Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 258-205-5191-0 | S | MB | COMPLETE | Page #: | 1 |

ADDITIONAL INFORMATION

CLINICAL INFORMATION
CD- 41147603486

DCC                     FASTING: Y
                        DOB: 12/17/1970

| PATIENT NAME | SEX | AGE(YR./MOS.) | PHYSICIAN ID. | PATIENT ID. |
|---|---|---|---|---|
| MARTIN,MARLON | M | 33 / 8 | WILLIAMS W | 225145 |

PT. ADD.:

ACCOUNT: STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore                    Al. 36205-0000
ACCOUNT NUMBER:  01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/14/2004 | 9:00 | 9/14/2004 | 9/15/2004 | 7:54 | 3510 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell (WBC) Count | 4.7 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.67 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 15.1 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 42.7 | % | 36.0 - 50.0 | MB |
| MCV | 91 | fL | 80 - 98 | MB |
| MCH | 32.4 | pg | 27.0 - 34.0 | MB |
| MCHC | 35.4 | g/dL | 32.0 - 36.0 | MB |
| RDW | 13.0 | % | 11.7 - 15.0 | MB |
| Platelets | 190 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 48 | % | 40 - 74 | MB |
| Lymphs | 40 | % | 14 - 46 | MB |
| Monocytes | 8 | % | 4 - 13 | MB |
| Eos | 3 | % | 0 - 7 | MB |
| Basos | 1 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.3 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.9 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: Arthur Kelly G MD
1801 First Avenue South, Birmingham,  AL 35233-0000





# Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 258-205-5191-0 | R | MB | COMPLETE | Page #:    1 |

ADDITIONAL INFORMATION

DCC                                    FASTING: Y
                                       DOB: 12/17/1970

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MARTIN,MARLON | M | 33  /  8 |

PT. ADD.:

**CLINICAL INFORMATION**
CD- 41147603486

| | PHYSICIAN ID. | PATIENT ID. |
|---|---|---|
| | WILLIAMS W | 225145 |

ACCOUNT:  STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore                    AL    36205-0000
ACCOUNT NUMBER:    01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/14/2004 | 9:00 | 9/14/2004 | 9/15/2004 | 7:54 | 3510 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell (WBC) Count | 4.7 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.67 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 15.1 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 42.7 | % | 36.0 - 50.0 | MB |
| MCV | 91 | fL | 80  - 98 | MB |
| MCH | 32.4 | pg | 27.0 - 34.0 | MB |
| MCHC | 35.4 | g/dL | 32.0 - 36.0 | MB |
| RDW | 13.0 | % | 11.7 - 15.0 | MB |
| Platelets | 190 | x10E3/uL | 140  - 415 | MB |
| Neutrophils | 48 | % | 40  - 74 | MB |
| Lymphs | 40 | % | 14  - 46 | MB |
| Monocytes | 8 | % | 4  - 13 | MB |
| Eos | 3 | % | 0  - 7 | MB |
| Basos | 1 | % | 0  - 3 | MB |
| Neutrophils (Absolute) | 2.3 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.9 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: Arthur  Kelly G MD
1801 First Avenue South, Birmingham,  AL 35233-0000

*2/27/04*

*9-17-04*

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LABORATORY REPORT**

7186920  AREA/ROUTE/STOP: QBHM000
DRAPER CORRECTIONAL FACILITY
2690 MARION SPILLWAY RD
ELMORE, AL 36025-9900


Quest
Diagnostics
®

| PATIENT NAME | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|
| MARTIN, MARLON | 225145 | | | 32 | | DRAPER CORRECTIONAL |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 1879202 | AT391435R | | 10142003 8:10 AM | 10152003 | 10152003 | 7:58AM |

REMARKS

REFFP HYS DR SONNIER

EASTERN TIME

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: 12/17/1970
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
950 22ND ST N STE 825
BIRMINGHAM, AL 35203-5300

| | | | | | | AT |
|---|---|---|---|---|---|---|
| BASIC METABOLIC PANEL | | | | | | |
| GLUCOSE | 79 | | MG/DL | 65-109 | |
| | | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 12 | | MG/DL | 7-25 | |
| CREATININE | 1.1 | | MG/DL | 0.5-1.4 | |
| BUN/CREATININE RATIO | 11 | | (CALC) | 6-25 | |
| SODIUM | 139 | | MMOL/L | 135-146 | |
| POTASSIUM | 4.4 | | MMOL/L | 3.5-5.3 | |
| CHLORIDE | 107 | | MMOL/L | 98-110 | |
| CARBON DIOXIDE | 23 | | MMOL/L | 21-33 | |
| CALCIUM | 9.6 | | MG/DL | 8.5-10.4 | |

>> END OF REPORT - MARTIN,MARLON AT391435R <<

10·15·03
1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. © Quest Diagnostics Incorporated. All rights reserved. U2020.29-503. Revised 12/02. 32-CX - 9900N

# LABORATORY REPORT

**Quest Diagnostics** ®

| PATIENT NAME | | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|---|
| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |

REMARKS

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | | |

8/20/03

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. © Quest Diagnostics Incorporated. All rights reserved.

# LABORATORY REPORT

7.85408  AREA/ROUTE/STOP: GMGY011
KILBY CORRECTIONAL FACILITY
12801 WRES FERRY RD
MOUNT MEIGS, AL 36057



**Quest Diagnostics**

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| MARTIN, MARLON | | 225145 | | | 32 | M | ROBBINS |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 3047806 | AT2784073 | | 12132002 11:17 AM | 12132002 | 12142002 | 5:05AM |

REMARKS

EASTERN
TIME

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: 12/10/1970
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
                                        950 22ND ST N STE 825
                                        BIRMINGHAM, AL 35203-5300


CBC (INCLUDES DIFF/PLT)                                                              BT
     WHITE BLOOD CELL COUNT        5.2        THOUS/MCL    3.8-10.8
     RED BLOOD CELL COUNT          4.81       MILL/MCL     4.20-5.80
     HEMOGLOBIN                    14.8       G/DL         13.2-17.1
     HEMATOCRIT                    44.5       %            38.5-50.0
     MCV                           92.4       FL           80.0-100.0
     MCH                           30.7       PG           27.0-33.0
     MCHC                          33.2       G/DL         32.0-36.0
     RDW                           13.3       %            11.0-15.0
     PLATELET COUNT                236        THOUS/MCL    140-400
     ABSOLUTE NEUTROPHILS          2454       CELLS/MCL    1500-7800
     ABSOLUTE LYMPHOCYTES          2241       CELLS/MCL    850-3900
     ABSOLUTE MONOCYTES            380        CELLS/MCL    200-950
     ABSOLUTE EOSINOPHILS          83         CELLS/MCL    15-500
     ABSOLUTE BASOPHILS            42         CELLS/MCL    0-200
     NEUTROPHILS                   47.2       %
     LYMPHOCYTES                   43.1       %
     MONOCYTES                     7.3        %
     EOSINOPHILS                   1.6        %
     BASOPHILS                     0.8        %


           >> END OF REPORT - MARTIN, MARLON AT2784073 <<

seen (ref
time forder
7/28/03
(MD)



# LABORATORY REPORT

7186920   AREA/ROUTE/STOP: QBHM000
DRAPER CORRECTIONAL FACILITY
2690 MARION SPILLWAY RD
ELMORE, AL 36025-9900


Quest
Diagnostics

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| MARTIN, MARLON | 225145 | | 32 | M | SONNIER |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 2291091 | AT679460K | | 02172003 8:00 AM | 02182003 | 02182003 | 4:48AM |

REMARKS

EASTERN
TIME

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: 12/17/1970
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
                                        950 22ND ST N STE 825
                                        BIRMINGHAM, AL 35203-5300

| | TSH W/REFLEX TO FT4 | 1.63 | | MIU/L | 0.40-5.50 | AT |

>> END OF REPORT - MARTIN, MARLON AT679460K <<

3-11-03

1 0

**LABORATORY REPORT**

7186920   AREA/ROUTE/STUP: QBHM000
DRAPER CORRECTIONAL FACILITY
2690 MARION SPILLWAY RD
ELMORE, AL 36025-9900


Quest
Diagnostics

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN | |
|---|---|---|---|---|---|---|---|---|
| MARTIN, MARLON | | 225145 | | | 32 | M | DRAPER CORRECTIONAL | |
| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | | LOG-IN-DATE | REPORT DATE | & TIME |
| 1 | 2291020 | AT448047K | | 02062003 8:10 AM | | 02072003 | 02072003 | 2:20PM |

REMARKS

EASTERN
TIME

| REPORT STATUS FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: 12/17/1970
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
                                        950 22ND ST N STE 825
                                        BIRMINGHAM, AL 35203-5300

AT

| TEST | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | |
|---|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | | |
| WHITE BLOOD CELL COUNT | 4.1 | | THOUS/MCL | 3.8-10.8 | |
| RED BLOOD CELL COUNT | 4.44 | | MILL/MCL | 4.20-5.80 | |
| HEMOGLOBIN | 13.9 | | G/DL | 13.2-17.1 | |
| HEMATOCRIT | 40.5 | | % | 38.5-50.0 | |
| MCV | 91.3 | | FL | 80.0-100.0 | |
| MCH | 31.2 | | PG | 27.0-33.0 | |
| MCHC | 34.2 | | G/DL | 32.0-36.0 | |
| RDW | 12.4 | | % | 11.0-15.0 | |
| PLATELET COUNT | 230 | | THOUS/MCL | 140-400 | |
| ABSOLUTE NEUTROPHILS | 1866 | | CELLS/MCL | 1500-7800 | |
| ABSOLUTE LYMPHOCYTES | 1919 | | CELLS/MCL | 850-3900 | |
| ABSOLUTE MONOCYTES | | 180 L | CELLS/MCL | 200-950 | |
| ABSOLUTE EOSINOPHILS | 94 | | CELLS/MCL | 15-500 | |
| ABSOLUTE BASOPHILS | 41 | | CELLS/MCL | 0-200 | |
| NEUTROPHILS | 45.5 | | % | | |
| LYMPHOCYTES | 46.8 | | % | | |
| MONOCYTES | 4.4 | | % | | |
| EOSINOPHILS | 2.3 | | % | | |
| BASOPHILS | 1.0 | | % | | |
| C-REACTIVE PROTEIN | <0.10 | | MG/DL | <0.80 | AT |

          >> END OF REPORT - MARTIN, MARLON AT448047K <<

**Baptist Medical Center East**
**PHYSICIAN'S ORDERS**

Addressograph Plate 1

USE BALL POINT PEN ONLY AND PRESS FIRMLY!!

**ALLERGIES**

_Marlon Martin_

| CRT Order #<br>Transcriber<br>Initials/Time | Date/Time<br>Ordered | 1 | ANOTHER BRAND OF GENERICALLY EQUIVALENT PRODUCT MAY BE DISPENSED UNLESS CHECKED OR INITIALED<br>**PHYSICIAN'S ORDERS AND SIGNATURE** |
|---|---|---|---|
| | 8/16/04 | | **ROUTINE PRE OPERATIVE ORDERS** |

DR _TM CHUNG_

**Page 1 of 2**

(1)  Operative permit for _Right Knee arthroscopy,_
_anterior cruciate ligament reconstruction_
_with patella tendon graft_

(2)  **LAB: check appropriate diagnosis**

A  _✓_ **CBC:**
   _____ Pre op patient [V72 83]        _____ Abdominal pain
   _____ Long term use of medications   _____ Other
   _____ Fever

B  _____ **TYPE & SCREEN**

C  _____ **CHEM 7:**
   _____ Edema                          _____ Nephropathology
   _____ Hypertensive disease           _____ Dizziness
   _____ Long term use of medications   _____ Other
   _____ Diabetic

D  _____ **PT  PTT**
   _____ Known or suspected             _____ Cirrhosis  hepatitis
         coagulation abnormality        _____ CHF
   _____ Anticoagulant therapy          _____ Cardiac dysrhythmia
   _____ Hemorrhage or anemia           _____ Dysfunctional uterine bleeding
   _____ Pulmonary congestion           _____ Menorrhagia
   _____ Other

E  **DRUG LEVELS: circle appropriate drug**
   _____ Patients taking Digoxin  Tegretol  Theophylline  Dilantin  Depakote
         Phenobarb
   _____ Other

F  **URINE PREGNANCY**
   _____ On all menstruating females

G  **UA:**
   _____ Diabetic                       _____ Fever
   _____ Renal glycosuria               _____ Dysuria
   _____ Dehydration                    _____ Abdominal & pelvic pain
   _____ Stress incontinence            _____ Long term use medication

H  **ADDITIONAL LAB TESTS:**
   _____ _____
   _____ _____

Form # BH-8000 Revised 2/03

Add essograph Plate ↓

**Baptist Medical Center East**
**PHYSICIAN'S ORDERS**

USE BALL POINT PEN ONLY AND PRESS FIRMLY!!

**ALLERGIES**

| CRT Order # Transcriber Initials/Time | Date/Time Ordered | ↓ | ANOTHER BRAND OR GENERICALLY EQUIVALENT PRODUCT MAY BE DISPENSED UNLESS CHECKED OR INITIALED **PHYSICIAN'S ORDERS AND SIGNATURE** |
|---|---|---|---|
| | | | **ROUTINE PRE OPERATIVE ORDERS** |
| | | | **DR** _____ |
| | | | **Page 2 of 2** |
| | | | 3   **EKG:** |
| | | | 4   **CHEST XRAY:** |
| | | | 5   _____ Antibiotic: _____ |
| | | | 6   _____ NPO after midnight |
| | | | 7   _____ ☐ TED or ☐ SCD hose prior to surgery |
| | | | 8   **Other Orders** _____ |
| | | | 9   Anesthesia Consult   ☐ YES   ☐ NO |
| | | | Signature |

**3   EKG:**
_____ MVP/murmur or other valve disorder
_____ Chest pain  discomfort pressure
_____ Hypertensive disease
_____ Pulmonary congestion & hypostasis (CHF)
_____ Electrolyte/fluid abnormality
_____ Tachycardia/palpitation
_____ Ischemic heart disease (hx MI)
_____ Dizziness
_____ Other

**4   CHEST XRAY:**
_____ Existing pulmonary disease (asthma  COPD  etc )
Specify _____
_____ Existing cardiac disease (hypertension  CHF  etc )
_____ Internal injury
_____ Fever
_____ Cough
_____ Disorders of bone & cartilage (arthritis)
_____ Other

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Martin, Marlon | **Inmate Number:** | 225145MA |
| **Service Authorized:** | Office Visits: Op Surgical Followup Referral | **Effective Dates:** | 07/22/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14004434 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| |
|---|
| **The consulting physician should complete this section.** |
| **The completed form will be sealed in the attached envelope and** |
| **returned with an officer to the correctional facility.** |

| **Clinical Summary or Attached Report** |
|---|
| |
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

Signature of Consulting Physician: _____

Date _____ Time _____

Reviewed and Signed By
Medical Director: _____

Date _____ Time _____

07/22/2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible
*AFTER* RMD approval, fax to XXX XXX-XXXX. You *must* Type or Print.



## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First.) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Martin, Marlon | 07-19-04 |
| **Inmate #** | **Alias: (Last, First.)** | **Date of Birth: (mm/dd/yy)** |
| 225145 | | 12-17-70 |
| **Site Phone #** | ☒ Male   ☐ Female | **PHS Custody Date** |
| (334) 567-1548 | | 11/04 |
| **Site Fax #** | **Will there be a charge for this Visit?** | **Potential Release Date** |
| (334) 567-1538 | ☒ Yes   ☐ No | 12/20/06 EOS |

**Responsible party:** ☒ PHS   ☐ Auto Ins.   ☐ Health Ins (Excludes Medicare and Medicaid Replacement)   ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☒ Physician   ☐ NP, PA   ☐ Dental

DR. WILLIAMS

**Facility Medical Director Signature and Date:**

*[signature]* MD

☐ Service meets criteria for "approval via protocol"

**History of Illness/injury/sypmptoms with Date of Onset:**

ACL TEAR b/c "popping & grindy in ® Knee AFTER Playing baskets ball. Patient in constant pain

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☒ Office Visit (OV)   ☐ X-ray (XR)   ☐ Dialysis (DA)

☐ Outpatient Surgery (OS)   ☐ Scheduled Admission (SA)

☐ Routine   ☐ Urgent

**Results of a complaint directed physical examination with objective findings:** ⊕ Anterior Drawer test

MRI — 7/12/04 ACL TEAR, Focal edema OF Posterolateral Tibial Plateau.

**Estimated Date of Service (mm/dd/yy)**

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**   ☐ (Radiation, Chemotherapy)

**Number of Visits/Treatments**

**Type of Consultation, Treatment, Procedure or Surgery:**

Dr. Chung to F/u ACL Tear DJD & Chronic Pain - Not Responding to conservative therapy 8/19/04 215PM

**Previous treatment and response: (including medications)**

Rest, NSAIDS, Brace,

You must include copies of pertinent lab, X-rays, and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date:**

FAXED

**Regional Medical Director Signature, printed name and date required:**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.                    /          /          (mm/dd/yy)

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# HEALTH EVALUATION

| Date: 2 20 04 | ID#: 225145 |
|---|---|

## ADMISSION DATA

| Last Name: Martin | First: Marley | Middle: |
|---|---|---|
| Birthplace: | DOB: 12-17-76 | SS#: |
| Previous Incarcerations (Date & Facility) | Health Insurance? Y N Carrier:         State: | |
| | Policy Number: N/A | |

## MEDICAL DATA

| Family Physician: N/A | Address: | Phone: |
|---|---|---|
| Previous Hospitalizations/Surgeries/Major Illness/Current Illness:   What? Where? | | |
| Medications: ☑ None | Special Diet (Prescribed): | |
| Allergies: ☑ NKA | | |

**ANY ARRESTEE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.**

## CLINICAL OBSERVATIONS

1) Level of Consciousness:   ( ) Alert    ( ) Oriented; time, place, person
   ( ) Lethargic  ( ) Stuporous  ( ) Comatose
   Describe:

2) General Appearance    ( ) Normal    ( ) Abnormal
   Describe:

3) Substance Abuse:   ( ) Yes  ( ) No    ( ) Suspected
   ( ) Current Intoxication/Abuse   ( ) Use   ( ) Withdrawal Symptoms
   ( ) Drugs  ( ) Alcohol
   Describe:  What kind? Amount/Frequency?

   * If confirmed Benzo use, then follow Detox Protocol.  If can not be confirmed,
   q shift BP (HR X 5 days).
   Last Use: (Time/Date):

4a) Behavior/Conduct: ( ) Calm    ( ) Cooperative    ( ) Non-Violent
   ( ) Agitated   ( ) Uncooperative   ( ) Violent
   ( ) Manipulative  ( ) Disorganized
   Describe:

4b) Affect/Mood:  ( ) Normal   ( ) Manic    ( ) Depressed
   ( ) Euphoria  ( ) Flat    ( ) Emotionally Confused
   Describe:

4c) Perceptions:     ( ) Delusional    ( ) Hallucinations    ( ) Hearing Voices

5a) Is there h/o actual suicide attempt?          ( ) Yes   ( ) No
5c) Is there evidence or history of self-mutilation?      ( ) Yes   ( ) No
If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

5b) Does pt describe  current suicidal thoughts or ideations?  ( ) Yes   ( ) No
5d) High risk pt may become assaultive towards staff?     ( ) Yes   ( ) No

Triggers for Suicide Watch- 4G/H:
- Currently Suicidal
- History of actual attempt
- Fails to maintain control on
  Close Watch

Triggers for Close Watch- 2C:
- Emotionally distraught and unable
  to regain composure by end of
  intake process
- Actively hallucinating or not
  making any sense

6a) Communication Difficulties          ( ) Yes   ( ) No
6c) Hearing Impairment              ( ) Yes   ( ) No

6b) Memory Defects          ( ) Yes   ( ) No
6d) Speech Difficulties       ( ) Yes   ( ) No

7) Physical Aids:  ( ) None    ( ) Glasses    ( ) Contacts    ( ) Hearing Aid    ( ) Dentures    ( ) Cane    ( ) Crutches
   ( ) Walker   ( ) Wheelchair    ( ) Braces    ( ) Artificial Limb    ( ) Other

8) Additional comments, complaints, symptoms:       None ☐

   S)

   O)

   A)

   P)

**I have answered all questions truthfully.  I have been told and shown how to obtain medical services.  I hereby give my consent for professional services to be provided to me by and through** _____.

| _____ | 2-20-04 |
|---|---|
| Inmate's Signature | Date |



## Integrated Magnetic Imaging

| | |
|---|---|
| **Date:** | **07/12/04** |
| **Patient:** | **Martin, Marlon** |
| **DOB:** | **12/17/70** |
| **Physician:** | **Staton Correctional Facility** |
| **Tech:** | Chung Nguyen,RDMS RT (R) (MR) |
| | Stacey Rogers, RT (R) (ARRT) |
| **Chart #:** | C071204-2 |
| **Tape:** | |
| **Indication:** | **Pain. Question of ACL tear.** |

**SCAN:** MRI examination of the right knee.

**FINDINGS:** Multiplanar, multipulse MRI of the right knee demonstrates a tear of the proximal ACL. There is thickening and horizontal orientation of the more distal fibers. The proximal fibers are disrupted. There is focal marrow edema in the posterolateral tibial plateau. I do not see a focal meniscus tear, there is grade I degenerative signal in the posterior horn of the medial meniscus. The extensor tendons are intact. The collateral ligaments have a basically normal appearance. There is slight thickening of the medial collateral ligament proximately. There is no significant chondromalacia of the patella.

**IMPRESSION:** Old tear of the proximal ACL with thickening and horizontal orientation of the more distal fibers. There is focal marrow edema in the posterolateral corner of the lateral tibial plateau.

Thank you for this patient referral.

_Delbert Hahn, M.D._

DH/jr
D: 07/13/04
T: 07/13/04



BLUECROSS
BLUESHIELD
Preferred Provider



acr®
Accredited by the American
College of Radiology

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Martin, Marlon | **Inmate Number:** | 225145MA |
| **Service Authorized:** | X-Ray: MRI | **Effective Dates:** | 06/17/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 13887086 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| **The consulting physician should complete this section.**<br>**The completed form will be sealed in the attached envelope and**<br>**returned with an officer to the correctional facility.** |
|---|
| **Clinical Summary or Attached Report** |
| |
| |
| |
| |
| |
| |
| *** For security and safety, please do not inform patient of possible follow-up appointments. *** |
| |

| Signature of Consulting Physician: | | |
|---|---|---|
| | Date | Time |
| Reviewed and Signed By Medical Director: | | |
| | Date | Time |

06/17/2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM
Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First.)** Martin, Marlon | **Date: (mm/dd/yy)** 06,16,04 |
| **Site Phone #** (334) 567 - 1548 | **Alias: (Last, First.)** | **Date of Birth: (mm/dd/yy)** 12,17,70 |
| **Site Fax #** (334) 567 - 1538 | **Inmate #** 225145 | **PHS Custody Date: (mm/dd/yy).** 09,18,02 |
| **Will there be a charge?** [X] Yes [ ] No   **Sex** [X] Male [ ] Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 12,20,06 EOS |

**Responsible party:** [X] PHS  [ ] Auto Ins.  [ ] Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  [ ] Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** [X] Physician  [ ] NP, PA  [ ] Dental

Dr. Sonnier

**Facility Medical Director Signature and Date:**

Sonnier MD

[ ] Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

[ ] Office Visit (OV)   [X] X-ray (XR)   [ ] Scheduled Admission (SA)
[ ] Outpatient Surgery (OS)   [ ] Dialysis (DA)

[X] Routine   [ ] Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** [ ] Radiation therapy  [ ] Chemotherapy
**Number of Visits/Treatments:** _____ [ ] Other:

**Specialist referred to:** MRI / IMI

**Type of Consultation, Treatment, Procedure or Surgery:**
MRI (XR) IMI (R) Knee
74240 Tallassee High
7/8 @ 100pm

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
[ ] Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
33 BM injured Right knee 9/2000. Seen by Dr. Chung 6/15/04 c impression of "ACL tear

**Results of a complaint directed physical examination:**
Rt Knee " c requests MRI Rt Knee Pt c/o of Rt Knee pain; strong instability

**Previous treatment and response (including medications):**

FAXED 6/16/04

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

[ ] Alternative Treatment Plan (explain here):

[ ] More Information Requested: (See Attached)

[ ] Resubmitted with requested information.

[ ] Offsite Service Recommended and Authorized

**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**

___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Martin, Marlon | **Inmate Number:** | 225145MA |
| **Service Authorized:** | Office Visits: Op Orthopedics Referral | **Effective Dates:** | 05/24/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 13808183 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

> **The consulting physician should complete this section.**
> **The completed form will be sealed in the attached envelope and**
> **returned with an officer to the correctional facility.**

### Clinical Summary or Attached Report

9/2000 - Fell down for jump @ basketball → (R) knee pain, ? instability -
⊕ giving way ⊘ locking
Ex. (R) Knee ⊖ swelling - mild tender (R) jt line. ⊕ Lachmans
(R) Anterior drawer sign - 1/2cm. 0° - 110° flx
X-rays ⊘ v. - Dx: ACL tear (R) K
C̄ MRI & consult (R) Knee RTC p̄ same

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| | | |
|---|---|---|
| Signature of Consulting Physician: | 6/15/04 | |
| | Date | Time |
| Reviewed and Signed By | | |
| Medical Director: | Date | Time |

05/24/2004

05/24/2004 12:59 FAX
05/21/2004 FRI 15:16 FAX 334 5^^ 1538 Staton Health Unit    → STATON    ☒001
☒010/015

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible
AFTER RMD approval, fax to XXX.XXX.XXXX.  You must Type or Print

PHS

### DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843  *Draper* | Martin  Marlon | 5/20/04 |
| Inmate #  *225145* | Alias: (Last, First) | Date of Birth: (mm/dd/yy)  12/17/70 |
| Site Phone #  (334) 567-1548 | ☒ Male    ☐ Female | PHS Custody Date  9/18/01 |
| Site Fax #  (334) 567-1538 | Will there be a charge for this Visit?  ☒ Yes    ☐ No | Potential Release Date  12/20/04  E✓ |

Responsible party:    Health and Welfare Program and Federal Reimbursement    Other, be specific: (Excludes Medicare and Medicaid)

### CLINICAL DATA

Requesting Provider:    ☒ Physician    ☐ NP, PA

Marc Sonnier MD

Facility Medical Director Signature and Date:
_____

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)    ☒ X-ray (XX)    ☐ Dialysis (DA)
☐ Outpatient Surgery (OS)    ☐ Scheduled Admission (SA)

☒ Routine    ☐ Urgent

Estimated Date of Service (mm/dd/yy): _____
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:
☐ Radiation, Chemotherapy
Number of Visits/Treatments: _____

Type of Consultation, Treatment, Procedure or Surgery:

MRI - ~~IMI~~ Ortho Consult
Dr. Chung  6986 Winton Blount Blvd
260-2288  6/15 @ 2:00 PM
take x-rays

You must include copies of pertinent lab, X-rays, and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

History of Illness/Injury/symptoms with Date of Onset:

(R) Knee injury 9/2000.
Pt. reports knee buckling +
Instability Daily.

No regular pain or edema

Results of a complaint directed physical examination with objective findings:

2+ Ant. Drawer
Radiograph WNL

Previous treatment and response: (including medications)

Knee brace + NSAIDs
+ Profiles
No indication for Steroid injection.

***For security and safety, please do not inform patient of possible follow-up appointments***

### UM DETERMINATION:

☒ Alternative Treatment Plan (explain here):    ☐ Offsite Service Recommended and Authorized

Ortho Consult

☐ More Information Requested: (See Attached)    Date: _____

☐ Resubmitted with requested information.

Regional Medical Director Signature, printed name and date (required):

MOSLEY    5, 24, 4

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Mod Class: | UM Auth # |
|---|---|---|
| OR/OV | 9920 | 13808183 |

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Martin, Marlon | **Inmate Number:** | 225145MA |
| **Service Authorized:** | Office Visits: Op Orthopedics Referral | **Effective Dates:** | 05/24/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 13808183 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

### Clinical Summary or Attached Report

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

Signature of Consulting Physician: _____

                                   Date                    Time

Reviewed and Signed By
Medical Director: _____

                                   Date                    Time



## Integrated Magnetic Imaging

| | |
|---|---|
| **Date:** | 07/12/04 |
| **Patient:** | Martin, Marlon |
| **DOB:** | 12/17/70 |
| **Physician:** | Staton Correctional Facility |
| **Tech:** | Chung Nguyen,RDMS RT (R) (MR) |
| | Stacey Rogers, RT (R) (ARRT) |
| **Chart #:** | C071204-2 |
| **Tape:** | |
| **Indication:** | Pain. Question of ACL tear. |

**SCAN:** MRI examination of the right knee.

**FINDINGS:** Multiplanar, multipulse MRI of the right knee demonstrates a tear of the proximal ACL. There is thickening and horizontal orientation of the more distal fibers. The proximal fibers are disrupted. There is focal marrow edema in the posterolateral tibial plateau. I do not see a focal meniscus tear, there is grade I degenerative signal in the posterior horn of the medial meniscus. The extensor tendons are intact. The collateral ligaments have a basically normal appearance. There is slight thickening of the medial collateral ligament proximately. There is no significant chondromalacia of the patella.

**IMPRESSION:** Old tear of the proximal ACL with thickening and horizontal orientation of the more distal fibers. There is focal marrow edema in the posterolateral corner of the lateral tibial plateau.

Thank you for this patient referral.

Delbert Hahn, M.D.

DH/jr
D: 07/13/04
T: 07/13/04





# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible

*AFTER RMD approval, fax to XXX-XXX-XXXX. You must Type or Print.*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First)** Martin Marlon | **Date: (mm/dd/yy)** 5/20/04 |
| **Inmate #** 225145 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** 12/17/70 |
| **Site Phone #** (334) 567-1548 | ☒ Male  ☐ Female | **PHS Custody Date** 9/18/02 |
| **Site Fax #** (334) 567-1538 | **Will there be a charge for this Visit?** ☒ Yes  ☐ No | **Potential Release Date** 12/20/06 EOS |

**Responsible party:** ☒ PHS  ☐ Auto Ins.  ☐ Health Ins (Excludes Medicare and Medicaid Replacement)  ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☒ Physician  ☐ NP, PA  ☐ Dental

Marc Sonnier MD

**Facility Medical Director Signature and Date:**

(signature) MD

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)  ☒ X-ray (XR)  ☐ Dialysis (DA)
☐ Outpatient Surgery (OS)  ☐ Scheduled Admission (SA)

☒ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)**

*(This starts the approval window for the "open authorization period")*

**Multiple Visits/Treatments:**  ☐ (Radiation, Chemotherapy)
**Number of Visits/Treatments**

**Type of Consultation, Treatment, Procedure or Surgery:**

MRI - IMI

You must include copies of pertinent lab, X-rays, and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/sypmtoms with Date of Onset:**

Knee injury 9/2000.
Pt reports knee buckling + Instability Daily.
No regular pain or edema

**Results of a complaint directed physical examination with objective findings:**

2+ Ant. Drawer
Radiograph WNL

**Previous treatment and response: (including medications)**

Knee brace + NSAIDS + Profiles
No indication for steroid injection.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date:**

FAXED

**Regional Medical Director Signature,**
printed name and date required:

---

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.    /    /    (mm/dd/yy)

**Cert Type:**  |  **Med Class:**  |  **UR Auth #:**

05/07/2004 12:57 FAX                                                    → STATON              ☒001/002
05/07/2004 FRI 10:47  FAX 334 5⁻ 1538 Staton Health Unit                                     ☒002/003

05/06/2004 14:05 FAX                                                    → STATON              ☒001
04/20/2004 TUE 16:40  FAX 334 5⁻ 1538 Staton Health Unit                                     ☒009/010

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM
### Form must be Complete and Legible
### AFTER FIRST approval, for its XXXXXXXXXX You must Type or Print.

PHS

## DEMOGRAPHICS

| Site Name & Number: | Patient Name (Last, First): | Date: (mm/dd/yy) |
|---|---|---|
| Staton 863 | Martin Marlon | 4/20/04 |
| Inmate #: | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| | 225746 | 12/17/70 |
| Site Phone #: | ☒ Male  ☐ Female | PHS Cost: 17 Dir |
| (334) 567-1548 | | |
| Site FAX #: | Will there be a charge for this Visit? | Potential Release Date: |
| (334) 567-1538 | ☒ Yes    ☐ No | |

Responsible party: ☐ PHS ID | ☐ Other, Be Specific (Include Medicare and Medicaid):

## CLINICAL DATA

| Requesting Provider: | History of Present Injury/symptoms with Date of Onset: |
|---|---|
| Marc Stanier MD  ☒ Physician  ☐ MD, PA  ☐ Dental | Injury ℞ knee 2000 |
| Facility Medical Director Signature and Date: | knee is "buckling" ℞ |
| ☐ | |
| **Please ✓ check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.** | Results of a completed directed physical examination with objective findings: |
| ☐ Office Visit (OV)   ☒ X-ray (XG)   ☐ Dialysis (DI) | |
| ☐ Outpatient Surgery (OS)   ☐ Scheduled Admission (SA) | ⊕ Crepitus ℞ knee c ↓ ROM |
| ☒ Radio   ☐ urgent | 2+ Ant Drawer ℞ knee |
| Estimated Date of Service (mm/dd/yy) | |
| (This starts the approval window for the "open authorization period") | |
| Multiple Visits/Treatments : ☐ (Radiation, Chemotherapy) | |
| Number of Visits/Treatments | |
| **Type of Consultation, Treatment, Procedure or Surgery:** | Previous treatment and response: (including medications) |
| MRI ℞ knee | NSAIDs, Rest + knee |
| | Brace |
| | Pain + Instability continue |
| You must include copies of pertinent lab, X-rays, and specialty consult reports with this form. | |
| ☐ Pertinent Documents have been attached and faxed. | ***For security and safety, please do not inform patient of possible follow-up appointments*** |
| **UM DETERMINATION:** | ☐ Offsite Service Recommended and Authorized |
| ☐ Alternate Treatment Plan (explain here): | ? intraarticular Steroid |
| ☐ More Information Requested (FDB Attached) | tried ? |
| ☐ Requested with extended increase. | Date: |
| Regional Medical Director Signature: printed name and title | Seller MD DO SSE  4.4.4 |

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

5/7/04 - No intraarticular steroids RECEIVED tried yet.    Thanks Mr. Ellis    STATON SITE

5/7/4 Please try first — also Ht?

05/06/2004 14:05 FAX    → STATON    ☑001
04/20/2004 TUE 16:40 FAX 334 5  1538 Staton Health Unit    ☑009/010



# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible
AFTER RMD approval, fax to XXX-XXX-XXXX. You must Type or Print.

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: **Staton 843** | Patient Name: (Last, First) **Martin Marlon** | Date: (mm/dd/yy) **4/20/04** |
| Inmate # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) **12/17/70** |
| Site Phone # **(334) 567-1548** | ☒ Male ☐ Female | PHS Custody Date |
| Site Fax # **(334) 567-1538** | Will there be a charge for this visit? ☒ Yes ☐ No | Potential Release Date |

Responsible party: ☐ PHS ☐ Auto Ins.    ☐ (record based on Auto Accident MVA Payment Requirement)    ☐ Other, be specific (Exclusions Medicare and Medicaid):

## CLINICAL DATA

Requesting Provider: ☒ Physician ☐ NP, PA ☐ Dental

**Marc Sonnier MD**

Facility Medical Director Signature and Date:
[signature]

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)  ☒ X-ray (XR)  ☐ Dialysis (DA)
☐ Outpatient Surgery (OS)  ☐ Scheduled Admission (SA)

☒ Routine  ☐ Urgent

Estimated Date of Service (mm/dd/yy) _____

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: ☐ (Radiation, Chemotherapy)
Number of Visits/Treatments:

Type of Consultation, Treatment, Procedure or Surgery:

**MRI ®knee**

You must include copies of pertinent lab, X-rays, and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**

Injury ®knee 2000
knee is "buckling"

**Results of a complaint directed physical examination with objective findings:**

⊕ Crepitus ®knee c̄ ↓ROM
2+ Ant Drawer ®knee

**FAXED**

**Previous treatment and response: (including medications)**

NSAIDS, Rest + knee
Brace.
Pain + Instability continue

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized
Date:

? Intraarticular Steroid
faxed ?

Regional Medical Director Signature,
printed name and date (required):
[signature] KILMOSTSE U.U.f

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Mod Class: | UR Auth #: |
|---|---|---|

5/7/04 - No intra articular steroid [FAXED]

**FAXED**

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible

**AFTER RMD approval, fax to XXX-XXX-XXXX. You must Type or Print.**

**PHS**

## DEMOGRAPHICS

| | |
|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First.)** Martin Marlon |
| **Inmate #** 225145 | **Date: (mm/dd/yy)** 4/20/04 |
| | **Date of Birth: (mm/dd/yy)** 12/17/70 |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First.)** |
| | **PHS Custody Date** |
| **Site Fax #** (334) 567-1538 | [X] Male  [ ] Female |
| | **Will there be a charge for this Visit?** [X] Yes  [ ] No |
| | **Potential Release Date** |

**Responsible party:** [X] PHS  [ ] Auto Ins.  [ ] Health Ins. (Excludes Medicare and Medicaid Replacement)  [ ] Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** [X] Physician  [ ] NP, PA  [ ] Dental

Marc Sonnier MD

**Facility Medical Director Signature and Date:**

[ ] Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

[ ] Office Visit (OV)  [X] X-ray (XR)  [ ] Dialysis (DA)
[ ] Outpatient Surgery (OS)  [ ] Scheduled Admission (SA)

[X] Routine  [ ] Urgent

**Estimated Date of Service (mm/dd/yy)**

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** [ ] (Radiation, Chemotherapy)

**Number of Visits/Treatments**

**Type of Consultation, Treatment, Procedure or Surgery:**

MRI ® knee

You must include copies of pertinent lab, X-rays, and specialty consult reports with this form.

[ ] Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**

Injury ® knee 2000
knee is "buckling"

**Results of a complaint directed physical examination with objective findings:**

⊕ Crepitus ® knee c̄ ROM)
2+ Ant Drawer ® knee

**FAXED**

**Previous treatment and response: (including medications)**

NSAIDS, Rest + knee
Brace
Pain + Instability continue

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

[ ] Alternative Treatment Plan (explain here):

[ ] More Information Requested: (See Attached)

[ ] Resubmitted with requested information.

[ ] Offsite Service Recommended and Authorized

**Date:**

**Regional Medical Director Signature, printed name and date required:**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

FILE No.362 02/14 '03 12:58   L   ATON HCU               FAX:334 56    38        PAGE  12

Appt. Date: _____

### NaphCare *(National Prison HealthCare)*
### Hospital/Consultant Referral Form

Inmate Name: __Martin, Marlon__   AIS#: __225145__   Date: __2/13/03__

DOB: __12/17/70__   Race: __B__   Sex __M__   Allergies: __NK??__

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current
symptoms, current treatments): 33 B m̄ several weeks of problem
c̄ vertigo. No relief c̄ Bactrim & antivert
C/o of lightheadedness, Thyroid nodule pending. States
activity like basketball make it worse or elsea
working in kitchen at end of day. Also c/s cramp of head prostate
SERVICES REQUESTED/PROVIDER: _____ ENT (nnnus Dr. Cawthon's
Group

Signature (M.D.): _____

Pertinent Chronic Conditions/Diagnosis: _____
DOC Facility: __Draper Can Center__           Time Out: _____
Receiving Facility/Hospital: __Dr. Cawthon__   Return Time: _____
Route of Transportation: (X) ___/ Ambulance ___ DOC Van ___ Other: _____
Date & Result/Last PPD: __12/13/02__ Omm     Date & Result/Last Chest X-Ray _____

OFFSITE HEALTHCARE REPORT: _____ May have Minevies Th.

_____  "try diamox 125 mg BID.

_____ See Dr. McLover's                    X 2 wks

Orders/Recommendations:          note →

_____

Physician: _____   Date: _____   Time: _____
Notify (Facility): __Staton HCU__   at # (334) __567-1374__   of patient's discharge.
Advanced Medical Directive: Yes _____ (Attached) No ✓
Report called to: (Name/Title): __NA__              Date: _____
Signature & Title: __E. Adams RN__              Date: __2/14/03__

Appt. Date: _____

**NaphCare** *(National Prison HealthCa.*
**Hospital/Consultant Referral Form**

Inmate Name: Martin, Marlon    AIS#: 225145  Date: 2/13/03

DOB: 12/17/70  Race: B  Sex: M  Allergies: NKDA

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): 33 B m c̄ several week h/o problem c̄ vertigo, No relief c̄ Bactrim & antivert c/o of heat intolerance. Thyroid module pending. States activity like basketball make it worse or better works in Kitchen at end of day, also c/o crown of head prosthesis ENT Consult Dr. Cawthon's

SERVICES REQUESTED/PROVIDER: _____

Group

Signature (M.D.): _____

Pertinent Chronic Conditions/Diagnosis: _____
DOC Facility: Draper Con. Center         Time Out: _____
Receiving Facility/Hospital: Dr. Cawthon    Return Time: _____
Route of Transportation: (X) ___ Ambulance ___ DOC Van ___ Other: _____
Date & Result/Last PPD: 12/13/02 0mm    Date & Result/Last Chest X-Ray _____

OFFSITE HEALTHCARE REPORT: _____

_____

_____

_____

Orders/Recommendations: _____

_____

_____

_____

_____

Physician: _____  Date: _____  Time: _____
Notify (Facility): Staton HCU  at # (334) 567-1548  of patient's discharge.
Advanced Medical Directive: Yes _____ (Attached) No ✓
Report called to: (Name/Title): _____  Date: _____
Signature & Title: C. Ellis, RN  Date: 2/14/03

Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203
Sharon Hauser, R.N. Director of Utilization Review* 205-458-8370 or 1-800-771-0315

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Martin, Marlon | **Inmate Number:** | 225145MA |
| **Service Authorized:** | Office Visits: Op Orthopedics Referral | **Effective Dates:** | 07/22/2005 to 09/22/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 3 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15266125 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

MRI ℞ tear of ACL or meniscus

P Exercises

Knee brace

RTр рrn

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Date 8/19/05    Time

Signature of Consulting Physician: _[signature]_

Reviewed and Signed By
Medical Director: _[signature]_    Date    Time

07/26/20

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print

Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Martin Marlon | 7-20-05 |

| Site Phone # | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 567-1548 | | 12-17-70 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567-1538 | 225145 | 09, 18, 2002 |

| Will there be a charge? ☑ Yes ☐ No | Sex ☑ Male ☐ Female | SS Number 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 | Potential Release Date: (mm/dd/yy) 12, 20, 2000 |
|---|---|---|---|

Responsible party: ☑ PHS   ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )

☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

| Requesting Provider: ☐ Physician ☑ NP, PA ☐ Dental | History of illness/injury/sypmtoms with Date of Onset: |
|---|---|
| McArthur | (R) knee pain + recurrant edema. ACL repair 2004 Dr. Chung. New knee injury since |

Facility Medical Director Signature and Date:

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

| ☑ Office Visit (OV) | ☐ X-ray (XR) | ☐ Scheduled Admission (SA) |
|---|---|---|
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) | |
| ☑ Routine | ☐ Urgent | |

**Results of a complaint directed physical examination:**
ACL repair. Seen by Dr. Chung who suspects meniscus injury 4/05.

Estimated Date of Service (mm/dd/yy) __/__/__

(This starts the approval window for the "open authorization period")

| Multiple Visits/Treatments: 3 | ☐ Radiation therapy |
|---|---|
| Number of Visits/Treatments: 3 | ☐ Chemotherapy ☐ Other: |

| Specialist referred to: Orthopedics | Previous treatment and response (including medications): |
|---|---|
| Type of Consultation/Treatment/Procedure or Surgery: Dr. Chung Schedule apt after MRI. Send results/film to Appt | NSAIDS, Braces, Activity restriction |

Diagnosis:
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

### UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ Offsite Service Recommended and Authorized

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

Date resubmitted: __/__/__

Regional Medical Director Signature, printed name and date required:

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.    __/__/__ (mm/dd/yy)

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

Usa - UM Referral review form