# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Martin, Marlon | Inmate Number: | 225145MA |
|---|---|---|---|
| Service Authorized: | Office Visits: Op Orthopedics Referral | Effective Dates: | 07/22/2005 to 09/22/2005 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 3 |
| Responsible Facility: | Staton Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 15266125 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

| |
|---|
| |
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

Signature of Consulting Physician: _____

Date _____ Time

Reviewed and Signed By
Medical Director: _____

Date _____ Time

07/26/2005

# UTILIZATION MANAGEMENT REFERRAL / REVIEW FORM

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

PHS

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First)** Martin, Marlon | **Date: (mm/dd/yy)** 7.20.06 |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** 12.17.70 |
| **Site Fax #** (334) 567-1538 | **Inmate #** 225145 | **PHS Custody Date: (mm/dd/yy)** 09.18.2002 |
| **Will there be a charge?** ☑Yes ☐ No  **Sex** ☑Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 12.20.2000 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☐ Physician  ☑ NP, PA  ☐ Dental
McArthur

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☑ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)**   /   /

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**   ☐ Radiation therapy   ☐ Chemotherapy
**Number of Visits/Treatments:**   ☐ Other:

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**
MRI ® knee   Aug 12 @ 11am

**Diagnosis:**
**ICD-9 code:**
You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**
® knee pain + recurrent edema. ACL repair 2004 Seen by Dr. Chung 4/05 ® new injury.

**Results of a complaint directed physical examination:**
Dr. Chung suspects meniscus tear.

**Previous treatment and response (including medications):**
NSAIDS, Braces, Activity restriction

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ Offsite Service Recommended and Authorized

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.   **Date resubmitted:**   /   /

**Regional Medical Director Signature, printed name and date required:**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: 15253824 |
|---|---|---|---|

05a - UM Referral review form

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Martin, Marlon | **Inmate Number:** | 225145MA |
| **Service Authorized:** | Office Visits: Op Surgical Followup Referral | **Effective Dates:** | 04/07/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14881640 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment.
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility. (Use above contact name and telephone number)
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

S/p ℞ knee ACL reconstruction 9/15/2004   Reinj 2/2005 - small pain

giving way -

Ex 0°-120° ROM - ℞ tender. ℞ anterior lateral joint line - ⊖ instability.

Dx ? meniscus tear

℞ Cont exercises - MRI ℞ knee and RR p same

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: _(signature)_ | 4/27/05 | |
|---|---|---|
| | Date | Time |
| Reviewed and Signed By Medical Director: | 4-27-05   _(signature)_ | |
| | Date | Time |

☐ Sanders M. Benkwith, M.D.
☐ James R. Glassner, M.D.
☐ Tom Lyle Mitchell, Jr., M.D.
☐ John L. Swan, M.D.

☐ Michael B. Bradford, O.D.
☐ Fred B. Setzer, O.D.
☐ Timothy M. Meadows, O.D.

☐ Zelda
☐ Sturbridge
☐ Prattville

☐ Vision Exam &
   Eye-Health Screening
☐ Work In
☐ Post-Op Visit
☐ Int/Short Exam

KILBY

Name: _Marten, Marten_     Acct # 23575     Date: 4/22/05     Age: ____   M  F

**CC/HPI**

4/0° ↓ SUP VF OS / SUDDEN PAINLESS
                    IN JAN 05
Ⓝ HX TRAUMA

Ⓝ HEALTH HX ABNORMALITIES

Eye Meds

Sys. Meds

FH

| VA | | NEAR |
|---|---|---|
| OD | | |
| OS | | |

C                              C

Current RX
OD
OS
AR
OD
OS

Adnexa/Eyelids:  ☐ nl  _____
Pupils:          ☐ nl  _____
Muscles:         ☐ nl  _____

T  OD ____
   OS ____
   @  ____

Dilate with:
☐ N
☐ M
☐ C

MR  OD
    OS

CR OD
   OS

11:30

SLE:  LLLS&C   ☐ nl
      Cornea   ☐ nl
      AC       ☐ nl
      Lens     ☐ nl
      IOL/PC   ☐ nl
      Iris     ☐ nl

VF  R - WNL
    L - SUP LOSS

Fundus:  Optic Nerve  ☐ nl rims  40-50% C/D    OD - WNL
         Macula       ☐ nl
         Vessels      ☐ nl                     OS - PALE ④
         Periphery    ☐ nl

**Impressions:**

OPTIC NERVE ATROPHY
OS - HEALTHY PATIENT
Ⓝ OCULAR HX

**Plan:** REFER FOR NEURO
WORKUP - OPTIC ATROPHY
OS

Letter to: _____

Signature: _____  MD/OD   ☐ Over for Notes

MFP

## EYE EXAMINATION SHEET

| TO: (Service Physician) *Brafford* | FROM: (Requesting Ward, Med. Fac. Phys.) *Staton* | Date of Request: 4/22/05 |
|---|---|---|

Reason For Request: (Complaints and Finding)

Past History

Old Rx

| Signature | Type of Consult    ☐ Emergency    ☐ Routine |
|---|---|

### CONSULTATION REPORT

Subjective:  OD
OS

OPHTH:

New Rx:  OD
OS

Seg. Ht.

Ext:
Date Dispensed & Initials:

Seg. Type:

IDP & Time:

PLANO / POLYCARB  PD 63
PLANO    F7W

52/20/195

Frame:
Size:
Color:

*[signature]* 4/20/05
OPTOMETRIST'S SIGNATURE

| Patients Last Name *Martin,* | First *Marlon* | Middle | Age | R/S | I D No. *280145* |
|---|---|---|---|---|---|

F-65 Rev. (1-95)

## UTILIZATION MANAGEMENT REFERRAL R :W FORM

*… must be Complete and Legible. You must Type or ~~…~~*
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

### DEMOGRAPHICS

**Site Name & Number:**
Staton 843

**Site Phone #**
(334) 567-1548

**Site Fax #**
(334) 567-1538

**Patient Name: (Last, First,)**
Martin, Marlon

**Alias: (Last, First,)**

**Inmate #**
225145

**SS Number**
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

**Date: (mm/dd/yy)**
3.21.05

**Date of Birth: (mm/dd/yy)**
12.17.70

**PHS Custody Date: (mm/dd/yy)**
09.18.02

**Potential Release Date: (mm/dd/yy)**
12.20.06

**Will there be a charge?** ☒ Yes ☐ No
**Sex** ☒ Male ☐ Female

**Responsible party:** ☒ PHS ☐ Auto Ins.

☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

### CLINICAL DATA

**Requesting Provider:** ☐ Physician ☒ NP, PA ☐ Dental
McArthur

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☒ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** 3
**Number of Visits/Treatments:** 3
☐ Radiation therapy
☐ Chemotherapy
☐ Other:_____

**Specialist referred to:** Dr. Chung

**Type of Consultation, Treatment, Procedure or Surgery:**
Ortho   April 27, 05 @ 2:30 p

**Diagnosis:** ACL repair
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
S/P ®ACL repair.
Seen By Dr. Chung 3/18/05
who requests F/U in
3weeks

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**   ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

**Date resubmitted:** ___/___/___

FAXED 3/21/05 (11)

4/6/05

**Regional Medical Director Signature, printed name and date required:**

_____/_____/_____ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Martin, Marlon | **Inmate Number:** | 225145MA |
| **Service Authorized:** | Office Visits: Op Surgical Followup Referral | **Effective Dates:** | 04/07/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14881640 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

| **Clinical Summary or Attached Report** |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By Medical Director: | Date | Time |



```
+----------------------------------------------------------------------------+
|Patient _____   -  _____  RIGHT EYE TEST    Date     04/22/05 |
|Stimulus...Automatic    Pattern.....CENT 30         Total Points...   82 |
|Duration..  0.4 Sec.    Strategy....CONTOUR SUPRA   Presentations..  98 |
|Interval..  0.9 Sec.    Options.....None            False Posit.....  2/3 |
|Backgrnd.. 31.5 Asb.    DB Offset...5               False Negat..... 0/0 |
|Patient Age....   34    Correction _____      Fixation.......Mosaic |
|IOP _____    Pupil Size _____      Elpsd Time: 2 m 36 s |
+----------------------------------------------------------------------------+
```

☐ = SEEN/NORMAL    ▓ = UNSEEN/DEFECT

Martin, Marlon
220140
4/22/05

SYNEMED INC.
BENICIA, CA 9451(
OPTIFIELD IB (v2.21

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Martin, Marlon | Inmate Number: | 225145MA |
|---|---|---|---|
| Service Authorized: | Office Visits: Outpatient Optometry Referral | Effective Dates: | 02/03/2005 to 09/03/2005 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Staton Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14660018 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

### Clinical Summary or Attached Report

S/P 9/04 - ALL reconstruct - Has been on, what he skipped - hurt LS @ knee 3-4wk ago

Lg Word held - No fever. ROM - 0° - 100 flex of instability to str

© Please give him a hinged knee brace. Exercise to strengthen his knee - RTC in 3wk

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | _(signature)_ | 3/18/05 | |
|---|---|---|---|
| | | Date | Time |
| Reviewed and Signed By Medical Director: | _(signature)_ | | |
| | | Date | Time |

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

*...rm must be Complete and Legible. You must Type o ...nt*
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First,)** MARTIN, MARLON | **Date: (mm/dd/yy)** 03/16/05 |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** __/__/__ |
| **Site Fax #** (334) 567-1538 | **Inmate #** 225145 | **PHS Custody Date: (mm/dd/yy)** __/__/__ |
| **Will there be a charge?** ☐ Yes ☐ No  **Sex** ☐ Male ☐ Female | **SS Number** __ __ __ - __ __ - __ __ __ __ | **Potential Release Date: (mm/dd/yy)** __/__/__ |

**Responsible party:** ☐ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☐ Physician ☐ NP, PA ☐ Dental

WINFRED Williams

**Facility Medical Director Signature and Date:**

*[signature]*

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☐ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** __/__/__
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** _____   ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____   ☐ Other:_____

**Specialist referred to:** Dr Chung

**Type of Consultation, Treatment, Procedure or Surgery:**
ORTHOPEDICS Consult F/u
6936 Winton Blount Blvd XRAY
**Diagnosis:** Knee Pain   3/18/05 3/5 pm
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
S/P ACL Repair
w/ Re-injury, Fall 2d ago

**Results of a complaint directed physical examination:**
Joint instability, Pain c effusion. ROM limited to 20° flexion

**Previous treatment and response (including medications):**
ACL Repair, Profiles, Crutches.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** __/__/__

**Regional Medical Director Signature, printed name and date required:**
__/__/__ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| **Cert Type:** **Med Class:** | **CPT code:** | **UR Auth #:** |
|---|---|---|

U5a - UM Referral review form

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Martin, Marlon | **Inmate Number:** | 225145MA |
| **Service Authorized:** | Office Visits: Outpatient Optometry Referral | **Effective Dates:** | 02/03/2005 to 09/03/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14660018 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| **The consulting physician should complete this section. The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.** |
|---|
| **Clinical Summary or Attached Report** |
| |
| |
| |
| |
| |
| |
| **\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\*** |

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By Medical Director: | Date | Time |

02/03/2005

HCX

HEALTHCARE CORRECTIONS

**RADIOLOGY SERVICES REQUEST AND REPORT**

MOY
DO 3/8/05

INSTITUTION: Staton

Name: Martin, Marlon

State ID No: 225145

DOB 12/17/70

Race: B          Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| W. Williams, MD | 3/14/05 | | | | |

HISTORY/DIAGNOSIS:

Edema

**X-RAY REQUEST**

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | X KNEE Rt) | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

**REPORT**

Martin

RIGHT KNEE: The patient has had an anterior cruciate ligament repaired. The orthopedic hardware remains in place. The joint space is maintained with no fracture or dislocation.
IMPRESSION:  PREVIOUS SURGERY INVOLVING THE KNEE.

D: & T: 03-16-05  Maurice H. Rowell/jhi  Board Certified Radiologist (Signature on file)

3/16/05
(W)

X-RAY TECHNOLOGIST'S NAME (PRINT)          X-RAY TECHNOLOGIST'S SIGNATURE          DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)          RADIOLOGIST'S SIGNATURE          DATE SIGNED

## EYE EXAMINATION SHEET

| TO: (Service Physician) Dr BRADford | FROM: (Requesting Ward, Med. Fac. Phys.) | Date of Request: 1/28/05 |
|---|---|---|

**Reason For Request: (Complaints and Finding)**

OD 20/15
OS 20/200

℥ gLasses

OU 20/20

unable to Read

**Past History**

REPORTS suddon Loss of 1/2 VF (sup) OS
x 7d - CLEARING SLIGHTLY Now

**Old Rx**

**Signature**

Type of Consult  ☐ Emergency  ☐ Routine
∅ PREV VIS PROB

### CONSULTATION REPORT

Subjective:  OD
OS

OPHTH:

New Rx:  OD
OS

Seg. Ht.

Ext:
Date Dispensed & Initials:

Seg. Type:  PLANO

TROP 12 Tst 00/03
60240 / PERIPH
WNL
(INDIRECT
MONOCULA

IDP & Time:

KILBY EYE CLINIC
DFE (SLE / VF

Frame:
Size:
Color:

MB 1/28/05

OPTOMETRIST'S SIGNATURE

| Patients Last Name MARTIN, | First MARLON | Middle | Age 34 | R/S | ID No. 225145 |
|---|---|---|---|---|---|

12/7/70

F-65 Rev. (1-95)

Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843  STATON | **Pt. Name: (Last, First)** MARTIN MARTIN | **Date:** (mm/dd/yy) 01/11/05 |
| **Site Phone #** (334) 567 - 1548 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** 12/17/70 |
| **Site Fax #** (334) 567 - 1538 | **Inmate #** 225145 | **PHS Custody Date: (mm/dd/yy)** 12/10/02 |
| **Will there be a charge?** ☒ Yes ☐ No   **Sex** ☒ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 12/20/06 |

**Responsible party:** ☒ PHS  ☒ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☒ Physician  ☐ NP, PA  ☐ Dental

Wilfred Williams

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DK)

☐ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:_____

**Specialist referred to:** Dr Bradford

**Type of Consultation, Treatment, Procedure or Surgery:**
Opthonology eval.

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**

Visual loss L Eye
unable to see print - Lg
on Eye Chart

**Results of a complaint directed physical examination:**

R 20/15
L 20/200+ unable to Read

**Previous treatment and response (including medications):**

Conservative

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION

☐ Alternative Treatment Plan (explain here):

☐ Offsite Service Recommended and Authorized

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

**Date resubmitted:** ___/___/___

FAXED

**Regional Medical Director Signature, printed name and date required:**

_____ (mo/dd/yr)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **UR Auth #:** |
|---|---|---|

UM Referral review form 2-05-2004

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PROGRESS NOTES

| Date/Time | Inmate's Name: Martin, Marlon #205145 D.O.B.: 12/7/70 |
|-----------|--------------------------------------------------------|
| 1/3/05 | S/p ® Knee ACL reconstruct 9/15/04 |
| | ¢ pain |
| | Exo Wound healed |
| | ¢ tender. |
| | 0° – 110° flex |
| | ¢ instability |
| | Xn → good |
| | P ℞. Knee brace |
| | Exercise |
| | RTC prn |
| | J. Colbery |
| | ___ 1/4/05 |

# UTILIZATION M. AGEMENT REFERRAL REVI W FORM

**Form must be Complete and Legible. You must Type or Print**

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First,)** Martin, Marlon | **Date: (mm/dd/yy)** 1 0, 2 1, 0 4 |
| **Site Phone #** (334) 567 - 1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** 1 2, 1 7, 70 |
| **Site Fax #** (334) 567 - 1538 | **Inmate #** 225145 | **PHS Custody Date: (mm/dd/yy)** 1 2, 1 0, 0 2 |
| **Will there be a charge?** ☒ Yes ☐ No  **Sex** ☐ Male ☐ Female | **SS Number** 0 4 1 - 7 8 - 3 6 1 0 | **Potential Release Date: (mm/dd/yy)** 1 2, 2 0, 0 6 |

**Responsible party:** ☒ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☒ Physician  ☐ NP, PA  ☐ Dental

WINIFRED D. WILLIAMS

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☒ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**  ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:

**Specialist referred to:** Dr. Chung

**Type of Consultation, Treatment, Procedure or Surgery:**
Follow-up Ortho (1 month)
Take x-rays
1/3 @ 200 am

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/sypmptoms with Date of Onset:**

s/p (R) knee ACL reconstruction on 9/15/04 per Dr. Chung.

**Results of a complaint directed physical examination:**

0° – 90° flexion per Dr. Chung.

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

**Date resubmitted:** ___/___/___

FAXED 10/21/04

**Regional Medical Director Signature, printed name and date required:**
___/___/___ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth #: 1 4 3 3 6 6 7 3 |
|---|---|---|

UM Referral review form 2-05-2004

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Martin, Marlon | **Inmate Number:** | 225145MA |
| **Service Authorized:** | Office Visits: Op Surgical Followup Referral | **Effective Dates:** | 09/22/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14214370 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| |
|---|
| **The consulting physician should complete this section.** **The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.** |

| Clinical Summary or Attached Report |
|---|
| f/u @ Knu Arr recovery & cognitive |
| w/o Wound healed. 0-90° flex. |
| P Remove clips. |
| Plan put him a hinged knee brace full range |
| Exercise. |
| RR 1 month |

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| | | |
|---|---|---|
| Signature of Consulting Physician: | *Tilly* | 10/15/24 |
| | | Date _____ Time |
| Reviewed and Signed By Medical Director: | 10/18/04 *signature* | Date _____ Time |

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print.
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** <br> Staton 843 | **Patient Name: (Last, First)** <br> Martin, Marlon | **Date: (mm/dd/yy)** <br> 09.20.04 |
| **Site Phone #** <br> (334) 567 - 1548 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** <br> 12.17.70 |
| **Site Fax #** <br> (334) 567 - 1538 | **Inmate #** <br> 225145 | **PHS Custody Date: (mm/dd/yy)** <br> 12.10.02 |
| **Will there be a charge?** ☐ Yes ☒ No   **Sex** ☒ Male ☐ Female | **SS Number** <br> 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 | **Potential Release Date: (mm/dd/yy)** <br> 12.20.06 |

**Responsible party:** ☒ PHS ☒ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☐ Physician ☒ NP, PA ☐ Dental
_____ test tuCRNP

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☒ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☒ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** 09.01.04

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** _____ ☐ Other:

**Specialist referred to:** Dr. Chung

**Type of Consultation, Treatment, Procedure or Surgery:**
F/u from Surgery 10/15 @ 245 pm
Dr. Chung 2 wks

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

s/p ACL repair - Rt

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

FAXED

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

Date resubmitted: __ / __ / __

**Regional Medical Director Signature, printed name and date required:**

_____ / _____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Martin, Marlon | **Inmate Number:** | 225145MA |
| **Service Authorized:** | Office Visits: Op Surgical Followup Referral | **Effective Dates:** | 09/22/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14214370 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| | Date | Time |
|---|---|---|

Signature of Consulting Physician:

| | Date | Time |
|---|---|---|

Reviewed and Signed By
Medical Director:

09/2

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**Form must be Complete and Legible. You must Type or Print**
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First,)** Martin , Marlon | **Date: (mm/dd/yy)** 08,20,04 |
| **Site Phone #** (334) 567 - 1548 | **Alias:  (Last, First,)** | **Date of Birth: (mm/dd/yy)** 12,17,70 |
| **Site Fax #** (334) 567 - 1538 | **Inmate #** 225145 | **PHS Custody Date: (mm/dd/yy)** 12,10,02 |
| **Will there be a charge?** ☑Yes ☐No  **Sex** ☑Male ☐Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 12/20/06 -005 12/94 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.    ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental
WINFRED D. WILLIAMS

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☑ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☑ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy)  ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**   ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____   ☐ Other:

**Specialist referred to:** Dr. Chung

**Type of Consultation, Treatment, Procedure or Surgery:**
ACL REPAIR w/ patellar tendon
GRAFT.
Baptist East
8/15 @ 730am

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
knee pain "giving out"

**Results of a complaint directed physical examination:**
Pain w/ Ambulation unstable gait
swollen (R) knee, Ant drawer (+)
ortho evaluation → ACL tear (R)
(8/17/04)
Dr Chung     M

**Previous treatment and response (including medications):**
NSAIDS, Elevation, Rest

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**   ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested:  (See Attached)

☐ Resubmitted with requested information.

Date resubmitted: ___/___/___

FAXED 8/20/04

**Regional Medical Director Signature, printed name and date required:** ___/___/___  (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|
| | | |

UM Referral review form 2-05-2004

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Martin, Marlon | **Inmate Number:** | 225145MA |
| **Service Authorized:** | Office Visits: Op Surgical Followup Referral | **Effective Dates:** | 07/22/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14004434 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

(R) Knee MRI 7/12/04 by report → ACL tear. He still has giving way in the knee

Discuss ACL reconstruction c patellar tendon graft - Risk include anesthesia, infection, neurovascular damage, incomplete return of stability in the knee, weakness of patellar tendon, post-op thrombophlebitis + pulmonary embolism. He would like to go ahead. Please will schedule when approved. Send us more questions for surgery office.

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | 8/17/04 | |
| | Date | Time |
| Reviewed and Signed By Medical Director: | 8/17/04 | 8 3⁴⁰p |
| | Date | Time |

562-7167

**Baptist Medical Center East**
**PHYSICIAN'S ORDERS**

USE BALL POINT PEN ONLY AND PRESS FIRMLY!!

Add essograph Plate 1

Martin, Marlon
Surgery. Sept. 15, 04

ALLERGIES

| CPT Order #/Transcriber Ordered/Time | Date/Time Ordered | ANOTHER BRAND OR GENERICALLY EQUIVALENT PRODUCT MAY BE DISPENSED UNLESS CHECKED OR INITIALED  PHYSICIAN'S ORDERS AND SIGNATURE |
|---|---|---|
| | | **ROUTINE PRE OPERATIVE ORDERS** |
| | | **DR** _____ |
| | | **Page 2 of 2** |
| | | 3    **EKG:** |
| | | _____ MVP/murmur or other valve disorder    _____ Tachycardia/palpitation |
| | | _____ Chest pain discomfort pressure    _____ Ischemic heart disease (hx MI) |
| | | _____ Hypertensive disease    _____ Dizziness |
| | | _____ Pulmonary congestion &ihypostasis (CHF)    _____ Other |
| | | _____ Electrolyte/fluid abnormality |
| | | 4    **CHEST XRAY:** |
| | | _____ Existing pulmonary disease (asthma  COPD  etc ) Specify _____ |
| | | _____ Existing cardiac disease (hypertension  CHF  etc ) |
| | | _____ Internal injury |
| | | _____ Fever |
| | | _____ Cough |
| | | _____ Disorders of bone & cartilage (arthritis) |
| | | _____ Other |
| | | 5    Antibiotic: _____ |
| | | ⑥    NPO after midnight |
| | | 7    _____ ❑ TED or ❑ SCD hose prior to surgery |
| | | 8    **Other Orders** _____ |
| | | 9    Anesthesia Consult   ❑ YES  ❑ NO |
| | | Signature   _Cassells_ |

**Baptist Medical Center East**
**PHYSICIAN'S ORDERS**

USE BALL POINT PEN ONLY AND PRESS FIRMLY!!

Addressograph Plate ↓

*Surgery. Sept. 15, 04*

*Marlon Martin*

ALLERGIES

| CPT Order # Transcription Init/Date/Time | Date/Time Ordered | | ANOTHER BRAND OF GENERICALLY EQUIVALENT PRODUCT MAY BE DISPENSED UNLESS CHECKED OR INITIALED   PHYSICIAN'S ORDERS AND SIGNATURE |
|---|---|---|---|
| | 9/16/04 | | **ROUTINE PRE OPERATIVE ORDERS** |

DR *JM CHUNG*

Page 1 of 2

(1) Operative permit for *Right Knee arthroscopy,*
*anterior cruciate ligament reconstruction*
*with patellar tendon graft*

(2) **LAB: check appropriate diagnosis**

A. ——— **CBC:**
———— Pre op patient [V72 83]          ——— Abdominal pain
———— Long term use of medications     ——— Other
———— Fever

B. ——— **TYPE & SCREEN**

C. ——— **CHEM 7:**
———— Edema                            ——— Nephropathology
———— Hypertensive disease             ——— Dizziness
———— Long term use of medications     ——— Other
———— Diabetic

D. ——— **PT PTT**
———— Known or suspected               ——— Cirrhosis hepatitis
———— coagulation abnormality          ——— CHF
———— Anticoagulant therapy            ——— Cardiac dysrhythmia
———— Hemorrhage or anemia             ——— Dysfunctional uterine bleeding
———— Pulmonary congestion             ——— Menorrhagia
———— Other

E. **DRUG LEVELS: circle appropriate drug**
———— Patients taking Digoxin Tegretol Theophylline Dilantin Depako...
———— Phenobarb
———— Other

F. **URINE PREGNANCY**
———— On all menstruating females

G. **UA:**
———— Diabetic                         ——— Fever
———— Renal glycosuria                 ——— Dysuria
———— Dehydration                      ——— Abdominal & pelvic pain
———— Stress incontinence              ——— Long term use medicatio...

H. **ADDITIONAL LAB TESTS:**
———— ——————————————
———— ——————————————

| Facility Name: | _Station_ | | | | | | | | | | | Month/Year of Charting: 6/06 | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

_Robaxin 500mg PO_
_BID x 10 days_

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6p | | | | | | | | | X | | | | | | | | | | | | | | | | X | | | | | | |
| 6p | | | | | | | | | Y | | | | | | | | | | | | | | | | X | | | | | | |

| Start Date: 6/30/06 | Prescriber: _Pleasant_ |
| Stop Date: 7/9/06 | RX #: |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
| Stop Date: | RX #: |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
| Stop Date: | RX #: |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
| Stop Date: | RX #: |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
| Stop Date: | RX #: |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
| Stop Date: | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies _Baclofen_ | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: _223745_ | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| _Martin, Marlon_ | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | Date of Birth: _12/17/76_ | | | 10. Other |

| Facility Name: | Staton | | | | | | | | | | | | | Month/Year of Charting: 5/06 | | | | | | | | | | | | | | | | | |

**Flexeril 10mg †**
**PO Tid X7 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 4/27/06    Prescriber: Peasant
Stop Date: 5/4/06    RX #:

**Robaxin 500mg**
**PO BID x10days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 5/26/06    Prescriber: Peasant
Stop Date: 6/4/06    RX #:

*Have not recieved med @ all*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Taylor LPN | St | J. Parker, LPN | JP | 1. Discontinued Order |
| Allergies NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: 225140 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| Martin    Marlon | | | Date of Birth: 12/17/20 | | 9. No Show / 10. Other |

Facility Name: SCC

Month/Year of Charting: 3/06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Naprosyn 375mg
↑ P.O. TID X 15 day

Hour: 6A — X
12N — X
6P X
DC d
X

Start Date: 3/2/06    Prescriber: Lassiter CRNP
Stop Date: 3/18/06    RX #:

Naprosyn 375mg
PO TID x 15. day

Hour: 6A
12N
6P

Start Date: 3/18/06    Prescriber: Smith pnp
Stop Date: 4/12/06    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis:

Allergies: NKA

Housing Unit:
Patient ID Number: 225140
Patient Name: Martin, Marlon

Date of Birth: 12/17/70

Nurse's Signature: B Rennell    Initial: BR
Nurse's Signature: B Ross    Initial: BR

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: Staton Correctional Facility | | Month/Year of Charting: 01/06 |

Naprosyn 375MG Tab     57.00

Take 1 tablet(s) by mouth Three Times Daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6a | 9 | 9 | 9 | 9 | 9 | 9 | 9 | | | | | | | | | | | | | | | | | | | | | | | | |
| 12p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 12-20-2005     Prescriber: Peasant, John

Stop Date: 01-07-2006     RX #: 250995466

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:

Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:

Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:

Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:

Stop Date:     RX #:

Diagnosis

Allergies   NKA

Housing Unit: Population
Patient ID Number: 225140
Patient Name:

**Martin, Marlon**

Date of Birth: 12/17/70

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| Stanny LPN | ST | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Facility Name: _Staton_

Month/Year of Charting: _12/05_

**Naprosyn 375mg**
**PO TID**
**X 30 days**

Start Date: _12/7/05_    Prescriber: _L. Lassiter CRNP_
Stop Date: _1/7/06_    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies: NKA | K. Williams | KW | | | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stock<br>8. Medication Held<br>9. No Show<br>10. Other |

Housing Unit:
Patient ID Number: _225140_
Patient Name: _Martin, Marlon_

Date of Birth: _12/17/70_

Start

Facility Name:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Year of Charting:

**Hydrocortisone Cream AAA BID X 30(d) Ti tubes**

Ti tubes given 8/13/05  (CH)

Start Date: 8/12/05     Prescriber: McArthur, D, PA
Stop Date: 9/2/05       RX #:

**Selenium Sulfide Lotion AAA BID X 14(d)**

given 8/13/05
1 2 3 4 5 6 7 8 9 10 11 12 13 N

Start Date: 8/12/05     Prescriber: McArthur, D, PA
Stop Date: 8/25/05      RX #:

Start Date:             Prescriber:
Stop Date:              RX #:

Start Date:             Prescriber:
Stop Date:              RX #:

Start Date:             Prescriber:
Stop Date:              RX #:

Start Date:             Prescriber:
Stop Date:              RX #:

Diagnosis

Allergies  NKA

Housing Unit: Staton
Patient ID Number:
Patient Name:

Martin, Marlon

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| C. Heep | CH | | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth: 12/17/___

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hydrocortisone 1% cream 4/27/05 — 7/26/05 | TOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | |
|---|---|---|
| CHARTING FOR 7/1/05 | THROUGH 7/31/05 | |
| Physician Peasant | Telephone No. | Medical Record No. 22514 |
| Alt. Physician | Alt. Telephone | |
| Allergies NKA | Rehabilitative Potential | |
| Diagnosis | | |

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | | Title: RN | Date: |
|---|---|---|---|---|---|
| PATIENT | | PATIENT CODE 225145 | ROOM NO. | BED | FACILI |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hydrocortisone 1% cream 4/27/05 - 7/26/05 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 6/1/05 | THROUGH | 6/30/05 | | |
|---|---|---|---|---|---|
| Physician | | | Telephone No. | | Medical Record No. |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies NKDA | | | Rehabilitative Potential | | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: (signature) | | Title: LPN | Date 5/26/ |
| PATIENT  Martin, Marlon | | | PATIENT CODE 225145 | ROOM NO. | BED | FACILITY |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Hydrocortisone 1% Cr.*

4-27-05        7-26-05        *2 tubes given 4/27/5*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5-1-05    THROUGH 5-31-05

Physician **Williams, MD**        Telephone No.        Medical Record No

Alt. Physician        Alt. Telephone

Allergies **NKA**        Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| | | By: C. Thompson | Title: LPN | Date: 4/29/0 |

PATIENT **Martin, Marlon**        PATIENT CODE **225145**    ROOM NO.    BED    FACILITY St.

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/27/05 Hydrocortisone @ 1% cream 04/27/05 - 7/26/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*R Marlin Martin 2 tubes given 4/27/05*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 04/01/05　　THROUGH 04/30/05

| | |
|---|---|
| Physician Williams, MD | Telephone No. |
| Alt. Physician | Alt. Telephone |
| Allergies NKA | Rehabilitative Potential |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries checked: By: S. Nixon, RN | Title: | Date: 4/27 |
|---|---|---|---|---|

PATIENT Martin, Martin Marlon

| PATIENT CODE | ROOM NO. | BED | FACILI |
|---|---|---|---|

# MEDICATION ADMINISTRATION RECORD

STDT0:

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hydrocortisone 1% cream 3-15-05        KOP | | | | | | giver 3-15-05 x2 tubes   Marlon Martin | | | | | | | | | | | | | | | | | | | | | | | | |
| Toradol 60mg IM x 1 dose now 5pm 3-15-05 | | | | | | A | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600mg TID x 7days start 3-15-05 End | 6A 12N 6P | | | | | | start | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **3-15-05**  THROUGH **3-31-05**

Physician **Williams**

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No **22814**

llergies **NKA**

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: a. Sipp RW   Title: RW | Date: 3-1 |
|---|---|---|---|

PATIENT **Martin, Marlon**    PATIENT CODE    ROOM NO.    BED   FACILIT

# MEDICATION ADMINISTRATION RECORD

SCC

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Hydrocod Hisone CU 40 gmx600g 10-18-04 — 12-8-04 | | | | | | | | | | given 10/19/04 | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10/1/04    THROUGH 12/3/04

Physician    Dr William

Alt. Physician

Allergies    NLDA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No. 225140

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: NR    Title: RN    Date: 12/30

PATIENT    Martin, Marion

PATIENT CODE    ROOM NO.    BED    FACILITY

# MEDICATION ADMINISTRATION RECORD

STDTO:

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/14/05 Selenium Sulfide 10kg AAA BID X14d 02/28/05 McArthur PA | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **02/01/05** THROUGH **02/28/05**

Physician

Alt. Physician **D. McArthur PA**

Allergies **NKA**

Diagnosis

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Medicaid Number

Medicaid Number

Complete Entries Checked: By: **McClain**

Title: **LPN**    Date: **2/14/0**

PATIENT **Martin, Marlon**

PATIENT CODE    ROOM NO.    BED    FACILITY

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Hydrocortisone Cr.
AAA Bid X 30d KOP
to thighs
1/5/05 — 1/6/05

(2) tube 1/5/05 mg

Marlon Martin

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1/5/05    THROUGH 1/30/05

Physician Dr. Williams

Alt. Physician

Allergies

Diagnosis

| Medicaid Number | Medicare Number |
|---|---|

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Complete Entries Checked:

By: B Beck Gm    Title:    Date: 1/5

PATIENT    Martin    Marlon

PATIENT CODE    ROOM NO.    BED    FACILITY

# MEDICATION ADMINISTRATION RECORD

STDT0:

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Hydrocortisone cr
60 gm × 60 days            KOP
10-18-04 → 12-18-04

K
P

2 tubes given 10/19/04

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **11-1-04** THROUGH **11-30-04**

Physician _____  Telephone No. _____  Medical Record No. _____

Alt. Physician _____  Alt. Telephone _____

Allergies  **NKDA**                      Rehabilitative Potential _____

Diagnosis _____

Medicaid Number _____  Medicare Number _____

Complete Entries Checked: By: _____ Title: **11/1/04**  Date: _____

PATIENT  **Martin, Marlon**

PATIENT CODE **225145**  ROOM NO. ____ BED ____ FACILI

# MEDICATION ADMINISTRATION RECORD

STDTO1

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg TID x 14(d) 9/23/04 → 10/7/04 | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lortab 5mg ii PO Q 6-8hr x 10(d) 9/23/04 → 10/3/04 | 6A 12N 8Hr | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hydrocortisone Cream 600gm KOP x 3(d) ii tubes 9/23/04→10/24/04 | KOP given 9/24/04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10-1-04  THROUGH 10-31-04

Physician Williams, W

Alt. Physician

| | |
|---|---|
| Telephone No. | |
| Alt. Telephone | Medical Record No. 32514 |

'ergies

| Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: C. Hall Spr | | Title: | Date: 9/2 |

PATIENT   Marten, Marlon

| PATIENT CODE | ROOM NO. | BED | FACILIT |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/04 Hydrocortisone cream 600gm X60d KOP Dr. Williams | KO P | 2 Tubes gi 10/19/04 *** Marlin West | | | | | | | | | | | | | | | X X | | | | | | | | | | | | | | |

**MEDICATIONS** **HOUR**

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10-01-04    THROUGH 10-31-04

Physician Dr. Williams

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No. 282145

Allergies NKDA

Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare's Number

Complete Entries Checked: By: M. Clem

Title:

Date: 10/18

PATIENT Marlin, Marlin

PATIENT CODE    ROOM NO.    BED    FACIL

# MEDICATION ADMINISTRATION RECORD

STDT0:

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

Vicodin # P.o. q̄ 4 hr.
PRN x 7 d
9/17/04 ——— 9/24/04

May be out of knee immo-
bilizer to rest, Keep on
when up (toe touch
9/17/04 wt bearing)

Change drsg PRN, ice
pack PRN
9/17/04

Toe touch
09/20/04

Motrin 600 PO
tid PRN x 60 days
09/30/04    12/20/04
Revised see below ↓

Motrin 600mg TID
PRN x 10 days
9-20-04 – 9-30-04
Revised

Motrin 600mg TID x 14d
9-23-04 → 10-7-04

Soma 350mg ī po q 6-8hr
x 10 days
9-23-04 → 10-3-04

Hydrocortisone Cream
60 gm top x 30 days
9/24/04 - 10/24/04
Marlon McClain ? 9/24/04

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 9-1-04    THROUGH 9-30-04

Physician
Alt. Physician    Telephone No.    Medical Record No.
Alt. Telephone
Allergies    Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare Number    Complete Entries Checked: By: A Willis    Title: LPN    Date: 9/17

PATIENT    Martin, Marlon    PATIENT CODE 225145    ROOM NO.    BED    FACILITY

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Naproxen 375mg +
P.O BID x 14 day

5/10/04 - 5/24/04

6A
6P

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3/1/04    THROUGH 5/31/05

Physician Dr. Sonnier
Alt. Physician D. McArthur, P.A

Telephone No.
Alt. Telephone

Medical Record No. 225145

Allergies

Rehabilitative Potential

Diagnosis

Medicaid Number          Medicare Number          Complete Entries Checked:
By: I. Hampton          Title: LPN          Date: 5/10

PATIENT Martin, Marlon          PATIENT CODE 225145          ROOM NO.          BED FACILIT

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen 375mg + 90 BID x 14days 2/21/04 — 3/16/04 | 4AM LGPM | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 3-1-04 | THROUGH | 3-31-04 | | |
|---|---|---|---|---|---|
| Physician | Sonnier, MD | | Telephone No. | | Medical Record No. |
| Alt. Physician | Mc Arthur, PA | | Alt. Telephone | | |
| Allergies | NKA | | Rehabilitative Potential | | |
| Diagnosis | | | | | |

| Medicaid Number | Medicare Number | Complete Entries Checked: By: C. Hill, PA | | Title: | Date: 3- |
|---|---|---|---|---|---|
| PATIENT | Martin, Marlon | | PATIENT CODE | ROOM NO. | BED | FACILITY |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen 375 mg i BID X 14d 2/21 - 3/6/04 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 2-1-04  THROUGH 2-29-04

Physician

Alt. Physician Mc Arthur

Allergies NKA

Diagnosis

Medicaid Number

Medicare Number

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Complete Entries Checked By: C. Hall-Smith

Title: [signature]

ROOM NO.

BED    FACILIT

Date: 2/20/06

PATIENT Martin Marlon

PATIENT CODE 225145

# MEDICATION
# ADMINISTRATION RECORD  NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Continued 25mg's PO BID x 30 days Meclizine 10/9/03 - 10/9/03 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10/1/03    THROUGH 10/31/03

| Physician Sanders | Telephone Number | Inmate No. 225145 |
|---|---|---|
| Alt. Physician | Alt. Telephone | |
| Allergies NKA | Rehabilitative Potential | |
| Diagnosis | | |

| Medicaid Number | Medicare Number | Complete Entries Checked By: | Title: RN | Date 10/1/03 |
|---|---|---|---|---|

| PATIENT Martin Marlon | PATIENT CODE 225145 | ROOM NO. | BED | FACILITY COD |
|---|---|---|---|---|

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/30/03 Diamox 125mg po. Bid x 14 day  08/12/03 Dr. Donnie Sr | 6ᵃ 6p | | · | · | · | · | · | · | · | · | · | | | | | | | | | | | | | | | | | | | | · | · |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 07/01/03 THROUGH 07/31/03

Physician Donnie

Alt. Physician

Allergies NKA

Diagnosis

Telephone Number

Alt. Telephone

Inmate No. 225145

Rehabilitative Potential

Medicaid Number

Medicare Number

Complete Entries Checked By: D. Austin

Title: LPN

Date: 07/30/03

PATIENT Martin, Marlon

PATIENT CODE

ROOM NO.

BED

FACILITY COD

# MEDICATION
# ADMINISTRATION RECORD   NaphCare



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Medication entries handwritten, partially illegible:*

- Minipress 1mg + BID x 14 day  8/31 – 9/13/03 — 6A / 6P — Complete
- Flexeril 10mg + TID x 3 day  8/29 – 9/1/03 — 6A / 1PM / 6P — Complete
- 9/9/03 – Antivert 25mg PO BID x 30 days  9/9/03 – 10/9/03  PRN (meclizine) — 6A / 6P
- 9/9/03 – DeProx II ophth gtts both eyes TID x 5 days  9/9/03 – Allergies Noted — 6A / 6P

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  9/1/03          THROUGH  9/30/03

Physician  Dennis
Alt. Physician
Allergies  NKA
Diagnosis

Telephone Number
Alt. Telephone
Rehabilitative Potential

Inmate No.  225145-D

Medicaid Number          Medicare Number          Complete Entries Checked  By: ____   Title: RN   Date: 9/1/03

PATIENT  Martin, Marlon          PATIENT CODE  225145          ROOM NO.     BED     FACILITY CODE

# MEDICATION
## ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CHARTING FOR** 08/01/03     **THROUGH** 08/31/03

**Physician** Sonnier

**Alt. Physician**

**Allergies** NKA

**Dia..osis**

**Telephone Number**

**Alt. Telephone**

**Rehabilitative Potential**

**Inmate No.** 225145

**Medicaid Number**     **Medicare Number**     **Complete Entries Checked By:** D Austin     **Title:** LPN     **Date:** 07/28/03

**PATIENT** Martin, Marlon

# MEDICATION
# ADMINISTRATION RECORD   

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diamox 125mg PO BID x14 day 3/11/03 - 3/25/03 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benzoyl H₂O₂ BID 30 day left 3/11/03 | 4OP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HC Creme 1% TID x14 day left 3/11/03 - 3/24/03 | 4OP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | |
|---|---|
| CHARTING FOR 3/1/03 | THROUGH 3/31/03 |
| Physician Sohnier | Telephone Number |
| Alt. Physician | Alt. Telephone |
| Allergies NKA | Rehabilitative Potential |
| Diagnosis | |

Inmate No. 235145

| Medicaid Number | Medicare Number | Complete Entries Checked | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

| PATIENT Martin, Marlon | PATIENT CODE 235145 | ROOM NO. | BED | FACILITY C |
|---|---|---|---|---|

Inmate Name _Marion, Ji___  of Request _50 of 52___

AIS No. _225745____ Date of Birth _12-17-70___ Housing Loc. _2CFII Bed 14_

Nature of problem or request _When i was at kilby they cleaned my_
_out my right ear and the water hit a nerve_
_causing my balance to be ef worst than before_
_my left ear still need cleaning ② when i was at_
_kilby they took my knee Brace i need one bad_
_my knee's_

Sign here for consent to be treated by health staff for the condition described above. _Marlon Martin_

Place this slip in Medical Box or designated area

## DO NOT WRITE BELOW THIS LINE

JAN 12 2003

----------------------------------------------------

### Health Care Documentation

Subjective: _my Balance is off Because they Flushd my ear. my vision's_
_Blured. I need a Knee Brace, they took mine that I had._

Objective: BP _120/78_ P _78_ R _20_ T _98_ WT _173#_
_White Cobbin material noted in ® ear. unable to exxamin ® ear_
_clean c no wax_

Assessment: _alteration in comfort_

Plan: _MD to Review_

1-13-03

8
Bm Sems

Refer to: PA/ Physician          Mental Health          Dental

Education: _IN nots Edvcates on Ear wAx B lockage_

Protocol used: (specify) _Same as above_

Signature _MScep LPN 1/13/0_ Title _____ Time _____ Date _____

## PHYSICIAN'S PROGRESS NOTES



| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 1-30-03 @ | 9³⁰ am | See MD or CRNP: vertigo   labs 12/13/0_ |
| #16? | | 97°, 60, 18, 120/80           _A Myers_ |
| | | 33 BM c/o vertigo. Was Tx |
| | | c Antivert NO help. Vertigo happens whenever he is |
| | | working and moves his head too fast |
| | | PE |
| | | Bilat ENC / PM TM bony we |
| | | Imp |
| | | Labyrinthitis |
| | | plc |
| | | Bactrim DS T PO BID x 10 days |
| 2-13-03 | 10:15 | 162°  97¹  48, 20        100/10 |
| | | 33 BM 3 days S/P 10 days PO Bactrim |
| | | Neither Antivert or Bactrim helped vertigo |
| | | Heat typically exacerbates dizziness; on |
| | | vigorous activity (basketball) when vertigo is |
| | | at its worst Lt arm & leg cramps & also |
| | | feels top of scalp is some way involved |
| | | Pt also wants records from Crowley in Atlens |
| | | re: need for Rt Knee brace |
| | | Plc |
| | | ① ENT consult ─ ② send for recon from Crowley |

NAME- LAST: Martin   FIRST: Marlon   MIDDLE: Proper   AIS #: 225145

NC007   PHYSICIAN'S PROGRESS NOTES

NAPHCARE
NURSE'S NOTES

| TIME | |
|------|---|
| 1/23/02 | Rec'd @ SHCU ̄c VOH and no meds ——— K. Wight |
| 1/6/04 | 10³⁰pm arrived @ HCF escorted by DOC Officer for FWA. Resp even unlabored & distress noted ̄c 97²-P-55 R17 O²97% wt 162# — R. Oumba |
| 1/2/05 | Placed in MOU for FWA tomorrow BP 100/70, Pt pulse 60 O² Sat 97% Temp 979 ——— Smillie fn |

LAST                    FIRST                    MIDDLE                    AIS#