**NaphCare**
PHYSICIAN PROGRESS NOTES

Patient Name: Martin, Marlon   I.D. #: 225145   Institution: Draper

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 1-16-03 | | See MD in CRNP's | |
| | #1 | wgt, 97², P 60 R 20 BP 132/90 | |

33 B/M comp he has of "no cartilage in lt knee". Also has c/o an impaction in R ear to disappear infrequently.

PE
Ear — impaction cerumen Lt ear totally no vis ear

Imp
Arthralgia ⊕ Lt knee   Cerumen impaction

Plan
Irrig Lt ear to visualize ear drum

**NaphCare**

## PHYSICIAN PROGRESS NOTES

Patient Name: Marion Mailor   I.D. #: 225148   Institution: KCF

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 12/13/01 | | S: "I'm feeling lightheaded ever when I take a hot shower." | |
| | | O: 130/100  80  20  97.9 | |
| | | Bilat ear cerumen [impacted] impaction | |
| | | Remainder of exam unremarkable | |
| | | A: Dizziness | |
| | | P: ① Debrox both ears  ⓧ cbc | |
| | | ② Irrigate both ears | |
| | | ③ CTM tabs ↑po BID x5 days | |
| | | ④ Educate on the importance of NOT placing objects in his ears | |
| | | [signature] | |

# Health Services Request Form

Name: MARLON MARTIN

Date of Request: 12-12-02

No.: 225145

Date of Birth: 12-17-70

Housing Location: CHAPLIN

Nature of problem or request: I am feeling light Headed when my Body Heats up or when I take a Hot Shower. ② I need a knee Brace ③ Wax Boild up

Sign here for consent to be treated by health staff for the condition described above.

**Place this slip in Medical Box or designated area**
**DO NOT WRITE BELOW THIS LINE**

## Health Care Documentation

Subjective: Same as above. States did drugs 2-3 yrs.

Objective: BP 130/100   P 80   R 20   T 99.9

Assessment: States had a knee brace and they took it right before he left county. States wax build up in ears. States feeling of fogging headead when get hot.

P - See NP

○ PA/Physician    ○ Mental Health    ○ Dental

Signature: R. Haney    Title: RN    Date: 12/13/02

Health Services Request Form

**NaphCare**

# Release of Responsibility

Martin, Marlon
Name of Inmate

12/16/02 8:45
Date & Time

225145   12/17/70
Inmate ID Number / Date of Birth

12/16/02 8:45
Date & Time

I hereby refuse to accept the following treatment/recommendations:

Sick Call

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

X [signature]
Inmate Signature

12/16/02 8:45
Date & Time

Rebekah Haney RN
Witness

The aforementioned inmate has refused the listed medical treatment(s) and/or recommendation(s) and has refused to sign this form.

Witness

Witness

Date & Time

Release of Responsibility

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | | | | AIS # |
| te | | Allergies | | Facility |
| | | | | Discontinue |
| | | | | Continue |
| | | | | Increase |
| Physi | | | | Decrease |

NC002

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | Martin | Martin | | AIS # 225145 |
| Date | 10/17/03 | Allergies | | Facility Draper |
| SIG. | | | | Discontinue |
| | | | | Continue |
| | | | | Increase |
| Physician Signature: | | | | Decrease |

NC002

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | Martin | Martin | | AIS # 225145 |
| Date | 10-19-03 | Allergies ∅ | | Facility Draper |
| SIG. BMP 10/13/03 | | | | Discontinue |
| | | | | Continue |
| | | | | Increase |
| Physician Signature: | | | | Decrease |

NC002

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | Martin | Martin | | AIS # 225145 |
| Date | 9-9-03 | Allergies | | Facility Draper |
| SIG. Activat 25 mg po BID × 30 | | | | Discontinue |
| | | | | Continue |
| | | | | Increase |
| | | | | Decrease |



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Martin Martin_
ID # _355145_                                Date of Request: _12-16-03_
Date of Birth: _12-17-70_  Location: _S-166_
Nature of problem or request: _Dizzy and lightheaded, also numb in left_
_side_

_Martin Martin_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _12/17/03_
Time: _6:00_ (AM) PM
Allergies: _NKA_

RECEIVED
Date: _12/17/03_
Time: _6:00 A_
Receiving Nurse Initials _Da_

(S)ubjective: _I have cramps to my (R) side, light headedness since January._

(O)bjective _PERRLA, neck supple, pulses to extremities good + strong, capillary refill <3 seconds, grips very poor as he's not squeezing my hands but able to make a fist. Ears, throat, lymphs clear. C/o ↓ sensation to (L) extremities. Has had problem before since Aug 30, 2003. C/o spasms to (L) side. Spasms noted & present._

(A)ssessment: _Alteration in comfort_

(P)lan: _M.D. to review._

_T - 100.1, P - 100, R - 20, BP - 110/68_

Refer to: MD/PA  Mental Health  Dental  Daily Treatment
CIRCLE ONE
Check One: ROUTINE (✓)  EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( )  No ( )
Was MD/PA on call notified: Yes ( )  No ( )

_Wgt 163_
Return to Clinic PRN

_12/17/03_

SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

# Health Services Request Form

Print Name: Marlon Martin
Date of Request: 8-11-03
ID No. 225145    Date of Birth: 12-17-70    Housing Location: S-Cell Bed 165

Nature of problem or request: This is The 3rd Time i Have written About my Hazy off Balance Head it Hurts. you started looking into it and stop. Ever since i pass out in Seg And Hit my Head in The Shower it keep getting worse.

_Marlon Martin_
Sign here for consent to be treated by health staff for the condition described above.

Place this slip in Medical Box or designated area
**DO NOT WRITE BELOW THIS LINE**

---

## Health Care Documentation

Subjective

Objective    BP_____ P_____ R_____ T_____

Assessment

Plan

Refer to   ○ PA/Physician    ○ Mental Health    ○ Dental

Signature_____ Title_____ Date_____

Health Services Request Form

Print Name __Marlon Martin__  Date of Request __8-28-03__

ID No. __225145__  Date of Birth __12-17-70__  Housing Location __Fort Weddins__

Nature of problem or request _____ [illegible handwriting] ... I am complaining about cramping muscles

Sign here for consent to be treated by health staff for the condition described above.

Place this slip in Medical Box or designated area
DO NOT WRITE BELOW THIS LINE

---

## Health Care Documentation

wt 165

**Subjective:** back stiffens up & muscle cramping left leg. I need a muscle relaxer. Injury to R leg in 2000.

**Objective:** BP 122/80  P 64  R 20  T 97
Pedal pulse (+). Muscle tightness R calf. ROM to back limited. McClain R

8/29/03
(MR)

**Assessment:** Alteration in comfort

**Plan:** MD/9 review
E: √ look pill call & News letter

Refer to  ○ PA/Physician  ○ Mental Health  ○ Dental

Signature __McClain R__  Title __LPN__  Date __8/29/03__

Health Services Request Form

Print Name ___Darlon Platts___   Date of Request ___8-18-03___

ID No. ___225145___   Date of Birth ___12-17-70___   Housing Location ___5 Blk Bed 45___

Nature of problem or request ___I having problem with locking up with me___
_____
_____

Sign here for consent to be treated by health staff for the condition described above.

Place this slip in Medical Box or designated area
DO NOT WRITE BELOW THIS LINE

---

Health Care Documentation

Subjective "My knees are locking up and all the muscles are tight around my knees".

Objective — BP 110/74  P 76  R 20  T 98². Able to ambulate in sick call no distress noted.
8/19/03

Assessment  Alteration in comfort

Plan  M.D. to review

Refer to  ○ PA/Physician    ○ Mental Health    ○ Dental

Signature __B Purnell__   Title __LPN__   Date __8/19/03__

Health Services Request Form

**Form 1:**
- Name (Last): Martin  (First): Marlon
- Date: 2/28/03  Allergies: A  AIS #: 225145  Facility: [illegible]
- SIG:
  1. Diamox 12.5 mg P.O. BID x 14 days
  2. Appt HCU 8/12/03 — see [illegible] 7/29
  Diamox help vertigo [illegible]
- [Discontinue marked] — [illegible signature]

**Form 2:**
- Name (Last): Martin  (First): Marlon
- Date: 3/11/03  Allergies: NKA  AIS #: 225145  Facility: [illegible]
- SIG:
  Benzoyl [illegible] [illegible] x 30 [illegible]
  Hydrocortisone [illegible] x 14 [illegible]
- Physician Signature: B [illegible]
- [Continue marked] 3/11/03

**Form 3:**
- Name (Last): Martin  (First): Marlon
- Date: 2/25/03  Allergies: NKA  AIS #: 225145  Facility: [illegible]
- SIG:
  1. Diamox 12.5 mg P.O. BID x 14 days — [illegible] [illegible]
  2. Appt to HCU 14 days — vertigo
- BB 2/27
- [Continue marked]

**Form 4:**
- Name (Last): Martin  (First): Marlon
- Date: 2/13/03  Allergies: NKA  AIS #: 225145  Facility: [illegible]
- SIG:
  1. TSH c reflex Free T4
  2. Ear [illegible] — referral [illegible]  2/13/03  MR
- [Continue marked]  DOO

# Health Services Request Form

Print Name: Marlon Martin                    Date of Request: 7-27-03
ID No.: 225145    Date of Birth: 12-17-70    Housing Location: 5 cell Bed 45

Nature of problem or request: Light Headed. There is some pain when ever temp goes up I get light headed. This is my 2nd complaint.

Sign here for consent to be treated by health staff for the condition described above.

JUL 27 2003
Draper

Place this slip in Medical Box or designated area
**DO NOT WRITE BELOW THIS LINE**

## Health Care Documentation

Subjective: I've been lightheaded for 10 months. I passed out in SEG on 07/09/03. When I stand up, walk around, I wobble when I walk.

Objective: BP 120/90   P 68   R 20   T 98.3
C/O ® side going numb @ times, PERRLA, neck supple, Grips strong bilaterally. Ears has larger amount of wax to ears bilaterally. Lymphs normal. Capillary refill < 3 seconds.

Assessment: Alteration in Comfort

Requests to M.D.

Plan: M.D. to review.
E - pill call, newsletter

7/28/03

wgt. 166

Refer to: ○ PA/Physician   ○ Mental Health   ○ Dental

Signature: D. Austin    Title: LPN    Date: 07/28/03

Health Services Request Form



## PROGRESS NOTES

| Date/Time | Inmate's Name: Martin Marlon | D.O.B.: 12/17/70 |
|---|---|---|
| 7/23/04 wt 170 | To see M.D. for eval of Abnormal Knee MRI. 97⁴ 75, 20, 120/72, | |
| 9-20-04 2000 | O-Resting in MOU quietly c̄ leg ↑ and immobilizer in place ∅ complaints voiced — | |

11 (5/85)

Complete Both Sides Before Using Another Sheet



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: 12/17/70 |
|---|---|---|
| 2/20/04 | S. Inmate seen today for physical c/o ® knee buckling. Injury ® knee 9/2000 O. ATO x3 WNWN 2+ ® Ant Drawer F ROM ø crepitus 5/5 strength A/P ? ACL 1. Naproxen 375 mg 1 BID x 14 days 2. Knee brace ® knee 3. X-Ray ® knee — DMcClain A. | |
| 5/19/04 | To HCU to see MD/PA re: knee injection wt 155, 132/68, 97⁰ 68 18 ————— J. Ayers LPN Pt denies pain c̄ knee, Just c/o buckling + instability. No need for steroid injection. — DMcClain A. | |
| 7-12-04 11:49 am | Returned from PWA T97.3, P64 R18 B/P 124/70 C2988 - Returned back to camp — MBennett | |


NAPHCARE
PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|---|---|---|
| 9.9.03 | 10⁵ | 163° 96. 74.20 110/60 |
| | | Dizziness |
| | | S: Still dizzy |
| | | O: both ears impacted |
| | | A: As above |
| | | P: See orders |
| | | E: Discussed Vertigo & ear |
| | | & Holmes clms |
| 9/10 9/17/03 | | Wght 165. R:20, P:60, T:97 ³, BP: 110/60 |
| | | ✓ ear irrigation |
| | | |
| | | 32 BM c/o Rt leg numbness from |
| | | knee to upper 1/3 of Rt leg from 2/3 around |
| | | leg ankle thigh |
| | | Rt Lt |
| | | lower thy 41 cm 41 cm |
| | | midcalf 38 cm 39 cm |
| | | |
| | | No c/o pain upper thigh or lower 2/3 leg or |
| | | feet. no buttock pain No muscle atrophy |
| | | totally |
| | | Totally ni sensory & muscular abn neuro- |
| | | logic |
| | | PT c/o P 4/y Bilaterally |
| | | Irrigation with ear |
| | | Totally ni reflex LE |

| NAME-LAST | FIRST | MIDDLE | AIS # |
|---|---|---|---|
| Martin | Marlon | | 225145 |

NC007     PHYSICIAN'S PROGRESS NOTES

| | |
|---|---|
| Name: Martin, Martin (Last, First, Middle Initial)<br>Date: 1/30/03   Allergies: NKDA<br>SIG.<br>1) CBCT d/b, CRP<br>2) Bactrim DS TBD BID × 10 days<br>3) Appt to HCU 2 week evaluate Sx<br>Physician Signature: [signature] M.S. Lopez 1/30/03 | AIS #: 225145<br>Facility: Draper<br>Discontinue<br>Continue<br>Increase<br>Decrease<br>NC002 |

| | |
|---|---|
| Name: Martin, Martin<br>Date: 1/16/03   Allergies: NKDA<br>SIG.<br>1) Small ace for RA knee<br>2) Antivert 25mg TID × 10 days<br>3) Appt to HCU 2 week<br>vertigo & chronic late<br>Physician Signature: [signature] BB 1-17 | AIS #: 225145<br>Facility: Draper<br>Discontinue<br>Continue<br>Increase<br>Decrease<br>NC002 |

| | |
|---|---|
| Name: Martin, Martin<br>Date: 11-13-03   Allergies: NKA<br>SIG.<br>[illegible handwritten notes]<br>BB 1-14    11/13/03<br>Physician Signature: [signature] | AIS #: 225145<br>Facility: Draper<br>Discontinue<br>Continue<br>Increase<br>Decrease<br>NC002 |

| | |
|---|---|
| Name: Martin, Martin<br>Date: 2/13/02   Allergies: NKA<br>SIG.<br>[illegible handwritten notes]<br>Physician Signature: [signature] | AIS #: 225145<br>Facility: K-7<br>Discontinue<br>Continue<br>Increase<br>Decrease<br>NC002 |



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

SCC    # 225145

| Date/Time | Inmate's Name: Martin, Marlon | D.O.B.: / / |

**4/26/06 0008**
S: "I'm still light headed – I can't take that Baclofen – they gave the wrong medicine there. I can take Flexeril." OK
O: Sitting up on SOB, dangling feet, hands on bedrail. A&O x3. Then w/ leaning forward and sitting back up straight. Resp regular ease –
T 98 P 57 R 20 BP 126/80 O2 Sat 97%
A – Alteration in comfort.
P – Continue to monitor. _____

**4/26/06**
Flu inf 2nd ⊖ Baclofen reaction.
S PT c/o N+V + just not feeling well after taking d/c Baclofen
O: Alert NAD
A: unsteady gait
↓ strength in R leg.
A: Reaction 2nd ⊖ Baclofen c N+V
P: D/C Baclofen.
return to camp
try flexeril



## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Marlon Martin   Date of Request: 03/28/06
ID # 225145   Date of Birth: 12-17-70   Location: D1-32B
Nature of problem or request: The Naprosyn you put me on is not working. Can you please put me on Flexaril (muscle relaxer). I took this in the County Jail and it works. I was on it for 30 days. Please give me some muscle rub. Marlon Martin

Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: 3/29/06
Time: 950pm
Receiving Nurse Initials __

(S)ubjective:


(O)bjective   (V/S):  T:_____   P:_____   R:_____   BP:_____   WT:_____


(A)ssessment:   s/c 3/30/06
                            8:40am


(P)lan:



Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                   CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )   No ( )
         Was MD/PA on call notified:             Yes ( )   No ( )

                                                  *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT