## Nursing Evaluation Tool:     General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Martin_    _Marlon_
                                First

Inmate Number: _225175_    Date of Birth: _12_ / _17_ / _70_
                                            MM   DD   YYYY

Date of Report: _3_ / _30_ / _06_    Time Seen: _8:40_  AM/ PM  Circle One
                 MM   DD   YYYY

**Subjective:** Chief Complaint(s): _To Stiffness in Lower Back radiating_
Onset: _up to Arms and fingers. Numbness in fingers At_
Brief History: _time. Collapsed 10 mos ago because of Surgically Bad Rt_
(Continue on back if necessary) _Knee and has not been right since. Stiffness is increasing!_
✱ _Officer Richards states "he can hardly move at times and we have to_
_help him. We thought he had a Stroke." (It's been about a yr.)_
_To lightheaded At times_                    ☐ Check here additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98⁴_  P: _72_  RR: _12_  B/P: _122_ / _84_

Examination Findings: _Finger both hands stiff with exercise demonstration._
(Continue on back if necessary)

_See Officer's Statement above. (No xrays done per Inmate)_
_States Naprosyn not working. (Requests Muscle Rub & Flexeril)_
✱ _Needs Profiles Renewed_

**Assessment:** (Referral Status)    Preliminary Determination(s): _____
                                                            ☐ Check here additional notes on back
  ☐ Referral NOT REQUIRED

  ☒ Referral REQUIRED due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☒ Other: _MD/NP to Reasess_    _(Never saw Lassiter or Dr. Pleasant_
                                    _Seen last 12/6/05_
                                    _Will schedule c̄ MD)_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
the appropriate care to be given.

**Plan:** Check All That Apply:
  ☐ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
    should do as well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
          (Describe)
OTC Medications given  ☒ NO  ☐ YES (If Yes List): _____

Referral:  ☐ NO  ☒ YES (If Yes, Whom/Where): _MD/NP_    Date for referral: __ / __ / __
                                                                            MM   DD   YYYY
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____    Time _____

X _A. Blackman RN_    Name: _A. Blackman, L.N._
    Nurses Signature                    Printed
                                        _Lassiter CRNP_
                                        _3/29/06_



## Nursing Evaluation Tool:

### Back Pain

Facility: BBB

Patient Name: _Martin_ (Last)    _Whelon_ (First)    _____ (MI)    Allergy: NKA

Inmate Number: _225140_

Date of Birth: _12 | 17 | 70_ (MM/DD/YYYY)

Date of Report: _3 | 2 | 06_ (MM/DD/YYYY)

Time Seen: _830_  AM/PM (Circle One)

**Subjective:** Chief Complaint(s): _Back muscles tight, affecting my walking_

Onset: _10 months (seen McArthur, PD)_

☐ New onset    ☐ Chronic condition exacerbation

Pain Scale: (1-10) _4_    Type: ☐ Sharp ☐ Dull ☐ Intermittent ☑ Constant    Numbness: ☑ No ☐ Yes

Location of Pain: ☑ Back ☑ arms    Radiation of pain: ☐ No ☑ Yes to: _finger tips_
(Neck / mid-back / low back)

History: _Was instructed to take hot showers daily, but stiffness_
(Continue on back if necessary) _remained. Back stiff muscles affect walking, posture_    ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination? ☑ No ☐ Yes    Nausea ☑ No ☐ Yes    Vomiting ☑ No ☐ Yes (x _____ )

Increased urination? ☑ No ☐ Yes    Pain with cough/breathing? ☑ No ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: _98°_    P: _56_    RR: _20_    B/P: _124 | 80_

Back Exam: ☑ Tender to touch ☑ Contusion ☐ Muscle spasms ☐ Impaired range of motion

Additional Findings: ☐ Numbness ☐ Tingling ☑ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: _____

Elaborate positive findings: _c/o pain in b back stiff muscles c tightness_
_projecting down both arms to fingers. Has diff holding a pencil._    ☐ Check Here if additional notes on back

Lower extremities: ☑ Normal    ☐ Abnormal (Describe): _____

Pedal pulses: ☑ Present    ☐ Absent    _____

☐ Additional Examination: _____
Continue on back if necessary    _____

**Assessment:** (Referral Status)    ☐ Check Here if continued on back

☐ Referral **NOT Required**    Preliminary Determination(s): _____

☑ Referral **Required** due to the following: (Check all that apply)    _____

☐ Loss of sensation    ☐ Presence of RBCs from dipstick    ☑ Recurrent Complaint (More than 2 visits for the same complaint)

☐ Prior malignancy    ☐ Presence of WBCs from dipstick

☐ Other: _____

**Plan:**

Check All That Apply: ☑ Work and recreation restrictions x 72 hours

☑ Education on avoiding back pain    ☐ Education about stretching and back exercises.    ☐ Instructions to return if condition worsens.

☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
(Describe)

☐ Cold Compress (Acute Injury)    ☑ Warm Compress    _____

☐ OTC Medications given ☑ NO ☐ YES  (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _HCV review_    Date for referral: _3 | 2 | 06_ (MM/DD/YYYY)

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent  (if emergent who was contacted?): _____    Time _____

X _____    Name: _G. Luzfonguez_    _____ 3205
Nurses Signature    Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Maclon Martin_     Date of Request: _2-28-06_

ID # _225145_     Date of Birth: _12-17-70_   Location: _D-1-32-B_

Nature of problem or request: _My lower back is very stiff and also their is stiffness in my back arms. Also because of the stiffness, I'm having trouble walking. Please grant me some muscle relaxer for my trouble!_

_Maclon Martin_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

> RECEIVED
> Date: 3-1-06
> Time: 10 00
> Receiving Nurse Intials _L_

**(S)ubjective:**

**(O)bjective**  (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )  EMERGENCY ( )

If Emergency was PHS supervisor notified:  Yes ( )  No ( )

Was MD/PA on call notified:  Yes ( )  No ( )

_____

*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



Nursing Evaluation Tool:                    General Sick Call

Facility: BBB

Patient Name: _Martin Maulor_
                        Last

Inmate Number: _225140_

First
Date of Birth: _12|7|70_
                    MM  DD  YYYY   MI

Date of Report: _11 | 17 | 05_
                    MM   DD   YYYY

Time Seen: _____ AM / PM  Circle One

**Subjective:** Chief Complaint(s): _foot pain_

Onset: _Chronic_

Brief History: _I need to see the doctor, the_
(Continue on back if necessary)
_bottom of my feet are hurting very_
_badly._

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98_  P: _72_  RR: _20_  B/P: _132|68_

Examination Findings: _Redress swelling noted to bottom_
(Continue on back if necessary)
_of both feet. Skin intact. Discoloration_
_noted. ankleoles c limp._

☐ Check Here if additional notes on back

**Assessment:** *(Referral Status)* Preliminary Determination(s): _____
      ☐  Referral NOT REQUIRED

      ☑  Referral REQUIRED due to the following: (Check all that apply)
          ☐ Recurrent Complaint (More than 2 visits for the same complaint)
          ☐ Other: _Sleele profels until MD appt_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
      ☑ Instructions to return if condition worsens.
      ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)

      ☐ Other: _____
            (Describe)
OTC Medications given ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _Need for review_  Date for referral: _11|17|05_
                                                                                          MM  DD  YYYY
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _____

                                                                                                              _11-18-05_

x _T Smith_                    Name: _T. Smith RN_
   Nurses Signature                      Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _MARLON MARTIN_     Date of Request: _11-14-05_
ID # _225145_     Date of Birth: _12-17-70_ Location: _D-1-32B_
Nature of problem or request: _My FEET HURT in THESE STATE BOOTS_
_PLEASE PLEASE PLEASE! MAY I HAVE A SHOE PROFILE. MY_
_FEET HURT when I walk And when I STAND up FoR A long Time!_

_Marlon Martin_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

┌─────────────────────────────┐
│ RECEIVED                     │
│ Date: 11/14/05               │
│ Time: 8 05                   │
│ Receiving Nurse Intials      │
└─────────────────────────────┘

s/c

**(S)ubjective:**

**(O)bjective**    (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

*See evaluation tool sheet*

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
                     CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )    No ( )
              Was MD/PA on call notified:   Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002 (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5/13/05

**To:** Staton

**From:** HCU

**Inmate Name:** Marlon Martin     **ID#:** 225146

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:** No standing / walking x 60 days
> 10 mins

**Date:** _____ **MD Signature:** _____ **Time:** _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: MARION MARTIN            Date of Request: 8-5-05
ID # 225145                Date of Birth: 12-17-70  Location: D-1 32B
Nature of problem or request: My Right KNEE OFTER SoRgury is
giving me LoTS of pain Again. And I would like To
please have iT looked AT.

                                                Thanks !!!

                                    Marlon martin
                                        *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 8 /8 /05
Time: 457      AM (PM)
Allergies: NKA

┌─────────────────────────────┐
│          RECEIVED            │
│ Date: 8/7/05                 │
│ Time: 730p                   │
│ Receiving Nurse Intials ___  │
└─────────────────────────────┘

**(S)ubjective** My Right Knee after 1 yr. is still very painful, I cannot not stand longer than 10 minutes

**(O)bjective**  (V/S): T: 98    P: 85    R: 20    BP: 110/70    WT:

Ambulates slow c̄ Crutch. No numbness on ® side of knee, tenderness on ® side of knee. Q swelly Noted. Skin w.d to touch.

**(A)ssessment:** Alteration in Mobility

**(P)lan:** MD/HCP To evaluate

Refer to: (MD/PA) Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                          CIRCLE ONE
Check One:  ROUTINE (✓)    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )   No ( )
           Was MD/PA on call notified:   Yes ( )   No ( )

_____
        SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Marlon Martin*            Date of Request: 7-19-05

ID # 225145            Date of Birth: 12-17-70 Location: D-1-32-b

Nature of problem or request: I had a Operation on my Right Knee In September, 2004. I having problem's geting reabillation on my Right Knee I could use your help please. Can you write, and Let me Know What I'am Supposed to do I Thouth I was geting a Specialist to help Recover I'am still have problems.

*Marlon Martin*
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 7/20/05

Time: 510    AM (PM)

Allergies: NKA

RECEIVED/
Date: 7/19/05
Time: 2345
Receiving Nurse Initials: CM

**(S)ubjective:** My (R) Knee is still weak, Iam still on Crutches. I have Numbness in (R) Knee.

**(O)bjective:** (V/S): T: $97^2$    P: 76    R: 20    BP: 100/54    WT:

(R) Knee tender to touch. Ambulato c̄ crutch. & redness in (illegible) noted.

**(A)ssessment:**

Alteration in Mobility

**(P)lan:**

MD/NCP to re-evaluate

✓ pill call
✓ Watch News letter
for MD Visit

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (X)    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | |
|---|---|---|---|
| 04 /05/05 | 1230 ☑AM ☐PM | Staton | ☐SIR ☐PDL ☐ESCAPEE ☐ |

☐ SICK CALL ☐ EMERGENCY
☐ OUTPATIENT

| ALLERGIES NKA | CONDITION ON ADMISSION ☐GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

VITAL SIGNS: TEMP 98 ☑ORAL ☐RECTAL     RESP. _____     PULSE 86     B/P 120 / 70     RECHECK IF SYSTOLIC <100> 50 ____ / ____

**NATURE OF INJURY OR ILLNESS**

S. Inmate's Did not fall today. Body Chart Per Req. Of Sgt. Rogers, States "I fell Sunday"

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O. O Bruises Or Laceration noted Of body Legs include Lt. McDowal Knee Guard # 37971 given 98% O2 sat

A. Alteration IN Comfort

P. HCP review

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Sign up for Sick call for problem

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 04 /05/05 | 1245 ☑AM ☐PM | ☐DOC ☐AMBULENCE ☐ | ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |

| NURSE'S SIGNATURE | DATE 4/05/05 | PHYSICIAN'S SIGNATURE L Rassiter CRNP | DATE 4-5-05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Martin, Marlon | 225145 | 12/17/70 | B/M | Staton |

PHS-MD-70007     (White - Record Copy, Yellow - Pharmacy Copy)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Marlon Martin_                    Date of Request: _4-3-05_
ID # _225145_                    Date of Birth: _12-17-70_ Location: _133-19-13_
Nature of problem or request: _I HAd surgery on My right Knee I Need_
_My support Brace. I Just Collapse Right in Front of_
_Sgt Golden in The Chow Hall Line_

_____
                                        _Marlon Martin_
                                              *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ____/____/____
Time: _____ AM  PM                    RECEIVED
Allergies: _____              Date: _4-4-05_
                                        Time: _5 pm_
                                        Receiving Nurse Intials _bj_

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**          no show for sick call

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                     CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

_____
                        *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

SCC

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Staton | | |
|---|---|---|---|---|
| 2 /21 /05 | 8 AM PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ | ☐ SICK CALL  ☐ EMERGENCY  ☐ OUTPATIENT | |

| ALLERGIES NKA | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD  ☑ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |

| VITAL SIGNS: TEMP 98³ | ORAL RECTAL | RESP. 20 | PULSE 72 | B/P 110 / 72 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

So Inmate I'm unable to
walk I keep falling down with
this Bad knee

O. Lt Knee pain & crepitus
noted walking with gait —
leg unsteady gait Lt leg keep —
going out

a - alteration in comfort

|  | ABRASION ///| CONTUSION # | BURN ˣˣ ˣˣ | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

P. HCP Review ☐ Crutches
Crutch profile X 10 DAys

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tylenol #325 mg X 10 Days | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 2 /21 / | 8²⁰ AM PM | ☑ DOC  ☐ AMBULENCE  ☐ Vineyard | ☐ SATISFACTORY  ☐ POOR | |
| | | | ☑ FAIR  ☐ CRITICAL | |

| NURSE'S SIGNATURE | DATE 2/21/05 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Martin, marlon | DOC# 225145 | DOB 12-17-70 | R/S | FAC. Staton |
|---|---|---|---|---|

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | STATON | | |
|---|---|---|---|---|---|
| 3/14/05 | 12 45 AM **PM** | ☐ SIR  ☐ PDL  ☐ ESCAPEE | | ☐ SICK CALL  ☐ EMERGENCY | ☐ OUTPATIENT |

| ALLERGIES | NKA | CONDITION ON ADMISSION | | |
|---|---|---|---|---|
| | | ☐ GOOD  ☑ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA | | |

VITAL SIGNS: TEMP __97.3__ **ORAL**/RECTAL    RESP. __18__    PULSE __62__    B/P __114, 84__    RECHECK IF SYSTOLIC <100> 50 ____/____

**NATURE OF INJURY OR ILLNESS**

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|

S- Had Knee surgery done in September Close to 3 weeks ago I fell in the showers where I hit my head and R knee vs the wall Since then it's been very painful and with every step feels as if it's ready to pop out of place

O- A&O x 3. Skin W/D. Keep clean c/o pain in R Knee. Noted scar of previous surgery.

**PHYSICAL EXAMINATION**

∅ bruises or redness noted Some swelling noted. Inmate states "it feels like a ligament is torn." Both knees @ same temp. Pedal pulse present.

A- Alt in Comfort

P- HCU REVIEW Motrin 600 mg PO NOW for pain

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| ① x-ray in am. ®R Knee | in AM | M. NOll |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 3/14/05 | AM PM | ☐ DOC  ☐ AMBULANCE  ☐ | ☐ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL | |

| NURSE'S SIGNATURE | DATE 3/14/5 | PHYSICIAN'S SIGNATURE | DATE 3/14/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| MARTIN, MARLON | 225143 | 12/17/70 | B/m | STATON |



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**



Print Name: _Marlon Martin_        Date of Request: _3-6-05_
ID # _225145_        Date of Birth: _12-17-70_ Location: _B3-49-B_
Nature of problem or request: _I am Requesting To please have my Knee_
_check again. I had surgery on my Right Knee and I have_
_been complaining about me falling In mch. Trellis in the_
_Bathroom and it fells Like I'Ve Torn my Ligament again_
                                                _Marlon Martin_
                                                _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _3/6/05_
Time: _730 pm_ AM PM
Allergies: _NKA_

> RECEIVED
> Date: _3/6/05_
> Time: _730 pm_
> Receiving Nurse Intials _SM_

(S)ubjective: _I had surgery on my knee in Sept & I told the_
_M. D. I slipped & fell about 2 weeks ago & I can not_
_stand any longer than 10 minutes @ a time. I just want_
_my R Knee x-ray to see I have torn a ligament._

(O)bjective (V/S): T: _97.1_  P: _56_  R: _18_  BP: _112/70_  WT: _170_
_Old healed surgical Scare midline R Knee_
_Cloth Knee brace noted to both knees_
_Edema lateral B Knee - noted walking guarded & ability_

(A)ssessment:
_alteration in comfort_

(P)lan: _MD, PA CRNP to review_

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

                                _S. Milner RN_
                    _SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: MARLON MARTIN          Date of Request: 2-10-05
ID # 225145          Date of Birth: 12-17-70 Location: 133-19-13
Nature of problem or request: I went for my physical on 2-9-05
and I saw Dr Williams and Told him I was collapsing way
To much he said I need a support Brace And I Am
Requesting one please it will Help in Rehab process. thank you
                                                    _Marlon Martin_
                                                    *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 2/11/05
Time: 7:20    AM (PM)
Allergies: NKA

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                      │
│ Time:                      │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:** My R Knee gives way with out warning
I had Knee surgery in September — I have a
plastic brace but its not strong enough — also
I have some Kind of Rash on my back and chest

**(O)bjective:** (V/S): T: 98.2  P: 78  R: 18  BP: 100/60  WT: 174
Well healed surgical scar to R anterior Knee (See Notes)
wearing elastic support — ambulates c difficulty @ this time
many areas of hyperpigmented skin that is slightly

**(A)ssessment:** ___ rff to touch Covering 75% of
Alteration in tissue integrity back and Chest - denies itching

**(P)lan:** M.D./PA/CRNP Review

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____ 2/18/05
*SIGNATURE AND TITLE*
                                    See Order

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Marlon Martin_          Date of Request: _04 Jan 05_
ID # _#5 225145_          Date of Birth: _12 Dec 70_ Location: _8-3-19B_
Nature of problem or request: _Blurred vision in left eye and I_
_would like to request treatment ASAP._

_____
_Marlon Martin_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _1 5 05_
Time: _755_ AM/**PM**
Allergies: _NKDA_

┌─────────────────────────────────┐
│           **RECEIVED**            │
│  Date:                           │
│  Time:                           │
│  Receiving Nurse Intials _____  │
└─────────────────────────────────┘

**(S)ubjective:** _blurred vision in (L) eye x 1½ wks_

_PERRLA_
_OD 20/15_
**(O)bjective**   (V/S):  T: _97.4_   P: _72_   R: _18_   BP: _122/80_ WT: _166_
_OS_ _unable to read largest eye letter on chart_
_OU 20/15 — (L) eye unremarkable on visual test_
_orismi_
**(A)ssessment:**
_Alteration in visual acuity_

**(P)lan:** _M.D./PA/NP review_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( _See Orders_ )

_____
SIGNATURE AND TITLE   _1/6/05_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

SCC

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Marlon Martin                    Date of Request: 12-19-04
ID # 225145                    Date of Birth: 12-17-70 Location: B3-19-B
Nature of problem or request: I recently had knee surgery on my right I knee and the swelling is going down. I need therapy and knee brace also my knee woble blot need help

_Marlon Martin_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 12-19-04
Time: 150 AM (PM)
Allergies: NKDA

```
RECEIVED
Date: 12-19-04
Time: 180
Receiving Nurse Intials AL
```

(S)ubjective: "After the surgery my Right knee it is unstable. I need therapy. My muscles are tight in my back from walking."

(O)bjective (V/S): Cestat 97% T: 97⁶   P: 66   R: 18   BP: 124/70   WT: 170
(R) knee suture line. Ø S/S of infection or irritation note. Ø swelling noted to inside of (R) knee – full from noted. Ø problem ambulating.

(A)ssessment:

Alteration in Comfort

(P)lan:   MD to Review.

Refer to (MD/PA) Mental Health  Dental  Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002  (1/4)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: _NKA_ |
|---|---|---|

RECEIVED: Inmate/Health Record

Institution: _____

Date: _____ Time: _____ AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

_____

RECEIVING MEDICAL STATUS
☐ Population
☐ Infirmary
☐ Isolation

RELEASED: Inmate/Health Record

Institution: _KCF_

Date: _9/20/4_ Time: _12⁴⁰_ AM/(PM)

RELEASE FROM:
☑ Infirmary    ☐ Segregation
☐ Population   ☐ Mental Health
☐ Other _____

RELEASE TO:
☐ DOC    ☑ Infirmary    ☐ Mental Health
_Draper_
Institution/Work Release Center/Free-World Hospital

ALLERGIES: _NKA_

PHYSICAL EXAMINATION _3/4/04_
Hx. Post
Date of last exam: _12-11-02_

Chest X-Ray Date: _____ Result: _____

PPD Reading _00 mm_

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | | | | | YES | NO |
|---|---|---|---|---|---|---|
| | Date | Normal | Abnormal | | | |
| CBC | 12/14/02 | ☑ | ☐ | Wears Glasses/Contacts | ☐ | ☐ |
| Urinalysis | | ☐ | ☐ | Dental Prosthesis | ☐ | ☐ |
| _____ | | ☐ | ☐ | Hearing Aide | ☐ | ☐ |
| _____ | | ☐ | ☐ | Other Prosthesis | ☐ | ☐ |
| | | | | Recieving Nurse | | |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

_S/P Rt. ACL Repair leg.    (Knee immobilizer_

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

_9-12-4_
_Vicodin 5/5mg "i" po. q 4⁰_
_Prn x 7 d._
_Motrin 600mg p.o. TID Prn X 600d_

| | | |
|---|---|---|
| MEDICATIONS | ☐ Sent w / inmate | ☑ Not sent w / inmate |
| X-RAY FILM | ☐ Sent w / inmate | ☑ Not sent w / inmate |
| HEALTH RECORD | ☑ Sent w / inmate | ☐ Not sent w / inmate |
| Released to: _DOC_ | | |

Date: _9/20/4_ Time: _12⁴⁰_ AM/(PM)

| MEDICATIONS | ☐ Received | ☐ Not Received |
|---|---|---|
| X-RAY FILM | ☐ Received | ☐ Not Received |
| HEALTH RECORD | ☐ Received | ☐ Not Received |
| CHART REVIEWED | ☐ YES | ☐ NO |

Received by: Signature of Receiving Nurse

Date: _____ Time: _____ AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

| FOLLOW-UP CARE NEEDED | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| ☐ Medical   ☐ Dental | | | | |
| ☐ Mental Health | | | | |

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | HISTORY | | Yes | No |
|---|---|---|---|---|
| | | Drug Use | | ☑ |
| | | Mental Illness | | ☑ |
| | | Suicide Attempt | | ☑ |
| | | Chronic Care | | ☑ |
| | STATUS | Special Diet | | ☑ |
| | | Appearance | _OK_ | |

OTHER PERTINENT NURSING ASSESSMENT

| NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | SKIN | | Yes | No |
|---|---|---|---|---|
| | | Open Sores | | |
| | | Lice | | |
| | | Edema | | |
| | | Warm & Dry | | |
| | | Cool & Moist | | |
| | CONDITION | Alert | | |
| | | Oriented | | |
| | | Uncooperative | | |
| | | Depressed | | |

INTAKE

Sick Call Procedures Explained _____
Height _____
Weight _____
Blood Pressure _____
Temperature _____
Pulse Resp. _____
Other _____

Signature of Nurse Completing Assessment (Sending Nurse)    Date _9/20/4_

Signature of Intake Screening Nurse (Receiving Nurse)    Date

INMATE NAME (LAST, FIRST, MIDDLE)
_Martin, Marlon_

| DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|
| _225145_ | _12/7/70_ | _B/M_ | _KCF_ |

-MD-70009    (White - Medical Jacket; Yellow - Transfer Facility)



PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 01-03-05 | Return from FWA - VS T. 97.3 - P 49 - RR 16 - B/P 128/76, O₂ Sat 98% |
| | Seen by McArthur, PA & returned to facility, SCC — Milson, RN |
| 3/15/05 | PT F/U Knee pain Felt pop w/ Fall — severe pain can bend leg — c/o Knee instability. Recent ACL Tear ē Repair. X-ray done today. |
| | Exam: Ⓑ knee swollen & redness tender @ medial and ant. knee |
| | ROM ē 2° pain. |
| | A: knee pain — R/o injury x-ray Ⓟ |
| | Gve Toradol x1 today & anti pain med. Anticip F/U ē Dr change when x-ray Return. Will hold pt in 3 med + hydrocort cream KOP for Dermatitis |
| | JV, JHS |
| 4/4/05 7ᵖᵐ | No show for sick call — F. Jones, LPN |
| 4/2/05 4 ᵖᵐ | Returned from FWA to HCU — Ø acute distress noted VS 097.9 - 80 - 20 - 118/76 - O₂Sat 97% |
| | — order MRI ē F/U Dr Chg |
| | S/P ACL Repair, instability of knee, crutch profile J. Shh |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Martin, Marlon | 225145 | | M | SCC |

PHS-MD-70049                 ...mplete Both Sides Before Using Another Sh..t



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Martin, Marlon | D.O.B.: / / |
|---|---|---|

**10/18/04** To see HCP: f/u from freeworld appt
B/P 120/78    P-18    R-20    T 98.4    O2 Sat 98%

✱ Schd F/u Appt w/ Dr Chung — ACL TEAR
Brace. — ordered

S.   Hydrocort ointmt Atopic Dermahtis.

O   KNEE incision healing well, ⊕ swelling
vertical scar — mild Keloid.

A: S/P ACL Repair F/u Dr. Chung in 7 days
P. Refil Hydrocort for contact Dermatitis

N. Shelly

**1/4/05** S/P ACL repair Dr. Chung F/U today.
Doing Well. Return to Dr. Chung PRN
See Orders
D. M. Clung

**1/11/05** To NCP re. Visual Disturbance Wt 166  T-97.7  P-65
9:45 R-18 O2sat 97%  112/72 ————— J. Smyth
Attempting to perform Lt eye Spelling states he can't see out
of Lt eye                          J. Smyth
UM Submitted
H. Shelly

'1 (5/85)              **Complete Both Sides Before Using Another Sheet**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 9-14-04 | B/p 108/8 - Resp - 20 pulse 88 - temp 98° - Placed in MOU per FWA —————— SMiller LPN |
| 9/15/04 | Out to FWA McClain → |
| 10/15/04 | alm MOU awaiting FWA. Alert et oriented x 3. |
| 03AM | Resp c ease stir w/D to touch. NADN—C Hey |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Martin Marlon | 225148 | | | DCC |

PHS-MD-70049          **Complete Both Sides Before Using Another Sheet**



**PRISON**
**HEALTH**
**SERVICES**
**INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Martin, Marlon | D.O.B.: / / |
|---|---|---|

| 9/20/04 0724 | 31 yo BM s/p ® ACL repair, uncomplicated. |
|---|---|
| | PMHx ⊖. |
| | VSS. afebrile. No c/o. alert, oriented. |
| | lungs clear. |
| | Heart RRR s̄ (m). |
| | abdomen ⊖. |
| | Surgical dressing ® knee. |
| | |
| | A/P:) s/p ® ACL repair. |
| | Surgery 7/u weeks. |
| | Ok to return to prior facility. _Robby_ |
| | wt 158, 97⁸ 88, 99 SAT, 20, 110/70 ———————— |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

6/14/04 9:45/p — NOLL FWA 98⁶ 70 20 120/80 — R.H.Smith RN

7/5/04 — 0020 to MOU fr FWA in AM - T 97² P 64 R 28 BP 124/80 wt 162 - G Johnson RN

9/22/04 2355 — S- my knee & leg have that brace on it. You can't see anything. I'm ok. I've got this covering on my head for warmth. O- bilateral position c̄ covers on, eyes closed. Respirations ease. Easily awakened for vital signs T 98° P 95 R 22 BP 147/74 Moves upper ext well bilat & ⊕ kept well. Immobilizer intact to Rt leg c̄ ample room for 4 fingers inside top and bottom. ⊕ pedal pulse PPP 3 color. Head covering on - Crutches @ bedside. (A) Alteration in mobility (P) Monitor for pain and complications/difficulty ambulating c̄ crutches. G Johnson RN

4/26/04 8:05pm — To HCU for FWA - US 97.9 - 65 - R 18 - B/P 118/78 - O₂ Sat 96% Return to MOU - ∅ acute distress noted — D Mufar RN



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Marion Martin_    Date of Request: _5-9-04_

ID # _225145_    Date of Birth: _12-7-78_    Location: _6CELL D02/168_

Nature of problem or request: _on April 19 2004 I put in a request to_
_see the doctor about my wobbling knife. It's my right knee_
_again is bothering me even with a knee brace._

_Marion Martin_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _5/10/04_
Time: _650_ (AM) PM
Allergies: _NKDA_
wt 168

┌─────────────────────────────┐
│        RECEIVED             │
│ Date: _5-9-04_             │
│ Time: _2030_              │
│ Receiving Nurse Intials _Sm_ │
└─────────────────────────────┘

Sick Call

(S)ubjective: "I been haveing pain, et weakness in my Rt Knee
the Knee brace is not helping."

(O)bjective   (V/S):   T: _97⁹_   P: _78_   R: _20_   BP: _112/72_   WT: _168_

A+O x 3 Skin up to touch. Resp reg. Ambui in ṣ diff. C/o weakn
to Rt Knee. Ø edema noted.

(A)ssessment: _Alt comfort_

(P)lan: _MD/PA to review_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_O. Haynes NP / JM Pruitt_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT





## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Marlon Merlin                Date of Request: 4-19-04

ID # 226415        Date of Birth: 12-17-70    Location: 6 cell Bed 108

Nature of problem or request: My right knee is bothering me again and is getting
worse. You gave me a knee brace I wear it daily but my knee is unstable
more than ever. I cannot not stand still for than 10 minutes before
I start wobbling badly and become weak. If I start walking after sitting up
I find dragging my leg                                    Marlon Martin
                                                          _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: 4/20/04
Time: 6:00 AM PM
Allergies: NKDA

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** Request see MD ® knee injured from 2000yr
+ numbness from L arm. Trouble Ambulating
Need free world appointment

**(O)bjective  (V/S): T:** 97.7  **P:** 84  **R:** 20  **BP:** 120/70  **WT:** 176
A+O x 3. Respiration ease & unlabored. ® knee no/s/s
or swelling noted. Ambulate & difficulty

**(A)ssessment:**
Alteration c comfort

**(P)lan:** MD Review
Tylenol 325mg ii po BID x 3 days

Refer to: ( MD/PA ) Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE

Check One:  ROUTINE (✓)   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
    Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE
                                              4/20/04

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



*Draper*

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Marlon Martin                Date of Request: 2-15-03
ID # 225145                          Date of Birth: 12-17-70   Location: GCell 167
Nature of problem or request: My Right Knee is Loose very Loose
when i walk my Knee is works backward and it is grinding
on The inside. There is a lot of pain I can't stand up
after Then 10 minutes. The Ace Bandage is not working
anymore (Please Help)                           _Marlon Martin_
                                                  Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 2/17/04
Time: 6:05  (AM) PM                ┌─────────────────────────────┐    Refer to
Allergies: N/A                     │         RECEIVED            │    S.C.
                                   │  Date: 2/15/04              │
Wt 166                             │  Time: 8:30 PM              │
97 80-26                           │  Receiving Nurse Intials RH │
                                   └─────────────────────────────┘

**(S)ubjective:**
My Right Knee is popping & grinding. 2 Can't hardly
Walk on it. 2 had 2 basketball Injury in 2000 10L's off pain
it's never been 2 right
**(O)bjective** (V/S): T: 97   P: 80   R: 26      BP: 110/80   WT: 166
Range of motion painful, difficult, standing hurts
& it gets tight. Gait un steady.

**(A)ssessment:**
Alteration in mobility

**(P)lan:**
MD to review

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )     No ( )
              Was MD/PA on call notified:   Yes ( )     No ( )

                         _M Maclun_        _J Marbut_
                              SIGNATURE AND TITLE   2/17/04

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME _Martin Marlon_ AIS# _225140_

Medication Allergies: _____

**Medical: Chronic (Long-Term) Problems**
  **Roman Numerals for Medical/Surgical**

**Mental Health Code: SMI  HARM  HIST  NONE**
  **Capital Letter for Psychiatric Behavior**

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| ▬ | 11/23/2005 Hep B Vaccine #1 Lot # AHBVBOO4BA EXP: 1/20/06 | ▬ | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**\*\*If Asthmatic label:  Mild – Moderate – or Severe.**

60108-AL

# PROBLEM LIST

Name: _Martin, Marlon_

AIS# _275145_

Date of Birth: _12/17/70_

Medication Allergies: _NKDA 1/16/03 (MJ)_

Mental Health Code:  SMI  HARM  HIST  (NONE)  Date Code Assigned: _12/16/02_
(Changes in Mental Health Code should be identified on the Problem List)

| Date Identified | Chronic (Long-Term) Problems<br>Roman Numerals for Medical/Surgical<br>Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# YEARLY HEALTH EVALUATION

I.    HISTORY – (LPN or RN)

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | ✓ | | 15 lbs ↓ 178 lbs 6 mos ago  *Last weight at least 6 months ago* |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | NKA |

Weight __160__  Temp __98⁰__  Pulse __60__  Resp __20__  Blood Pressure __110/70__

**If greater than > 140/90, repeat in 1hour. Refer to M.D. if remains > 140/90.**

Eye Exam: __20/25__ OD  __20/50__ OS  __20/25__ OU  _glasses_

II.    TESTING – (LPN or RN)                                    RESULTS

Tuberculin Skin Test (q yr)                    Date given __2/9/05__ Site __(L) FA__
                                                               Read on __2/11/05__ Results _____ mm
Past Positive TB Skin Test →                 **Survey Completed**
(Chest x-ray if clinical symptoms)       Date _____ Results _____
RPR  (q 3 yrs)                                        Date __2/9/05__ Results _____
EKG (baseline at 35, over 45 q 3 yrs)    _____
Cholesterol (at 35 then q 5 yrs)            _____
Tetanus/Diptheria  (q 10 yrs)               Last Given __6/02__   Due __6/12__
   (if done today)                                    Site given _____ Dose _____ Lot # _____
Optometry Exam (@ 50 if not already seen) _____
Mammogram                                         Date _____ Results _____
   (females @ 40, q 2 yrs/other M.D. order)

III.    PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)

Heart                                       NSR S.S.
Lungs                                      Clear (B)
Breast Exam                           _____
Rectal (yearly after 45)           Results _____
   with Hemoccult                   Results _____
Pelvic and PAP (q 1 yr)          Date _____ Results _____

Facility __Staton__  Nurse Signature __E. Ellis, RN__  Date __2/9/05__

M.D. or Mid-Level Signature _____ Date __2/9/05__

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Martin, Marlon | 225145 | 12-17-70 | B/m |

60513-AL



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

# NOTIFICATION OF NEXT OF KIN

### In the event of a serious injury or illness, I request the following person be notified:

_Marlon Martin_
Name                                          _Father_
                                              Relationship

_317 Bayonet St_
Street Address                                _?_
                                              Phone Number

_New London_          _CT_                    _06340_
City                  State                   Zip Code

_Marlon Martin_       _225145_    _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_    _2-9-05_
Inmate Signature      Doc#        S.S.#            Date

_E. Ellis, RN_                                _2/9/05_
Witness                                       Date

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|---|
| Martin, Marlon | | 225145 | 12-17-70 | B/m | Staton |

PHS-MD-70003          (White – Medical Record, Yellow – Active File, Pink – Control Center)



**PRISON HEALTH SERVICES INCORPORATED**

### DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | ✓ |
| TB TEST CURRENT | ✓ |  |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | ✓ |

OTHER:_____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _E. Ellis, RN_     DATE: _2/9/05_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _Marlon Martin_     DATE: _2-9-05_

EXPIRATION DATE: _2/9/06_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Martin, Marlon | 225145 | 12-17-70 | B/m | Stuto |

PHS-MD-70042   **(White - Medical File, Yellow - Kitchen Supervisor,  Pink - Classification Administrator (Inmate))**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | ✓ |
| TB TEST CURRENT | ✓ |  |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | ✓ |

OTHER: _____

_____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _Denis Lpn_     DATE: _2/20/04_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _____     DATE: _2-20-04_

EXPIRATION DATE: _____

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| _Martin Marlon_ | 225145 | 12/17/70 | B/m | Draper |

PHS-MD-70042   (White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

# NOTIFICATION OF NEXT OF KIN

### In the event of a serious injury or illness, I request the following person be notified:

Name: *Rudolph A Craig*

Relationship: *Father*

Street Address: *31 Bank St*

Phone Number: *1*

City: *New London*

State: *CT*

Zip Code: *06340*

Inmate Signature: *Marlon Mar*

Doc#

S.S.#

Date: *2/20/04*

Witness: *SDavis LPN*

Date

PHS-MD-70003

| INMATE NAME (LAST, FIRST, MIDDLE) *Martin Marlon* | DOC# *225745* | DOB *12/17/70* | RACE/SEX *B/M* | FAC. *Draper* |
| --- | --- | --- | --- | --- |

(White – Medical Record, Yellow – Active File, Pink – Control Center)

HISTORY AND SCREENING                                    Institution

Inmate Name: _Whaloc Marion_    ID #: _225145_    Race: _Blk_    D.O.B: _12-17-78_

| INMATE QUESTIONNAIRE | | (circle one) |
|---|---|---|
| 1. | Do you have a medical problem such as bleeding or injuries that requires immediate medical attention? | Yes / **No** |
| 2. | Have you fainted or had a head injury in the past 6 months? | Yes / **No** |
| 3. | Have you been seen by a doctor in the past 6 months? | Yes / **No** |
| 4. | Do you wear glasses or contact lenses? | Yes / **No** |
| 5. | Do you have prosthesis, splint, crutches, cast or brace that you will need while here? | **Yes** / No |
| 6. | Do you drink wine, beer or whiskey? How often_____ How much_____ Last time_____ | Yes / **No** |
| 7. | Have you had seizures or blackouts when you stop drinking? | Yes / **No** |
| 8. | Do you use drugs? Type_____ How often_____ Last time_____ | Yes / **No** |
| 9. | Have you had withdrawal problems when you stop taking drugs? | Yes / No |
| 10. | Are you currently detoxing? If yes, from what substance? | Yes / **No** |
| 11. | Do you have any medical problems we should know about? | **Yes** / No |
| 12. | Have you been in this facility before? | Yes / **No** |
| 13. | Are you covered by medical insurance or a benefits program? | Yes / **No** |
| MENTAL HEALTH | | |
| 14. | Have you ever been hospitalized or treated for psychiatric problem? | Yes / **No** |
| 15. | Have you ever considered or attempted suicide? | Yes / **No** |
| 16. | Are you feeling depressed or extremely sad? | Yes / **No** |
| 17. | Do you want to hurt yourself or someone else? | Yes / **No** |
| 18. | Are you hearing voices? If yes, what are they saying? | Yes / **No** |
| FEMALE INMATES ONLY | | |
| 19. | Are you pregnant? LMP_____ | Yes / No |
| 20. | Do you use birth control? Type_____ | Yes / No |
| 21. | Have you recently had a baby, miscarriage or abortion? | Yes / No |

Comments: (Explain "Yes" Responses)
_Blurred visio_

**CURRENT MEDICAL CONDITIONS** (√ terms that apply)

| | | |
|---|---|---|
| Unconscious | | Skin Infection |
| Disoriented | | Restricted Mobility |
| Intoxicated | | Skin Rash |
| Lesions | | Jaundice |
| Obvious Pain | | Needle Marks |
| Bruises | | Swollen Glands |
| Fever | | Active Cough |
| Nausea | | Vaginal/Penile Discharge |
| Uses Tobacco | | Dental Problems |

**MEDICAL HISTORY** (√ terms that apply)

| | | |
|---|---|---|
| Arthritis | | Frequent Diarrhea |
| Diabetes | | Genital Sores |
| Seizure Disorder | | V.D. |
| Asthma | | Hepatitis |
| Special Diet | | HIV+ |
| Heart Condition | | Tuberculosis |
| Hypertension | | Persistent Sore Throat |
| Stomach Ulcer | | Dental Problems |
| Cancer | | Surgeries |
| Sickle Cell Anemia | | Chest Pain |
| Emphysema | | Jaundice |

**TB HISTORY**

| | | |
|---|---|---|
| Ever treated with TB drugs? | Yes | **No** |
| Previous PPD test? | **Yes** | No |
| Previous Positive Reaction? | Yes | **No** |
| If positive result: | | |
| When_____ | | |
| Where_____ | | |
| Chronic Cough/Blood_____ | | Fever_____ |
| Recent Weight Loss_____ | | Night Sweats_____ |
| Recent Appetite Loss_____ | | Fatigue_____ |

**MEDICATIONS**

Current Medications:

**VITAL SIGNS**

HT _6'1"_    WT _163_    BP _116/70_
Pulse _59_    Resp _18_    Temp _97.5_

**DISPOSITION**

Referrals_____ None
_____ Emergency Room (Pre-booking injury)
_____ Emergency Room (Acute condition)
_____ Physician
_____ Sick Call

Placement
_____ Infirmary
_____ Detoxification Setting
_____ General Population
_____ Other

**ALLERGIES**

Medication Allergies:    Yes    **No**
    Type: _____
Other Allergies:    Yes    **No**
    Type: _____

I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by facility healthcare professionals. I understand that any medications not picked up within 30 days of release will be destroyed.

Inmate Signature: _____

SCREENED BY: _RT_    DATE: _12/11/02_    TIME: _10:04_

REVIEWED BY: _____    DATE: _____    TIME: _____

# PHYSICAL ASSESSMENT

_____
Institution

| INMATE NAME: | VITAL SIGNS |
|---|---|
| TYPE OF ASSESSMENT:  INITIAL_____  OTHER_____ | HT_____ WT_____ BP_____<br>PULSE_____ RESP_____ TEMP_____ |

**FAMILY HISTORY: (F/FATHER; M/MOTHER; B/BROTHER; S/SISTER)**

| | | | VISION (SNELLEN CHART) |
|---|---|---|---|
| TB_____ | HEPATITIS_____ | HIV+_____ HYPERTENSION_____ | Rt:_____ with glasses_____ |
| CANCER_____ | ASTHMA_____ | EPILEPSY_____ ANEMIA_____ | Lt: 20/10 with glasses_____ |
| KIDNEY DISEASE_____ | SICKLE CELL_____ | SEIZURES_____ | |
| MENTAL ILLNESS_____ | DIABETES_____ | HEART DISEASE_____ | |
| OTHER_____ | | | |

## PHYSICAL ASSESSMENT

| | Normal/Not Present Please ✓ | | Abnormal/Comment |
|---|---|---|---|
| SKIN: | Color | | |
| | Condition | | |
| | Turgor | | |
| | Recent Injury | | @ arm |
| | Tatoos | | L leg |
| | Scars | | |
| HEAD: | Hair | | |
| | Scalp (pediculi) | | |
| EARS: | Appearance | | |
| | Canals | | |
| MOUTH: | Throat | | |
| | Tongue | | |
| | Tonsils | | |
| NOSE: | Obstruction | | |
| | Drainage | | |
| NECK: | Veins | | |
| | Mobility | | |
| | Thyroid | | |
| | Carotids | | |
| | Lymph nodes | | |
| CHEST (BREASTS) | Configuration | | |
| | Auscultation | | |
| | Respirations | | |
| | Cough/Sputum | | |
| HEART: | Auscultation | | |
| | Radial pulse | | |
| | Apical pulse | | |
| | Rythm | | |
| ABDOMEN: | Shape | | |
| | Bowel Sounds | | |
| | Palpation | | |
| | Hernia | | |
| SPINE | | | |
| NEUROLOGICAL: | Reflexes | | |
| GENITAL/URINARY: | Lesions | | |
| | Discharge | | |
| RECTAL EXAM: | (For 40 yrs. old and older) | | |
| | Hemorroids | | |
| | Anal Warts | | |
| | Stool for Occult | | |
| | Blood    + – | | |
| EXTREMITIES: | Pulses | | |
| | Edema | | |
| | Joints | | |

### FEMALES ONLY

PELVIC EXAM:
    Pap Smear
    Gonorrhea Culture
    (Admission PE only)

### IMMUNIZATION STATUS

Date last Tetanus: 6/02

Other

### TB SCREENING

Current PPD:  1 v 11 ~
Date Given:  12 13 00
Results and Date:
    PLEASE CIRCLE
Follow-up scheduled:  Not Indicated
               Yes

### ORAL SCREENING

Pain/Discomfort:
Condition of teeth:  poor  fair  good
Condition of gums:  poor  healthy
False teeth:  partial  plate  upper  lower
Oral Hygiene instructions given:

### REMARKS

HBV
NKA

c/o blurred vision & smoker

### REFERRAL

JC

Assessed by: _____

Date: 12/11/~    Time:_____

Physician Review _____

Date: 12/17/02   Time: 730

## PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM

Name: Marvin Mailon    AIS#: 775145    R/S: B/M
Date: 12/13/02    Date of Birth: 12/17/70    Age: 31

Beta II: 100    WAIS: __/__/__    WRAT-RL: 7.8
Last School Grade Completed: 12    Special Education Classes:    Ye s    (No)

MMPI Welsh Code: 246/8109 7:35#    Megargee Type: _____
4F/K:

### General Appearance
_✓_ a. Neat and generally appropriate    ____ c. Flat or avoiding interaction    NOPT
____ b. Poorly groomed    ____ d. Sad or worried

____ e. Other* _____
_____

### I. Interpersonal Functioning
_✓_ a. Normal-good relationships likely    ____ d. Lacks skill or confidence
____ b. Withdrawn/apparent loner    ____ e. Probably difficult to get along with
____ c. Likely to ignore rights/needs

Other* (Specify)    __ 1.    __ 2.    __ 3.    __ 4.    __ 5.    __ 6.
    (See Copy) _____
_____

### II. Personality
____ a. Healthy    ____ d. Explosive
_✓_ b. Antisocial    ____ e. Dependent
____ c. Paranoid    ____ f. Passive-Aggressive

Other* (Specify)    __ 1. Schizoid    __ 4. Narcissistic    __ 7. Compulsive
    __ 2. Schizotypal    __ 5. Borderline    __ 8. Atypical/mixed
    __ 3. Histrionic    __ 6. Avoidant
__ 9. See Copy (Write in your wording) _____
_____
_____

### III. Substance Abuse
____ a. Alcohol addiction/abuse history _____
_____
____ b. Drug addiction/abuse history _____ Denies _____
_____
_____
_____

N-259 (2/2001)
White to Central Records
Yellow to Institutional File
Pink to Medical Record

* See manual for selections and numbers for "other"

PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM
Page 2                                          Name: _Martin._

III.  Substance Abuse (continued)
_____  c.  Current use _____

_____  d.  Current addiction _____

Other* (Specify): ___1. ___2. ___3. ___4. ___5. ___6. ___7. ___8.

IV.  Emotional Status
_____  a.  No significant problems
_____  b.  Depressed

_____  c.  Anxious or stressful

_____  d.  Angry or resentful

_____  e.  Confusion or psychotic symptoms

_____  f.  Mood disturbances

_____  g.  Sexual maladjustment

        History of sex offenses?    Yes    (No)
_____  h.  Paranoid ideation

_____  i.  Sleep/appetite disorder

Other* (Specify): ___1. ___2. ___3. ___4. ___5. ✗ ___6. ___7. ___8. ___9
        (See Copy)

Emotional response to incarceration: OK

V.  Mental Deficiency
_____  a.  Mild                        _____  d.  Borderline
_____  b.  Moderate                    _____  e.  Organic impairment suspected
_____  c.  Severe                      _____  f.  Memory deficit

Remarks: _____ IQ-100 _____

        History of cerebral trauma or seizures?    Yes    (No)

                                    * See manual for selections and numbers for "other"

PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM
Page 3                                          Name: _Martin_

## Mental Health History
_____ a. Outpatient treatment (dates/where) _____

_____ b. Inpatient treatment (dates/where) _____

_____ c. Psychotropic medication (type/effectiveness) _____

_____ d. Family history of mental illness _____

## VI. Management Problems
_____ a. Suicide potential    Ideation?    Yes  (No)    Plans?    Yes  (No)
          History of attempts/gestures _____
_____ b. Serious mental illness (specify) _____

_____ c. Impulsive /acting out behaviors predicted _____

_____ d. Authority conflict _____

_____ e. Manipulative/untrustworthy _____

_____ f. Easily victimized _____

_____ g. Escape potential _____

_____ h. Assaultiveness _____

          History of expressively violent behavior?    Yes  (No)

Other* (Specify)  ___1.  ___2.  ___3.  ___4.  ___5.  ___6.  ___7.  ___8.  ___9.
          (See Copy) _____

## VII. Educational Needs
_____ a. ABE    _____ b. Special Education    _X_ c. Trade School    _____ d. Junior College

## VIII. Mental Health Needs
_____ A. Refer to psychiatrist          _____ E. Sexual adjustment          _____ I. Self-concept enhancement
_____ B. Substance abuse counseling     _____ F. Reality therapy            _____ J. Healthy use of leisure
_____ C. Depression                     _____ G. Anger-induced acting out   _____ K. Personal development
_____ D. Stress management              _____ H. Values clarification

RECOMMENDATIONS/REMARKS: _Recommend self-med limited_____
_____

MENTAL HEALTH CODE:    SMI    HARM    HIST    NONE

Evaluation Completed by: _WB Brown_          Date: _12/13/02_

* See manual for selections and numbers for "other"

```
***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****
```

developed by

Roger L. Greene, Ph.D.
Robert C. Brown, Jr., Ph.D.
and PAR Staff

-- CLIENT INFORMATION --

Client      : MARTIN MARLON              Age            : 31

Sex         : Male                       Marital Status :

Education   :                            Date of Birth  : 12/17/1970

File Name   : 225145

Prepared for: Kilby Correctional Facility on 12/12/2002

------------------------

    The interpretive information contained in this report
should be viewed as only one source of hypotheses about the
individual being evaluated.  No decisions should be based solely
on the information contained in this report.  This material
should be integrated with all other sources of information in
reaching professional decisions about this individual.  This
report is confidential and intended for use by qualified
professionals only.  It should not be released to the individual
being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota.

MMPI-2 INTERPRETIVE REPORT                                      PAGE   2
PREPARED FOR: Kilby Correctional Facility

```
          -- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES --

        L    F    K    Hs   D   Hy  Pd   Mf  Pa   Pt   Sc   Ma   Si
110 --  --   --   --   + --   --   --   --   --   --   --   --   --  -- 110
        -              +                                           -
        -              +                                           -
        -              +                                           -
        -              +                                           -
100 --  -              +                                           -- 100
        -              +                                           -
        -              +                                           -
        -              +                                           -
        -              +                                           -
 90 --  -              +                                           -- 90
        -              +                                           -
        -              +                                           -
        -              +                                           -
        -              +                                           -
 80 --  -              +                                           -- 80
        -              +                                           -
        -              +                                           -
        -              +                                           -
        -              +                                           -
 70 --  -              +                                           -- 70
        -              +                                           -
        -    --   --   + --   --   --   --   --   --   --   --   --  -
        -              +                                           -
        -              +                                           -
 60 --  -              +        *         *                        -- 60
        -              +                                           -
        -              +                                           -
        -              +                       *                   -
        -    *    *    +                                           -
 50 --  --   --   --   + --   --   --   --   --   --   --   --   --  -- 50
        -              +                             *             -
        -              +  *                               *        -
        -              +                                 *         -
        -         *    +                       *                   -
 40 --  -              +                                           -- 40
        -              +       *                                   -
        -              +                                           -
        -              +           *                               -
        -              +                                           -
 30 --  -              +                                           -- 30
        -              +                                           -
        -              +                                           -
        -              +                                           -
        -              +                                           -
 20 --  --   --   --   + --   --   --   --   --   --   --   --   --  -- 20
                          1    2    3    4    5    6    7    8    9    0
        L    F    K    Hs   D   Hy  Pd   Mf  Pa   Pt   Sc   Ma   Si
T-Score 52   51   41   45  59  37  59  34  53  41  47  43  45
Unanswered (?) Items = 197
```

Welsh Code:  246/81097:35# L/F/K:

MMPI-2 INTERPRETIVE REPORᴛ                                        PAGE   3
PREPARED FOR: Kilby Correctional Facility

-- PROFILE MATCHES AND SCORES --

| | Scale | Client Profile | Highest Scale Codetype | Best Fit Codetype |
|---|---|---|---|---|
| Codetype match: | | | WNL | None |
| Coefficient of Fit: | | | .8 | |
| | | | | |
| Scores: | ? (raw) | 197 | | |
| | L | 52 | 55 | |
| | F | 51 | 51 | |
| | K | 41 | 46 | |
| | Hs (1) | 45 | 47 | |
| | D  (2) | 59 | 52 | |
| | Hy (3) | 37 | 45 | |
| | Pd (4) | 59 | 52 | |
| | Mf (5) | 34 | 44 | |
| | Pa (6) | 53 | 47 | |
| | Pt (7) | 41 | 46 | |
| | Sc (8) | 47 | 45 | |
| | Ma (9) | 43 | 49 | |
| | Si (0) | 45 | 49 | |

| | | | |
|---|---|---|---|
| Mean Clinical Elevation: | | 48 | 48 |
| | | | |
| Ave age-males: | | | 38 |
| Ave age-females: | | | 40 |
| | | | |
| % of male codetypes: | | | 18.6% |
| % of female codetypes: | | | 11.5% |
| | | | |
| % of males within codetype: | | | 79.0% |
| % of females within codetype: | | | 21.0% |

--------------------------------------------------------------

Configural clinical scale interpretation is provided in the
report for the following codetype(s):

WNL

--------------------------------------------------------------

-- CONFIGURAL VALIDITY SCALE INTERPRETATION --


There is no information available for this configuration of scores for scales L, F, and K.  Interpretation for each of the individual validity scales is presented below.


-- VALIDITY SCALES --


? (raw) = 197

This profile is very likely invalid and probably should not be interpreted because the number of unanswered items is greater than 30.

L    T = 52

L scores in this range are usually obtained by individuals who generally respond frankly and openly to the test items and are willing to admit to minor faults.

F    T = 51

F scores in this range usually indicate that the individual responded to the test items as do most individuals who are relatively free of stress.

K    T = 41

Scores in this range indicate limited personal resources and open acknowledgment of significant psychological distress.  These individuals are likely to have a relatively poor self-concept, to be strongly dissatisfied with themselves but lacking the skills necessary to change their situation, to be self-critical, and/or to be extremely open and revealing.  Scores in this range may also reflect low ego strength, a lack of insight into one's self-motivation and behavior, and ineffectiveness in dealing with the problems of daily life.  Prognosis for psychological intervention is usually guarded.

MMPI-2 INTERPRETIVE REPORT                                           PAGE   5
PREPARED FOR: Kilby Correctional Facility

-- CONFIGURAL CLINICAL SCALE INTERPRETATION --


WNL Codetype


Clinical Presentation:

    This codetype is very common in both men and women.  They
describe themselves as being happy, healthy, and contented.  They
see their relationships as satisfying.

    In normal settings, there are no other descriptors which
apply.

    The following descriptions and possible diagnoses should
only be considered if the individual is being evaluated in a
psychiatric setting with substantial reason to suspect the
presence of psychological disorder.

    In psychiatric settings, this codetype is found in patients
with characterologic or psychotic disorders to which they have
become adjusted.  They tend to have little insight into their
behavior and do not understand why others have concerns about
them.


Treatment:

    The prognosis is guarded for any type of intervention since
the person is experiencing little distress and the symptoms are
very characterologic.


Possible Diagnoses:

        Axis I    - Rule Out Adjustment Disorder
                    Rule Out Schizophrenia

        Axis II   - Rule Out Schizoid Personality Disorder



-- CLINICAL SCALES --


Hs (1)   T = 45

    Scores in this range are considered to be within normal
limits.

MMPI-2 INTERPRETIVE REPORT
PREPARED FOR: Kilby Correctional Facility                    PAGE   6

D  (2)  T = 59

      Scores in this range are typically obtained by individuals
who are not satisfied with their current life situation or with
themselves.  Individuals obtaining scores in this range may not
be aware of the degree to which they feel dissatisfied or may
have learned to adjust to a long term dissatisfaction.

Hy (3)  T = 37

      Scores in this range are obtained by individuals who are
often described as caustic, cynical, sarcastic, and socially
isolated.  They often are constricted, socially conforming, and
fixed on a narrow range of interests.  They may believe that
others are too optimistic.

Pd (4)  T = 59

      Scores in this range are often obtained by individuals who
are sincerely concerned about social problems and issues or are
responding to situational conflict or crisis.  Scores in this
range are common among adolescents and may be reflective of their
striving for independence.

Mf (5)  T = 34

      Males obtaining scores within this range usually identify
strongly with the traditional masculine role.  They may
over-emphasize their strength and physical ability.

Pa (6)  T = 53

      Scores in this range are considered to be within normal
limits.

Pt (7)  T = 41

      Scores in this range are frequently obtained by individuals
who are typically described as emotionally stable, free of
emotional turmoil, secure, and comfortable with themselves.  They
are usually independent, relaxed, and self-confident people who
may value power and status.  Be sure that scores within this
range are consistent with the person's reasons for taking the
MMPI-2.

Sc (8)  T = 47

      Scores in this range are considered to be within normal
limits.

MMPI-2 INTERPRETIVE REPORT                                              PAGE   7
PREPARED FOR: Kilby Correctional Facility

    Ma (9)   T = 43

        Scores in this range suggest a low energy and activity
    level.  This may reflect fatigue or depression, especially if the
    scores are extremely low.  Scores near a T-score of 45 are
    typical for older individuals.  Individuals who obtain scores in
    this range are often described as lethargic, listless and
    apathetic.  In addition, some individuals scoring in this range
    are seen as conventional, practical, responsible, and sensitive.

    Si (0)   T = 45

        Scores in this range are considered to be within normal
    limits.


                        -- ADDITIONAL SCALES --


        No additional scales were selected for interpretation by
    the user.



                        END OF REPORT
                        *********

*NaphCare*

# Health Services Request Form

Print Name ___MARLON MARTIN___    Date of Request ___12-11-02___

ID No. ___225745___   Date of Birth ___12-17-70___   Housing Location ___E 76___

Nature of problem or request ① My HEAD is in A HAZE, iT GETS WORSE WHEN i TAKE A HOT SHOWER OR WHEN MY Body HEAT UP And my BALANCE iS OFF. ② I NEED A KNEE BRACE FOR MY RIGHT KNEE I HAD ONE IN THE COUNTY JAIL BUT I HAD TO GET Rid OFF iT WHEN i gOT HERE

___Marlon Martin___

Sign here for consent to be treated by health staff for the condition described above.

## Place this slip in Medical Box or designated area
## DO NOT WRITE BELOW THIS LINE

-------------------------------------------------------------------------

## Health Care Documentation

Subjective

Objective    BP_____   P_____   R_____   T_____

**NO SHOW**

Assessment

Plan

efer to   ○ PA/Physician    ○ Mental Health    ○ Dental

gnature_____   Title_____   Date_____

ealth Services Request Form

NC040

**ALBAMA DEPARTMENT OF CORRE TIONS**
**MENTAL HEALTH SERVICES**
**RECEPTION MENTAL HEALTH SCREENING**

Institution: _____KCF_____ Date/Time Inmate Received: _12/10/02_
Date/Time of Screening: _12/10/02 - 2:15_ Signature /Title of Screener: _(illegible signature), M.D. / St. Admin_

*MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC*

- □ Yes ☑ No  Psychotropic Medication: _____
- □ Yes ☑ No  Medication turned over to a DOC upon arrival?
- □ Yes ☑ No  Mental Health follow – up in last 90 days: _____
- □ Yes ☑ No  Suicide/self harm attempts in last 90 days: _____

*MENTAL HEALTH HISTORY Does inmate report a history of the following (if yes, provide details):*

- □ Yes ☑ No  Outpatient treatment: _____
- □ Yes ☑ No  Inpatient treatment: _____
- □ Yes ☑ No  Psychotropic Medication: _____
- □ Yes ☑ No  Suicidal Attempts: _____
- □ Yes ☑ No  Suicidal Thoughts: _____
- □ Yes ☑ No  Head injury: _____
- □ Yes ☑ No  Seizures: _____
- □ Yes ☑ No  Violent Behavior: _____
- ☑ Yes □ No  Substance Abuse: _MJ, on and off for 2 years._
- □ Yes ☑ No  Substance Abuse Treatment: _____
- □ Yes ☑ No  Special Education classes: _____

*INMATE SELF – REPORT OF CURRENT STATUS*

- ☑ Yes □ No  First incarceration (reaction): _"OK just want to start by time"_
- □ Yes ☑ No  Reports family support: _____
- □ Yes ☑ No  Reports serious depression/remorse: _____
- □ Yes ☑ No  Thinking about suicide: _____
- □ Yes ☑ No  Has plan for suicide: _____
- □ Yes ☑ No  Possible to implement plan: _____
- □ Yes ☑ No  Reports hallucinations: _____

*BEHAVIORAL OBSERVAIONS*

| | | | |
|---|---|---|---|
| □ Poor eye contact | □ Poor hygiene | □ Unable to pay attention | □ Unresponsive |
| □ Disorientated | □ Overly anxious | □ Unable to follow directions | □ Unable to read |
| □ Crying | □ Memory deficits | □ Signs of self-mutilation | □ Afraid |
| □ Illogical speech content | □ Appears to be hearing voices of seeing things | | □ Paranoid |
| □ Hostile | □ Other unusual behavior: _____ | | |

*DISPOSITION PLACEMENT RECOMMENDATION (Based on reception mental health screening)*

- □ Routine housing and mental health follow-up
- □ Priority mental health follow-up but not emergency
- □ Current Psychotropic meds verified/interim supply ordered
- □ Emergency mental health referral
- □ Safe cell recommended
- □ Parole violator interim assessment referral

| Inmate Name: | AIS#: |
|---|---|
| Martin, Marlun | 225145 |

### ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES

### INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary, for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems
  (adjustment to prison, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonably clear risk of escape or creation of institutional disorder
- Receiving psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff have a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access to your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigative staff and legal counsel working with the ALDOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*The information on this form has been explained to me and I have received a copy of this information for my future reference.*

| | | |
|---|---|---|
| _Martin, Marlon_ | 225145 | 12-40-02 |
| Inmate Signature | AIS Number | Date Signed |

ALDOC Form 450-02

AR 450 – February 26, 2002



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, Marlon Martin                                        225145
   (Print Name)                                         (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint

( ) Eyeglasses

( ) Dentures            describe  Knee Sleeve

( ) Prothesis

( ) Wheelchair

( ) Cane

( ) Crutches

( ✓ ) Other             describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_____        5/25/06
(Inmate)                        (Date)

_____        5/25/06
(Witness)                       (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Martin, Marlon | 225145 | 12-17-70 | B/M | SCC |

PHS-MD-70005          (White – Medical File, Yellow – Security Property Officer)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5/26/06

**To:** Staton

**From:** HCU

**Inmate Name:** Martin, Marlon    **ID#:** 225145

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other Double portion diet x 365 days

**Comments:**

May purchase one pair of state
issue tennis shoes - 365

_____

_____

**Date:** 5/26/06    **MD Signature:** _____    **Time:** _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 4/26/06

**To:** SCC

**From:** SHCW

**Inmate Name:** Martin Marlon          **ID#:** 225145

## The following action is recommended for medical reasons:

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra _____ until _____
5. Other

**Comments:**

① BBP — 160 dg

Startin 4/26/06 until 10/26/06

**Date:** 4/26/06    **MD Signature:** _____    **Time:** 7⁰⁵



# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _4/19/06_

**To:** _Staton_

**From:** _SHCU_

**Inmate Name:** _Martin, Marlon_    **ID#:** _225140_

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

_Profile for + Cane x 180 days. —_

_No prolonged Standing > 10 min x 180 days. —_

**Date:** _4/19/06_    **MD Signature:** _Dr. Peasant / [signature]_    **Time:** _1030_

60418

# Hepatitis B Vaccine Consent Form
## Second Shot

**FACILITY NAME:**     STATON CORRECTIONAL FACILITY

Martin, Marlow
**Inmate Name**

225745
**AIS   Number**

_Whador Martin_
**Inmate Signature**

12-2005
**Date**

************************************************************
**To be filled out by medical personnel**

**Date Shot Given:** _____ 12-20-05 _____

**Dose Given:** _____ Im _____

**Site Given:** _____ (Y deltoid _____

**Administered by:** _____ Lasiter RN _____

HEPATITIS B VACCINE
(RECOMBINANT)
ENGERIX-B **B**
20mcg/mL
LOT          EXP.
AHBVB004BA 01/20/06

**Lot Number and Expiration Date:** _____

# Hepatitis B Vaccine Consent Form

**FACILITY NAME:**     STATON CORRECTIONAL FACILITY

_Marlon Martin_
**Inmate Name**

_225745_
**AIS   Number**

_[signature]_
**Inmate Signature**

_11-17-05_
**Date**

DB ~ 12-17-70

*************************************************************
**To be filled out by medical personnel**

**Date Shot Given:** _11/22/05_

**Dose Given:** _20 mcg_

**Site Given:** _Lt. Arm_

**Administered by:** _Jane Haynes_

**Lot Number and Expiration Date:** _____

AHBV80048A 01/20/06



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Marlon Martin_____

   (Print Name)                                         (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( )  Splint

( )  Eyeglasses

( )  Dentures

( )  Prothesis    describe _____

( )  Wheelchair

( )  Cane

( )  Crutches

(X)  Other      describe _Knee Support_____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_____     _____
(Inmate)                                 (Date)

_____     _12-9-05_____
(Witness)                                (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Martin, Marlon | 225145 | 8/17/70 | B/M | Draper |

PHS-MD-70005           **(White – Medical File, Yellow – Security Property Officer)**



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12/7/05

**To:** Staton

**From:** HCU

**Inmate Name:** Martin, Marlon    **ID#:** 225145

**The following action is recommended for medical reasons:**

1. House in

2. Medical Isolation

3. Work restrictions

4. May have extra _____ until

5. Other

**Comments:**

No prolonged standing over 20min x 100days

May have shoes from home

**Date:** 12/7/05    **MD Signature:** _Lawaiton Crane / Williams_ LPN    **Time:** 135 Pm

60418