

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/17/05

**To:** Staton

**From:** HCU

**Inmate Name:** Martin Moulon    **ID#:** 225145

**The following action is recommended for medical reasons:**

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra_____until_____
5.  Other _____

**Comments:**

Slide profile until MD appt

Start 11/17/05.

**Date:** 11/17/05 **MD Signature:** Di Pleasant/Smith PA **Time:** 1600

60418

# PHS/EMSA PATIENT EDUCATION

## ATHLETE'S FOOT

Athlete's foot is caused by a fungus.  Fungus likes to grow in warm, moist places.

You should do the following things:

1.    Keep your socks and shoes off whenever you can.  Don't sleep with your socks on.

2.    Wash your feet with warm, soapy water every day. . Dry between your toes. Dry your feet last to keep from spreading the fungus.

3.    If you have shower shoes, wear them during the day.

5.    Wear clean socks, (white cotton if you have them).  Put clean socks on every day.  Put your socks on before your underwear to keep the fungus from spreading.

6.    Apply _____ cream to the athlete's foot area daily after you wash your feet.  It does not take much cream and rub it in well.  Wash your hands before and after you put the cream on.

If you don't get better after you do these things, return to sick call.

If your feet look like they are getting an infection:

> Increased redness
> Increased Swelling
> Red Streaks
> Pus Formation
> Increased Pain

Return to sick call.

EVEN WHEN YOUR ATHLETE'S FOOT CLEARS UP, YOU SHOULD CONTINUE TO DO NUMBERS 1-5.

Inmate Name: _____        Date: ___11-17-05___

PE-003                                                                                              Rev. 11/99



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 4/27/05

**To:** Staton

**From:** SHCU

**Inmate Name:** Martin, Marlon    **ID#:** 225145

**The following action is recommended for medical reasons:**

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra _____ until _____
5. Other

**Comments:**

No prolonged Standing ≥ 10 Minutes) X 30 days

**Date:** 4/27/05    **MD Signature:** W S Williams MD    **Time:** 5:30 pm

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Marla M  Marlon Martin  225145  4-14-05_

(Print Name)                                                    (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(    )  Splint

(    )  Eyeglasses

(    )  Dentures

(    )  Prothesis      describe _____

(    )  Wheelchair

(    )  Cane

( ✓ )  Crutches

(    )  Other         describe _____/_____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Marlon Martin_                              _4-14-05_

(Inmate)                                                  (Date)

_W Edward JRobinson_                         _4-14-05_

(Witness)                                                (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Martin, Marlon | 225145 | 12-17-70 | B/M | Staford |

PHS-MD-70005        **(White – Medical File, Yellow – Security Property Officer)**



## DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, Martin, Marlon                                    225146
   (Print Name)                                      (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint

( ) Eyeglasses

( ) Dentures

( ) Prothesis          describe _____

( ) Wheelchair

( ) Cane

( ) Crutches

(X) Other              describe  Knee Brace

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

Marlon Martin                          4-5-05
(Inmate)                               (Date)

_____          _____
(Witness)                               (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FA |
|---|---|---|---|---|
| Martin, Marlon | 225146 | | B/M | Stap |

PHS-MD-70005                    (White – Medical File, Yellow – Security Property Officer)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Martin, Marlon

Date of Birth: 12/17/70

Date: 4/4/05                        Social Security No.:

Time: 7:00                          A.M. / P.M.

This is to certify that I, _____ Martin, Marlon _____, currently in
                                    (Print Inmate's Name)

custody at the _____ Staton _____, am refusing to
                        (Print Facility's Name)

accept the following treatment/recommendations: _____ no show for sick call _____
                                                              (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____          K. Jones LPN _____
(Signature of Inmate)**                        (Signature of Medical Person)

_____          Marie L. Willis COT _____
(Witness)                                      (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



*SCC*

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 2/21/05

**To:** SCC

**From:** SHCV

**Inmate Name:** Martin, Marlon    **ID#:** 225145

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

cRutch profile X 100 DAyS

**Date:** 2/21/05    **MD Signature:** M.D William [signature]    **Time:** 8³⁰pm

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: _3/21/05_

To: _Staton_

From: _HCU_

Inmate Name: _Marlon Martin_    ID#: _225145_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_No work on wet/slippery surfaces_
_for 180 days_

Date: _____  MD Signature: _D M McCumm___  Time: _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1/4/05

**To:** Staton

**From:** HCU

**Inmate Name:** Morton Monty    **ID#:** 226145

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:** No prolonged standing >20 minutes x 30 days expire 2/4/05

**Date:** _____ **MD Signature:** D M\_____ **Time:** _____

60418

**Prison Health Services**
**Treatment Record**

Treatment Ordered:

DSg △ — M, W, F    (no duration given on #q days to be △'d)

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 9.22 | 9.24 | 9.27 | 9.29 | 10.4 | 10.01 | 10.6 |
| 1st Done for | 1st Done | 1st Done | 1st done | 1st Done | | 1st Done |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 10.8 | | | | | | |
| 1st Done | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

Comments:

| Patient Name/Number 225145 Martin, Marlon | Allergies: NKA | Housing Unit: ECC |
|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FAX (334) 215-9126
Phone (334) 215-6678

INCORPORATED

## Authorization for Release of Information

To: Baptist Med. Ctr East

From: Killy Prison
P.O. Box 11
Mt. Meigs, Al 36057

Patient: MARTIN, MARLON

Alias: _____

Date of Birth: 12/7/70

Inmate ID No.: 225 145

Social Security No: 041 - 78 - 3610

Date(s) of Service: 9/04

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[✓] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[✓] Admission    [✓] Discharge    [✓] Operative Summary Reports

[✓] X-Ray    [ ] Special Studies Reports    [ ] HIV Test    [ ] T B Test

[✓] Laboratory Reports    [ ] Immunization History    [ ] Dental Treatment Records

[ ] Psychiatric Summary Report    [ ] Substance Abuse Treatment History & Counseling Reports

[ ] Other Records _____

(Specify information requested)

_____

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

_____
(Patient's Signature)

9/30/04
(Date)

_____
(Witness' Signature)

9/20/04
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_____
(Signature and Title for PHS)

9/20/04
(Date)

Baptist Health
P.O. Box 244001
Montgomery, AL 36124

**FACSIMILE**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution of copy of this telescope is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone. Thank you.

**To:** PHS

**Company:**

**Fax:** 215-9126

**Date:** 9-21-04

**Total No. of pages:**
(Including Cover)

**Re:**

**From: Casey**

**Company: Baptist East Medical Center**

**Tel: (334) 244-8471**

**Fax: (334) 244-8141**

**Comments:**

0425900082 09/15/04 0    A    M  12/17/70  33Y    2          EOS SUREOS /              252322

MARTIN,MARLON                         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
DRAPER CORRECTIONAL FACIL             (334)567-2221
                                      ELMORE
WETUMPKA        AL 36092                                              NOT EMPLOYED

MARTIN,MARLON                         12/17/70 33Y
DRAPER CORRECTIONAL FACIL             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
                                      (334)567-2221
WETUMPKA        AL 36092              SELF                            NOT EMPLOYED

OTHER HMO OP                    MARTIN,MARLON                                      1

041783610            PRISON HEALTH SERVICES        225145

(334)395-5973

PO BOX 967                                    BRENTWOOD          TN 370240967

ACL TEAR                                                              U

POLICE

2015 CHUNG,TAI Q                              2015 CHUNG,TAI Q

     11      09/15/04

                              ELECTIVE        1
EOPS

EE9      09/15/04      YES

            PRINTED BY: b19310      DATE 9/21/2004

HISTPHYS%%
BAPTIST HEALTH
2015
MARTIN,   MARLON T
F0410600231
F000159871


PATIENT VERIFICATION DATA:
MARTIN, MARLON T- 0410600231

DATE OF PROCEDURE:   9/15/04

ADMISSION DIAGNOSIS:
1. Right knee tear of the anterior cruciate ligament.

HISTORY OF PRESENT ILLNESS The patient is a 33 year old gentleman
who injured himself in September 2000.  He has had continuing pain
and giving way of the right knee.  MRI scan showed a tear of the anterior
cruciate ligament and edema at the posterolateral corner of the lateral
tibial plateau.  He is now admitted for arthroscopy, and right knee
ACL reconstruction with tendon graft.

PAST MEDICAL HISTORY:  No remarkable for any serious medical illness.

ALLERGIES:  No known drug allergies.

MEDICINES:  None

PHYSICAL EXAMINATION:
HEAD AND NECK:  Normocephalic.  Atraumatic. Extraocular muscles are
intact.  Pupils are equal round, reactive to light and accommodation.

LUNGS:  Clear to auscultation.
HEART:  S1, S2.
ABDOMEN:  Bowel sounds are normal, soft non-tender.
NEURO:  CNS 2-12 within normal limits.  Motor and sensory are within
normal limits.
MUSCULOSKELETAL:  The right knee has minimal swelling.  There is minimal
tenderness along the joint lines.  Range of motion is 0-110 degrees
of flexion.  Lachman's test is positive and anterior drawer sign is
positive by 1/2 cm.  Sensation good to light touch in the legs and
foot.  He can extend and flex the ankle and toes.

IMPRESSION:
1. ACL tear of right knee.

PLAN:  To do ACL reconstruction with 1/3 patellar tendon graft  Risks
of surgery have been discussed with him including anesthesia, infection,
neurovascular and tendon damage, incomplete return of full stability
to the knee and incomplete return of function in the knee.  He understands
and wishes for surgery.



TAI Q. CHUNG,  M.D.


D: 09/14/2004
(CONTINUED)D:09/16/2004
        PRINTED BY: b19310        DATE 9/21/2004

Baptist Medical Center
Name:  MARTIN, MARLON                    DOB:  12/17/1970
MR:  E000252322          Acct:  E0425900082
AdmPhys:  Chung, Tia Q., MD
Admit date:  09/15/2004          Discharge date:  09/17/2004

## HEMATOLOGY

### Routine Hematology

COLLECTION DATE:  9/15/04
COLLECTION TIME:  8:38:00 AM

|  |  | REF RANGE | UNITS |
|---|---|---|---|
| WBC | 3.6  L | [4.1-10.3] | Thou/mL |
| RBC | 5.05 | [4.69-6.13] | Mill/mL |
| Hemoglobin | 15.2 | [11.3-15.3] | gm/dl |
| Hematocrit | 46.5 | [40.0-51.0] | % |
| MCV | 92 | [81-100] | FL |
| MCH | 30.1 | [27.0-31.2] | pg |
| MCHC | 32.7 | [31.8-35.4] | gm/dl |
| Platelet Count i | 217 | [140-400] | Thou/mL |
| RDW | 12.0 | [11.5-14.5] | % |

09/15/2004 08:38:00 AM Platelet Count:
Critical Ranges:
OB & Cardiac = <100,000
<90 days old = <100,000
All others = <50,000 >750,000

09/15/2004 08:38:00 AM  ..CBC (Hemogram):
ROOM 113

### Automated Differential

COLLECTION DATE:  9/15/04
COLLECTION TIME:  8:38:00 AM

|  |  | REF RANGE | UNITS |
|---|---|---|---|
| Neutro Auto | 47 | [40-75] | % |
| Lymph Auto | 39 | [20-53] | % |
| Mono Auto | 10 | [0-12] | % |
| Eos Auto | 4 | [0-8] | % |
| Basophil Auto | 1 | [0-2] | % |
| Neutro Abs | 1.8 | [1.4-6.5] | # |
| Lymph Abs | 1.4 | [1.0-4.8] | # |
| Mono Abs | 0.3 | [0.1-0.6] | # |
| Eos Abs | 0.1 | [0.0-0.7] | # |
| Basophil Abs | 0.0 | [0.0-0.2] | # |

09/15/2004 08:38:00 AM  ..Auto Diff:
ROOM 113

%%END

PRINTED BY: b19310          DATE 9/21/2004

OFREPORT%%
BAPTIST HEALTH
2015
MARTIN,   MARLON ""
E0425900082
E000252322


PATIENT VERIFICATION DATA:
MARTIN, MARLON ""- 0425900082

DATE OF SURGERY:   09/15/2004

PREOPERATIVE DIAGNOSIS:      Right knee ACL tear.

POSTOPERATIVE DIAGNOSIS:     Right knee lateral meniscus tear and ACL
tear.

OPERATION:

ANESTHESIA:     General.

ASSISTANT:

Estimated blood loss 30 cc.  Tourniquet time 90 minutes plus 110 minutes
for surgery.

INDICATIONS:  Patient is a 33 year old gentleman who injured himself
in 2000.  Right knee has continued to have pain.  MRI scan shows a
tear of the ACL.

FINDINGS:  Medial meniscus was intact.

There is a complete rupture of the ACL , only scar tissue left in
the area where the ACL used to be.  There is a tear of the posterior
horn of the lateral meniscus and tears along the periphery of the
lateral meniscus.  The medial femoral condyle and medial tibial condyle,
lateral femoral condyle and lateral tibial condyle shows some softening.

There is fraying and softening of patella undersurface.

The PCL was intact.

PROCEDURE:  With satisfactory anesthesia the right leg was prepped
with Betadine and draped free in the usual fashion. Anterolateral,
supermedial and anteromedial portals were used to introduce instruments.
The instruments revealed the findings above.  A rongeur was used to
remove the torn portions of the lateral meniscus, all surfaces then
shave, we removed the scar tissue in the condylar notch in preparation
for the graft.

A bone bur was used to bur portions of the lateral femoral condyle
in the intercondylar notch area to perform a notch plasty.

The Dupuy endoscopic ACL system was used.  A 20 cm. long incision
was made over the patella, patella tendon and tibial tubercle with
proper saw and knife.  A 10 mm. wide central patella tendon graft
was obtained with a bone plug on either end of about 25 mm. x 10 mm.
Drill holes were made in the bone plugs.  The graft was then laid

(CONTINUED)

during the time of pr   ration of the graft.

The tourniquet was reinflated.  With the tibial guide a 10 mm. tibial
hole was made in the proximal tibia.  Through this hole was introduced
a femoral guide and guide pin was placed into the area of the intercondylar
notch.  The drill was then used to make a 35 mm. tunnel in this area.
The guide pin was passed through the anterior lateral femoral complex
and through the skin of the anterior thigh.

The graft was then placed onto the eye of the guide pin and pulled
through the tibial tunnel joint and into the femoral tunnel.  With
proper tension in the graft and with a guide pin, a 25 mm. long 9
mm. screw was placed in the tunnels to fix the bony plug and the tunnel.
This was tested after this.  Range of motion was 0 to 100 degrees
of flexion without any impingement.  There was no instability with
anterior, posterior, medial and lateral structures.  The knee was
irrigated.  The patella tendon was closed with a running #1 Ethibond
stitch.  Bone chips were packed in the area where the bone plug was
removed from the patella.  Subcutaneous tissues were closed with 3-0
Monocryl sutures skin closed with stainless steel staples, 25 % 1/4%
Marcaine with Epinephrine was injected into the knee.  A tourniquet
was deflated.  Sterile dressing applied.  Patient was awakened and
returned to the Recovery Room in stable condition.


TAI Q. CHUNG, M.D.


D: 09/15/2004
T: 09/20/2004
df

## Baptist Medical Center East
## PHYSICIAN'S ORDERS

Addressograph Plate: 04259000 82

Surgery Sept. 15,0

Marion Horton.

**USE BALL POINT PEN ONLY AND PRESS FIRMLY!!**

ALLERGIES

| | | ANOTHER BRAND OF GENERICALLY EQUIVALENT PRODUCT MAY BE DISPENSED UNLESS CHECKED OR PHYSICIAN'S ORDER AND SIGNATURE |

### ROUTINE PRE OPERATIVE ORDERS

DR  JM Brown

Page 1 of 2

(1) Operative permit for Right Knee Arthroscopy with eventual diagnostic reconstruction with patella tendon graft

(2) LAB: *check appropriate diagnosis*

A   CBC:
  — Pre op patient [V72 83]
  — Long term use of medications          — Abdominal pain
  — Fever                                 — Other

B   TYPE & SCREEN

C   CHEM 7:
  — Edema
  — Hypertensive disease                  — Nephropathology
  — Long term use of medications          — Dizziness
  — Diabetic                              — Other

D   PT PTT
  — Known or suspected
     coagulation abnormality              — Cirrhosis  hepatitis
  — Anticoagulant therapy                 — CHF
  — Hemorrhage or anemia                  — Cardiac dysrhythmia
  — Pulmonary congestion                  — Dysfunctional uterine bleeding
  — Other                                 — Menorrhagia

E   DRUG LEVELS: *circle appropriate drug*
  — Patients taking Digoxin  Tegretol  Theophylline  Dilantin  Depakote
     Phenobarb
  — Other

F   URINE PREGNANCY
  — On all menstruating females

G   UA:
  — Diabetic
  — Renal glycosuria                      — Fever
  — Dehydration                           — Dysuria
  — Stress incontinence                   — Abdominal & pelvic pain
                                          — Long term use medication

H   ADDITIONAL LAB TESTS:

BJ+8000 Revised 2/03

PRINTED BY: b19310          DATE 9/21/2004

D6 + 1167

## Baptist Medical Center East
## PHYSICIAN'S ORDERS

USE BALL POINT PEN ONLY AND PRESS FIRMLY!!

**ALLERGIES**

Add esograph Plus : 04259000 82

Martin, Marlon
Surgery. Sept. 15, 04

PHYSICIAN'S ORDERS AND SIGNATURE

## ROUTINE PRE OPERATIVE ORDERS

DR

Page 2 of 2

**3    EKG:**
— MVP/murmur or other valve disorder
— Chest pain discomfort pressure
— Hypertensive disease
— Pulmonary congestion & hypostasis (CHF)
— Electrolyte/fluid abnormality
— Tachycardia/palpitation
— Ischemic heart disease (hx MI)
— Dizziness
— Other

**4    CHEST XRAY:**
— Existing pulmonary disease (asthma  COPD  etc )  Specify
— Existing cardiac disease (hypertension  CHF  etc )
— Internal injury
— Fever
— Cough
— Disorders of bone & cartilage (arthritis)
— Other

**5    Antibiotic:**

**6    NPO after midnight**

**7    ☐ TED or ☐ SCD hose prior to surgery**

**8    Other Orders**

**9    Anesthesia Consult    ☐ YES    ☐ NO**

Signature _____

PRINTED BY: b19310          DATE 9/21/2004

# PRISON H   L   H SERVICES: AUTHORI   T   N LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Martin, Marlon | **Inmate Number:** | 225145MA |
| **Service Authorized:** | Office Visits: Op Orthopedics Referral | **Effective Dates:** | 09/21/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Kilby Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14211720 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| The consulting physician should complete this section. The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility. |
|---|
| **Clinical Summary or Attached Report** |
| |
| |
| |
| |
| |
| **\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\*** |
| |

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By Medical Director: | Date | Time |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SHORT STAY RECORD 23

### (To be used in case infirmed 23 hrs or less)

Temp _98°_   Pulse _88_   Resp _20_   B/P _112/88_   Weight _____   Height _____

Admission Date: _9·20·04_

**HISTORY OF PRESENT ILLNESS:**
ACL Repair

**PHYSICAL EXAMINATION:**

General Appearance _Normal_         H - E - E - N & T _____

Heart _RRR_                          Lungs _Clear_

Abdomen _Soft, non distended_        Bones, Joints, Extremities _____

Neurological _____         Skin _WNL, contact dermatitis_

**LABORATORY & X-RAY:** Ø

**CONDITION ON DISCHARGE:** _Stable_

**DISCHARGE INSTRUCTIONS:** _use crutches as Directed_

**FINAL DIAGNOSIS:** _S/P Knee Surgery ACL Repair_

Discharge Date: _9/23/04_      _N. Holly_
                              Signature of Attending Physician

| NAME | ADC# | ROOM NO. | HOSP. NO. | ATTENDING PHYSICIAN |
|------|------|----------|-----------|---------------------|
| Martin, Malon | 225145 | M04 | | Dr. William |

70048 (5/92)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9.20.04

**To:** ~~Elmore~~ DCC

**From:** SHU

**Inmate Name:** Martin, Marlon          **ID#:** 225145

**The following action is recommended for medical reasons:**

1.   House in _____

2.   Medical Isolation _____

3.   Work restrictions _____

4.   May have extra _____until _____

5.   Other _____

**Comments:**

May remove to rest & shower on M, W, F, (Knee immobilign) / Toe touch
weight bearing c crutches / Bottom Bunk profile / No standing greater
than 10 mins. X 6 wks

**Date:** 9.20.04   **MD Signature:** _____ Smullen Jr **Time:** 2000

60418



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# DAILY PATIENT ASSESSMENT SHEET

Date 9-19-04 → 9-20-04

| | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| Time | | 2:30 | | |
| Assessed by (initials): | | R | | |

| RESPIRATORY | Quality | | | | |
|---|---|---|---|---|---|
| | Normal | ✓ | | | |
| | Shallow | | | | |
| | Deep | | | | |
| | Labored | | | | |
| | Rate - WNL | ✓ | | | |
| | Slow | | | | |
| | Rapid | | | | |
| | Sounds - Clear | ✓ | | | |
| | Abnormal | | | | |
| | Cough - Productive | | | | |
| | Non-Productive | | | | |
| | Humidified O2 Therapy | | | | |
| | L/Minute | | | | |
| | Incentive Spirometer | | | | |
| | Suctioning-Oral/NI/Trach | | | | |

| ABDOMEN | Abdomen soft & nondistended | ✓ | | | |
|---|---|---|---|---|---|
| | Abnormal | | | | |
| | Bowel sounds - Active | | | | |
| | Abnormal | | | | |
| | Pain-Tenderness | | | | |

| PULSE/RATE | Regular | ✓ | | | |
|---|---|---|---|---|---|
| | Irregular | | | | |
| | Strong | ✓ | | | |
| | Weak | | | | |
| | Apical | | | | |
| | Radial | ✓ | | | |

| REFERRALS | Patient Teaching | | | | |
|---|---|---|---|---|---|

| | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| Time | | 2:30 | | |
| Assessed by (initials): | | R | | |

| TUBES AND DRAINAGE | | | | | |
|---|---|---|---|---|---|
| Wound healing s̄ inflammation | | | | | |

| WOUNDS/ULCERS/DRESSINGS | Dressing Dry & Intact | ✓ | | | |
|---|---|---|---|---|---|
| | Dressing Changed | | | | |
| | Size | - | | | |
| | Type | Acur ✓ | | | |
| | Location | Rt Lg ✓ | | | |

| TREATMENTS | | | | | |
|---|---|---|---|---|---|

| I.V. THERAPY | Bottle #/Rate | | | | |
|---|---|---|---|---|---|
| | Site and Rate checked every two hours | | | | |

| NURSE'S SIGNATURE: | RN | 11-7 | | LPN | 11-7 | | | 11-7 | |
|---|---|---|---|---|---|---|---|---|---|
| | | 7-3 | | | 7-3 | | | 7-3 | |
| | | 3-11 | | | 3-11 | | | 3-11 | |

PHS-MD-70055



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# DAILY PATIENT ASSESSMENT SHEET

| Date | 9-19-04 |
|---|---|

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 0700 | 845 A | 6:30 Pm | | Time | 0700 | 845 A | 6:30 Pm |
| | Assessed by (initials): | AJ | EF | AB | | Assessed by (initials): | AJ | EF | AB |

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| **RESPIRATORY** | Quality | | | | **TUBES AND DRAINAGE** | | | | |
| | Normal | ✓ | ✓ | ✓ | | | | | |
| | Shallow | | | | | | | | |
| | Deep | | | | | | | | |
| | Labored | | | | | | | | |
| | Rate - WNL | ✓ | ✓ | ✓ | | | | | |
| | Slow | | | | | | | | |
| | Rapid | | | | | | | | |
| | Sounds - Clear | ✓ | ✓ | ✓ | | | | | |
| | Abnormal | | | | | Wound healing s̄ inflammation | | | |
| | Cough - Productive | | | | **WOUNDS/ULCERS/DRESSINGS** | Dressing Dry & Intact | | | |
| | Non-Productive | | | | | Dressing Changed | | | |
| | Humidified O2 Therapy | | | | | Size | | | |
| | L/Minute | | | | | Type | | | |
| | Incentive Spirometer | | | | | Location | | ✓ | ✓ |
| | Suctioning-Oral/NI/Trach | | | | | R. leg Ace Wrap immobilizer | | | |
| **ABDOMEN** | Abdomen soft & nondistended | ✓ | ✓ | ✓ | **TREATMENTS** | | | | |
| | Abnormal | | | | | | | | |
| | Bowel sounds - Active | | | | | | | | |
| | Abnormal | | | | | | | | |
| | Pain-Tenderness | | | | | | | | |
| **PULSE/RATE** | Regular | ✓ | ✓ | ✓ | **I.V. THERAPY** | Bottle #/Rate | | | |
| | Irregular | | | | | | | | |
| | Strong | ✓ | | ✓ | | | | | |
| | Weak | | | | | | | | |
| | Apical | | | | | | | | |
| | Radial | ✓ | ✓ | ✓ | | | | | |
| **REFERRALS** | Patient Teaching | | | | | Site and Rate checked every two hours | | | |

| NURSE'S SIGNATURE: | RN 11-7 A. Jackson, R | 11-7 | | 11-7 | |
|---|---|---|---|---|---|
| | 7-3 E. Filler R | 7-3 | | 7-3 | |
| | 3-11 A. Boswell RN | 3-11 | | 3-11 | |

PHS-MD-70055



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# DAILY PATIENT ASSESSMENT SHEET

Martin, M.

Date 9-17-04 → 9-18-04

| | | 11-7 | 7-3 | 3-11 | | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Time | 2200 | 935 | 7PM | | | Time | 2200 | 935 | 7PM |
| | Assessed by (initials): | A | EJ | AB | | | Assessed by (initials): | AK | EJ | AB |

| | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| **RESPIRATORY** | Quality | | | |
| | Normal | ✓ | ✓ | ✓ |
| | Shallow | | | |
| | Deep | | | |
| | Labored | | | |
| | Rate - WNL | ✓ | ✓ | ✓ |
| | Slow | | | |
| | Rapid | | | |
| | Sounds - Clear | ✓ | ✓ | ✓ |
| | Abnormal | | | |
| | Cough - Productive | | | |
| | Non-Productive | | | |
| | Humidified O2 Therapy | | | |
| | L/Minute | | | |
| | Incentive Spirometer | | | |
| | Suctioning-Oral/Nl/Trach | | | |
| **ABDOMEN** | Abdomen soft & nondistended | ✓ | ✓ | ✓ |
| | Abnormal | | | |
| | Bowel sounds - Active | | | |
| | Abnormal | | | |
| | Pain-Tenderness | | | |
| **PULSE/RATE** | Regular | ✓ | ✓ | ✓ |
| | Irregular | | | |
| | Strong | ✓ | | |
| | Weak | | | |
| | Apical | | | |
| | Radial | ✓ | ✓ | ✓ |
| **REFERRALS** | Patient Teaching | | | |

| | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| **TUBES AND DRAINAGE** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Wound healing s̄ inflammation | | | |
| **WOUNDS/ULCERS/DRESSINGS** | Dressing Dry & Intact | | ✓ | ✓ |
| | Dressing Changed | | | |
| | Size | | | |
| | Type | | | |
| | Location | | | |
| | Rt leg immob lize | ✓ | ✓ | ✓ |
| **TREATMENTS** | PRN | | | |
| | | | | |
| | | | | |
| | | | | |
| **I.V. THERAPY** | Bottle #/Rate | | | |
| | | | | |
| | | | | |
| | Site and Rate checked every two hours | | | |

| NURSE'S SIGNATURE: | RN 11-7 | | LPN 11-7 | D. Morgan | 11-7 | |
|---|---|---|---|---|---|---|
| | 7-3 | E. Teller, RN | 7-3 | | 7-3 | |
| | 3-11 | R. Boswell PRN | 3-11 | | 3-11 | |

PHS-MD-70055

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Draprior | |
|---|---|---|---|
| 8/17/04 | 3:10 AM ☑PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY<br>☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION<br>☑GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 97.8 | ORAL<br>RECTAL | RESP. 20 | PULSE 66 | B/P 120, 80 | RECHECK IF SYSTOLIC<br><100> 50 ___/___ |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S - Body Chart p̄ FWA

O - AA0x3 Skin w/o Resp c̄ ease. No Bruises or inflammation noted ∅ s/s of Distress or Discomfort

| | ABRASION /// | CONTUSION # | BURN ˣˣ ˣˣ | FRACTURE ᶻ ᶻ | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

A - Body Chart

P - Doc

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 8/17/04 | TIME 3¹⁵ AM ☑PM | RELEASE / TRANSFERRED TO<br>☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE<br>☑ SATISFACTORY ☐ POOR<br>☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE ___ LPN | DATE 8/17/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)<br>Martin, Marlon | | DOC# 225148 | DOB 12/17/76 | R/S B/M | FAC. DCC |
|---|---|---|---|---|---|

# EMERGENCY

| ADMISSION DATE 8/17/04 | TIME 3:10 AM (PM) | ORIGINATING FACILITY _Draper_<br>☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ _____ | ☐ SICK CALL  ☐ EMERGENCY<br>☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES  _NKA_

CONDITION ON ADMISSION  ☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP  _97.8_  ORAL / RECTAL    RESP. _20_    PULSE _106_    B/P _120, 80_    RECHECK IF SYSTOLIC <100> 50  _/_

**NATURE OF INJURY OR ILLNESS**

S - Body Chart p̄ FWA

O - AAOx3 Skin w/d. Resp c̄
EASE. No Bruises or inflam-
mation noted ∅ S/S of
distress or discomfort

**PHYSICAL EXAMINATION**

A - Body Chart

P - DOC

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 8/17/04 | TIME 3:15 AM (PM) | RELEASE / TRANSFERRED TO | ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE  _____ LPN | DATE 8/17/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

INMATE NAME (LAST, FIRST, MIDDLE)

Martin, Winston

| DOC# 225148 | DOB 12/17/76 | R/S B/M | FAC. DCC |
|---|---|---|---|

PHS-MD-70007



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY ADMISSION

INMATE NAME: _Marton  Marlon_     DOC# _225145_

ADMISSION DATE: _17Sep04_

ADMITTING DIAGNOSIS: _(R) Ach Repair ?_

ADMITTING PHYSICIAN: _____

ESTIMATED LENGTH OF STAY: _unknown_

PHS-MD-70050



E0425900082    MARTIN,MARLON
DOB: 12/17/70  Age:33Y   MR #:252322
Admit Date/Time: 09/15/04  0737A
2015 CHUNG,TAI Q



**PHYSICIAN'S ORDERS**

Height:_____

Drug Sensitivities and Allergies    ❑ NKDA    ❑ Yes, list: _____

| DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE |
|---|---|---|---|---|---|---|---|
| 'u' or 'U' | Unit | MS, MSO4 MgSO4 | Spell out words | TIW | Spell out words | Per os or OS | Spell out by mouth/oral |
| IU | International Unit | .Xmg | 0.Xmg | µg | microgram | BT | Spell out Bedtime |
| QD/QOD | Spell out words | X.0 mg | 'X' mg | AD, AS, AU | Spell out words | QN or qn | Spell Out Nightly or at Bedtime |

| Date | Time | |
|---|---|---|
| 9/17/04 | 100P | ① D/Charge |
| | | c̄ give the following orders to his attendants. |
| | | to return to the facility |
| | | ① Toe touch weight bearing on (R) leg |
| | | ② may be out of knee immobilizer to move knee — |
| | | Keep immobilizer on when up. |
| | | ③ Change dressing pr— |
| | | ④ Vicodin Ti q 5-6h p pain |
| | | ⑤ Ice to the knee pr— |
| | | ⑥ follow up in Ti wk c̄ x-r (R) knee |
| | | MSL [signature] |

Physician Signature:

DO NOT WRITE BELOW THIS LINE



PH 350



Form #PH 35001    Revised 3/24/0

**PHS**

## DEMOGRAPHICS

*Include this Authorization Letter to the service provider at the time of the Appointment*

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Kilby #340 | *Martin Marlon* | 09.17.04 |
| **Site Phone #** | Alias: (Last, First) | **Date of Birth: (mm/dd/yy)** |
| 334-215-6706 | | 12.17.70 |
| **Site Fax #** | Inmate # | **PHS Custody Date: (mm/dd/yy)** |
| 334-215-9126 | *225145* | / / |
| Will there be a charge? ☐ Yes ☐ No   Sex ☐ Male ☐ Female | SS Number | **Potential Release Date: (mm/dd/yy)** / / |

Responsible party: ☐ PHS ☐ Auto Ins. ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans) ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

Requesting Provider: *Dr Chung* ☐ Physician ☐ NP, PA ☐ Dental

Facility Medical Director Signature and Date:

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.
- ☐ Office Visit (OV)
- ☐ X-ray (XR)
- ☐ Scheduled Admission (SA)
- ☐ Outpatient Surgery (OS)
- ☐ Dialysis (DA)
- ☐ Routine
- ☐ Urgent

Estimated Date of Service (mm/dd/yy): 10.01.04
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: ☐ Radiation Therapy ☐ Chemotherapy
Number of Visits/Treatments: _____ ☐ Other:

Specialist referred to:

Type of Consultation, Treatment, Procedure or Surgery:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**

*S/P ACL Repair (R) leg*

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
- ☐ Alternative Treatment Plan (explain here):
- ☐ More Information Requested: (See Attached)
- ☐ Resubmitted with requested Information.
- ☐ Offsite Service Recommended and Authorized
- Date resubmitted: ____/____/____

Regional Medical Director Signature, printed name and date required:

---

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cost Type: | Mod Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

**Baptist** HEALTH    **DISCHARGE INSTRUCTIONS**

| Patient Information | |
|---|---|
| Date: 9-17-04 | Discharged to: ☑ Home  ❑ Home with Home Health  ❑ Assisted Living |
| | Home with equipment:  ❑ Wheelchair ❑ Cane ❑ Walker ❑ Crutches ❑ Oxygen ❑ Other_____ |

## DISCHARGE INSTRUCTIONS:

- Diet: ☑ Regular ❑ Special: _____
- Activity per physician's instructions. Call physician if you have questions.
- Treatment to continue at home: See orders. (ice pk, to knee prn. Change drsg prn)
  immobilizer on when up. Toe touch /weight bearing on Rt. leg
- Physician pre-printed instructions reviewed and provided.
- Other pre-printed instructions provided: (list)_____

## FOLLOW-UP APPOINTMENT(S):

Dr. Chung 2 wks. c̄ X-ray Rt. Knee ____ Date_____ Time_____ ❑ AM ❑ PM

Dr. _____ Day_____ Date_____ Time_____ ❑ AM ❑ PM

| VACCINATIONS | TARGET EDUCATION |
|---|---|
| Patient up to date on: | ❑ Smoking cessation   ❑ Low-molecular weight heparin |
| ❑ Flu Vaccine (October - March) **If No:** ❑ administered ❑ contraindicated | ❑ Coumadin  ❑ Insulin  ❑ Pain medication |
| ❑ Pneumonia Vaccine (within the last 5 years) **If No:** ❑ administered | |

## NEW MEDICATIONS

❑ **Education for new medications provided**        ❑ **Prescriptions given (if applicable)**

| Drug Name | Dose | Frequency | Prescription Given | Education Provided |
|---|---|---|---|---|
| 1. Vicodin | 2 | q4 hrs. prn | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

## CONTINUE THESE MEDICATIONS:

| Drug Name | Dose | Frequency | Drug Name | Dose | Frequency |
|---|---|---|---|---|---|
| 1. | | | 6. | | |
| 2. | | | 7. | | |
| 3. | | | 8. | | |
| 4. | | | 9. | | |
| 5. | | | 10. | | |

Time of Discharge:_____ ❑ a.m. ☑ p.m.  Method of Discharge: ☑ Wheelchair ❑ Stretcher ❑ Carried (Infant) ❑ Other_____

I understand the above instruction(s). I have received my personal belongings, home medication(s), follow-up instructions and prescriptions (if applicable.)

Nurse:  (LAW)                          Date 9-17-04

Patient/Patient Rep. _____                          Date_____

DATE: _17Sep04_ PATIENT: _Marton, Marlon_

## KEY/DIRECTIONS:

| ✓ | Assessment done; No changes found within established criteria. | # | Notation in progress notes (indicate in signature/title block) |

| * | Assessment done; changes found outside established criteria, details in progress notes. | PC | Assessment done; changes found outside established criteria; secondary to pre-existing condition. |

### PHYSICAL ASSESSMENT:

|  | 7-3 | | | 3-11 | | | 11-7 | | |
|---|---|---|---|---|---|---|---|---|---|
|  | TIME | SYMBOL | INITIAL | TIME | SYMBOL | INITIAL | TIME | SYMBOL | INITIAL |
| NEUROLOGICAL (A/AO, MEMORY INTACT, PEARL, ACTIVE ROM TO ALL EXTREMITIES, SPEECH CLEAR) | | | | | | | | | |
| NEUROVASCULAR (SKIN WARM, DRY, PINK + PERIPHERAL PULSES PALPABLE, NO EDEMA, + SENSATION) | | | | | | | | | |
| RESPIRATORY (RATE 10-20 B/MIN AT REST, QUIET, REGULAR, CLEAR SPUTUM, PINK NAILBEDS, NORMAL BREATH SOUNDS) | | | | | | | | | |
| CARDIOVASCULAR (S₁ S₂ AUDIBLE, + APICAL PULSE, HR REGULAR, VSS; SKIN WARM/DRY) | | | | | | | | | |
| GASTROINTESTINAL (ABDOMEN SOFT, + BOWEL SOUNDS IN ALL FOUR QUADRANTS) | | | | | | | | | |
| GENTIOURINARY (URINE CLEAR, YELLOW TO AMBER, NO PAIN, VOID) (NO VAG/PENILE DISCHARGE) | | | | | | | | | |
| INTEGUMENTATION (NO RASHES, NO BREAKDOWN, NO RED AREAS) | | | | | | | | | |
| MUSCULOSKELETAL (NO JOINT SWELLING/TENDERNESS /WEAKNESS) | | | | | | | | | |
| PSYCH/SOCIAL (APPEARANCE, BEHAVIOR, VERBALIZATION APPROPRIATE TO SITUATION) | | | | | | | | | |
| PAIN (IF RELIEVED BY MEDS, INDICATE IN PROGRESS NOTES) | | | | | | | | | |

### IV THERAPY: TYPE

HL-HEPLOCK   C-D-INT. JUGULAR
IV-INTRAVENOUS   #15-16 - EXT. JUGULAR
A-B-CVP


RIGHT LEFT LEFT RIGHT
ANTERIOR POSTERIOR

| | 7-3 | 3-11 | 11-7 |
|---|---|---|---|
| SITE #1 | | | |
| TYPE | | | |
| CONDITION | | | |
| SITE #2 | | | |
| TYPE | | | |
| CONDITION | | | |
| TIME DRESSING CHANGED | | | |
| TIME TUBING CHANGED | | | |
| RESTART: CATH GAUGE | | | |
| TIME | | | |
| LOCATION # | | | |
| **INCISIONAL/WOUND CARE:** | | | |
| LOCATION/IDENTIFY SITE | | | |
| SUTURES/CLIPS | | | |
| DRAINS, TYPE | | | |
| DRAINAGE TYPE | | | |
| TIME DRSG. CHANGED | | | |

SIGNATURES/TITLES:

## PATIENT CARE NOTES

PHIL-110

**PHS**

## DEMOGRAPHICS

| | |
|---|---|
| Site Name & Number: Kilby #840 | Patient Name: (Last, First) Martin, Marlin |
| Site Phone # 334-215-6706 | Date: (mm/dd/yy) 09/20/04 |
| Site Fax # 334-215-9126 | Alias: (Last, First) |
| | Date of Birth: (mm/dd/yy) 12/17/70 |
| Will there be a charge? ☑ Yes ☐ No | Inmate # 225145 |
| Sex ☑ Male ☐ Female | PHS Custody Date: (mm/dd/yy) / / |
| | SS. Number |
| Responsible party: ☑ PHS ☐ Auto Ins. | Potential Release Date: (mm/dd/yy) / / |
| ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) | |
| ☐ Other, be specific (Excludes Medicare and Medicaid) | |

## CLINICAL DATA

Requesting Provider: ☑ Physician  ☐ NP, PA  ☐ Dental

Dr Chong

Facility Medical Director Signature and Date:

Mike Robbins

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)
☐ Outpatient Surgery (OS)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Routine   ☐ Dialysis (DA)
☐ Urgent

Estimated Date of Service (mm/dd/yy) / /

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:
Number of Visits/Treatments: _____
☐ Radiation Therapy
☐ Chemotherapy
☐ Other: _____

Specialist referred to:

Type of Consultation, Treatment, Procedure or Surgery:

Ortho f/u in 2wks
Per Dr robbins 10/04/04

☐ Pertinent Documents have been attached and faxed.

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested Information.

☐ Offsite Service Recommended and Authorized

Date resubmitted: / /

Regional Medical Director Signature, printed name and date required:

---

History of Illness/Injury/symptoms with Date of Onset:

S/P ACL Repair
(R) leg

Results of a complaint directed physical examination:

Previous treatment and response (including medications):

***For security and safety, please do not inform patient of possible follow-up appointments***

---

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | | |
|---|---|---|
| | Mod Class: | UR Auth #: |

UM Referral review form 2-05-2004

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 09/30/04

**To:** ICS office

**From:** PHS - Glenda Tyree Lpn

**Inmate Name:** MArtin, MArlon            **ID#:** 225145

**The following action is recommended for medical reasons:**

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra _____
5.  Other _____ until _____

**Comments:**

Discharge to Doc - Return to prior
facility
_____
_____
_____

**Date:** 09/30/04   **MD Signature:** V.O. Dr Robbins / Tyree G   **Time:** _____

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 09/20/04

To: ICS Office

From: PHS - Glenda Tyree /p

Inmate Name: MARtin, MARlon          ID#: 225145

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____

5.  Other _____ until _____

**Comments:**

Use Crutches X 2 per Dr Robbins

_____

_____

_____

_____

Date: 09/20/04   MD Signature: V.O. Dr Robbins / Tyree L   Time: _____

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 09/20/04

**To:** ICS Office

**From:** PHS - Glenda Tyree Lpn

**Inmate Name:** Martin, Marlon          **ID#:** 225145

## The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____
5. Other _____ until _____

**Comments:**

Bottom Bunk Profile due to (R) leg per Dr Robbins, Limited Walking and Standing x 6 wks Starting 09/20 -11/01/04

**Date:** 09/20/04  **MD Signature:** Dr Robbins / G. Tyree lpn  **Time:** 07³⁵/A

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8/17/04

**To:** Draper

**From:** HCU

**Inmate Name:** Martin, Marlon    **ID#:** 225145

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____

5. Other _____ until _____

**Comments:**

No prolonged standing >20mins
x 180 days.

**Date:** _____  **MD Signature:** _D M Elinin_  **Time:** _____

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 7/23/04

To: Draper

From: HCU

Inmate Name: Martin Mort marlon    ID#: 225145

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions *No prolonged standing greater than 30 mins*

4. May have extra _____ ~~until~~ *until evaluated*

5. Other _____ *by orthopedist*

**Comments:**

*TORN ACL (R) Knee*

Date: 7/23/04    MD Signature: _Rose tu (NP)_    Time: 925

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 5/19/04

To: Draper

From: SHCU

Inmate Name: Martin, Marlin          ID#: 225145

**The following action is recommended for medical reasons:**

1.  House in
2.  Medical Isolation
3.  Work restrictions
4.  May have extra _____ until
5.  Other

**Comments:**

No prolonged standing >20min x 60 days

Date: 5/19/04    MD Signature: D. M. Arthur, P.A.    Time:

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 5/10/04

To: Draper

From: StCu

Inmate Name: Martin, Marlon     ID#: 225145

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _No prolonged standing > 20min X60days_

4. May have extra _____ until _____

5. Other _____

**Comments:**

Your MBI is Pending

Date: 5/10/04   MD Signature: D. McArthur, P.A / _____   Time: _____

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS
## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _MARLON MARTIN_ _225145_
   (Print Name)

(Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint

( ) Eyeglasses

( ) Dentures

( ) Prothesis   describe _Knee brace_

( ) Wheelchair

( ) Cane

( ) Crutches

(✓) Other   describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Marlon Martin_ _225145_
(Inmate)

_2-22-05_
(Date)

_J. Naughton LPN_
(Witness)

_2/22/04_
(Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| _Martin, Marlon_ | _225145_ | | _B/M_ | _Draper_ |

PHS-MD-70005

(White – Medical File, Yellow – Security Property Officer)

# Disciplinary Segregation Medical Documentation

| Initial Assessment | Vital Signs: | BP 130/86 | P 74/98² | R 20 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Signs of Trauma | ○ No ○ Yes | Describe: | |
| Medical/Mental Health Complaints | ○ No ○ Yes | Describe: | |
| Existing Medical/Mental Health Conditions | ○ No ○ Yes | Describe: | |
| Signature | | | |

2/1 MS

| Date/Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crying | | | | | | | | | | | | | | | |
| Signs of Trauma | | | | | | | | | | | | | | | |
| Oriented x's 3 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| Withdrawn | | | | | | ✓ | | | ✓ | ✓ | | ✓ | ✓ | | |
| Hostile/Angry | | | | | | | | | | | | | | | |
| Quiet | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | |
| Manic Behavior | | | | | | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | | | |
| Denies Complaint | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | | | |
| Nurse's Signature | | | | | | | | | | | | | | | |

**Comments (By Date)**

| Inmate Name M Arthur MAcllon | ID#/DOB | Race | Location |
|---|---|---|---|

**EMERGENCY/** _Spell_ **TREATMENT RECORD**
(OTHER)

| DATE 8/15/03 | TIME 11:40 (AM/PM) | FACILITY _Draper._ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☑ OTHER |

**ALLERGIES** NKA.

**CONDITION ON ADMISSION**
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.8 ORAL/RECTAL RESP. 20 PULSE 70 B/P 110/78 RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |

C: Having Problem c̄
Knees for awhile they
just give out. states
they grind and feel
there not strong enough.

**PHYSICAL EXAMINATION**

O: Slowly Amb. c̄ limp dragging
legs Ø edema Ø redness
noted Ø S/S of infection. Ace wrap to both knees.
good ROM noted no pain
on production. pedal pulses
bilat palp strong. Ø
open areas noted
A: Alteration in comfort.

**ORDERS, MEDICATION, etc.**

P - 1) Ace wrap reapplied
2) OTC meds pkg
3) warm compresses per self
4) sign up for sick call
5) TRO for review.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 8/15/03 | TIME (AM/PM) | RELEASE/TRANSFERRED TO ☑ DOC _Draper._ ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
| NURSE'S SIGNATURE | DATE 8/15/03 | PHYSICIAN'S SIGNATURE B. Nelson CRNP | DATE 8/18/03 | CONSULTATION |
| PATIENT'S NAME (LAST, FIRST, MIDDLE) Martin, Marlon | AGE 32 | DATE OF BIRTH 12/17/70 | R/S B/M | AIS # 225145 |

NC 041     ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

EMERGENCY/_____SHCU_____ TREATMENT RECORD
(OTHER)

| DATE 7-8-03 | TIME 315 AM/PM | FACILITY _Draper_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☑ OTHER |

ALLERGIES NKDA

| CONDITION ON ADMISSION |
| ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP. 97.4 (ORAL) RECTAL   RESP. 20   PULSE 80   B/P 110 84   RECHECK IF SYSTOLIC _____ < 100 > 50

**NATURE OF INJURY OR ILLNESS**

(S) "I just passed out"

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |

**PHYSICAL EXAMINATION**

(C) Brought to ER via stretcher, A+O×3, Skin W/D to touch, Resp neg distress, grip good, PERRL, & SCB, CCP, Ø slurred speech, Ø NAD ~ namely Slates - light-headed.

All alteration in comfort —

**ORDERS, MEDICATION, etc.**

(P) MD/CRNP to Review
① Increase fluids.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

Increase fluids ② any further problems sign up for sic

| RELEASE/TRANSFER DATE 7/8 03 | TIME 330 AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE M Barrett Rn | DATE 7/8/03 | PHYSICIAN'S SIGNATURE | DATE 7/8/03 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Marion, Marlene | AGE 32 | DATE OF BIRTH 12/17/70 | R/S BM | AIS # 225145 |

NC 041   ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

**EMERGENCY/ SHOULDER TREATMENT RECORD**
(OTHER)

| DATE 9-5-03 | TIME 5 AM/PM | FACILITY Draper ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☒ EMERGENCY ☐ OTHER |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION: ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 97 2 ORAL/RECTAL RESP. 16 PULSE 86 B/P 140/80 RECHECK IF SYSTOLIC <100 > 50
O2SAT 98% on RA

**NATURE OF INJURY OR ILLNESS**

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|

S - very numb from left right arm down whole right side into back been ongoing for about a month. before I get up and walk I have to massage my leg to get the circulation going in it.

**PHYSICAL EXAMINATION**

O - VSS, continuously waters fingers from numbness & walks well c̄ assistance when asked, inmate states it is "an annoying numbness that won't go away." finger tips have good cap refill, nail beds pink, fingers warm. left side has Ø S/S of problems.

**ORDERS, MEDICATION, etc.**

A&O x3 Ø memory loss noted. Ø difficulties speaking or swallowing.

A - EKG done alteration in comfort r/t numbness

P - notify MD of EKG and symptoms.

E - √ pill crall and sign up for sick call Sunday if Ø better

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 9 15 03 | TIME 500 AM/PM | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☒ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE KReann Gar | DATE 9-5-03 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Martin, Marlon | AGE 32 | DATE OF BIRTH 12/17/70 | R/S BM | AIS # 225/45 |
|---|---|---|---|---|

NC 041      ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT



09/05/2003   05:25:28 PM   marlin.marion
32 years     Male         Race: b

| | |
|---|---|
| Rate | 78 |
| PR | 160 |
| QRSD | 82 |
| QT | 351 |
| QTc | 400 |

--AXIS--
P    80
QRS  67
T    47

Normal sinus rhythm, rate 78.

NORMAL ECG -

Normal P axis, PR, rate & rhythm

BP: 140/80

Normal p axis, PR, rate & rhythm

Dept: outside
Room:
Oberg:

Requested by:
sonnier

PRELIMINARY-MD MUST REVIEW

**EMERGENCY/** _SHU_ **TREATMENT RECORD**
(OTHER)

| DATE 6/8/03 | TIME 3⁴ 7² AM/PM | FACILITY _DCC_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☑ OTHER |

**ALLERGIES** _NKA_

**CONDITION ON ADMISSION**
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _100.0_ ORAL/RECTAL RESP. _20_ PULSE _100_ B/P _112/76_ RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |

Ⓢ Body Chart per DOC

"my bottom lip is Cut"

Escorted by officers Boyd and Woods

**PHYSICAL EXAMINATION**

Ⓞ Very small laceration to lower lip – Ø bleeding @ this time – Ø bruising or swelling – NDN

Ⓐ Body Chart

**ORDERS, MEDICATION, etc.**

Ⓟ Release to DOC
laceration to lip cleaned c̄ H₂O₂ and TAO applied - left open to air

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 6 / 8 / 03 | TIME ⓪3 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE B Buck Lpn | DATE 6/8/03 | PHYSICIAN'S SIGNATURE B Helms clms | DATE 6-9-03 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Mosley, Anthony | AGE 18 | DATE OF BIRTH 7/31/84 | R/S W/M | AIS # 215522 |

NC 041          ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# ALABAMA DEPARTMENT OF CORRECTIONS

## RECEIVING SCREENING FORM

ate's Name: _Marlon Martin 225145_    Date: _12/23/2005_ Time: _11:40 am_

B: _12-17-70_ Officer: _CS_    Institution: _DCC_

### Booking Officer's Visual Opinion

|  | Yes | No |
|---|---|---|
| Is the inmate conscious? | ✓ | |
| Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| Does the inmate have any obvious physical handicaps? | | ✓ |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| | Yes | No |
|---|---|---|
| Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | ✓ |
| Are you on any special diet prescribed by a physician? (if YES, what type?) | | ✓ |
| Do you have a history of venereal disease or abnormal discharge? | | ✓ |
| Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | | ✓ |
| Have you ever attempted suicide? | | ✓ |

f YES, When? _____ How? _____

DEPARTMENT OF CORRECTIONS
PATIENT CONSENT TO TREATMENT FORM

_Marlon Martin_
Name of Patient

_31_
Age

_12-11-02_
Admission date/time

Name and Address of Spouse or Parent

1. I hereby authorize the Department of Corrections, its contracted employees, agents, physicians, dentists, psychiatrists and/or such assistants as may be selected by him/her to treat the condition(s) which appear indicated by the diagnostic studies already performed.

2. Should surgical or diagnostic procedure(s) become necessary, I will be informed of them with regard to alteration modes of treatment, the risks involved, and the nature of the procedure(s) to be done.

3. This in no way constitutes a warranty or guarantee that my present condition will be cured; the Department of Correction, its contracted staff and employees, will provide with the best possible care available, but no assurance of cure is to be assumed.

4. I sign this willingly and voluntarily in full understanding of the above, and in so doing I release the Department of Correction, its directors and officers, its contracted staff employees, agents, and physicians from any and all liability which may arise from this action, whether or not foreseen at present.

_R. T_
Witness

Witness

_Marlon Martin_
Patient Signature

_12-11-02_
Date

F-83

## ACCESS TO HEALTH CARE SERVICES @ KILBY

All inmates have access to healthcare 24 hrs. a day, 7 days a week. Treatment for routine health services complaints is processed through nurse sick call. You must complete a sick call screening form for requested health care evaluation.

Various doctor's clinics are held in the health unit Monday through Friday. If you are scheduled to be seen in a clinic you will be advised by facility daily newsletters routinely post notices of who is to report when and where for health care services. If you complete a sick-call form, please report to sick call the next business day, no later then 5:30am. Routine sick call will not be posted in the newsletter, but D.O.C. has a log of who has signed up for sick call.

If you request health services and do not show for evaluation you must sign a refusal of treatment form. If a health services appointment/clinic or treatment has been set for you and you do not show you will also have to sign a refusal of treatment for. This is to let us know you have decided you are okay and no longer need to see us.

Nurses are in house twenty-four hours a day seven days a week for rontine health services and programs. Nurses are also available for emergency care. Doctor's are on call twenty-four hours a day seven days's a week.

In-house medical staff reviews medical services requested over the weekend and on holidays. If your request is noted to be of a nature that will not wait until the next regularly scheduled evaluation (triage) time, you will be called to the health unit for further follow-up during this time period other wise your request will be held until the next regularly scheduled evaluation process.

Medical emergencies such as those involving intense pain, potential life threatening situations or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest correctional officer of an emergency so prompt access to health services is provided.

Medications ordered for you by health services are to be picked up at the scheduled pill call/s established as the Doctor has ordered for you. If you fail to pick-up medications as expected you will be called for counseling. If you continue to fail to pick-up your medications you will be required to sign a refusal of treatment form.

Remember that health services are a joint effort between the patient and the health car provider. We expect you to help us help you.

Fee for services. You truly understand that no one would be denied access to health services because they are unable to pay the $3.00 co-pay fee. You will be seen and services will be provided that are appropriate and deemed necessary. Health services staff

provider. A nurse visit or doctor visit charge of $3.00 is the co-pay fee. If you do not have money in your PMOD account and you are accessed a charge you will have a negative balance in your until this is cleared. A negative balance will follow you from institution to institution upon transfer. When you seek health services you will be asked to sign the co-pay signature sheet. If it is deemed that you indeed do not owe for services your account will not be charged and if a false charge is made you will be refunded. Again we do have money and are eligible to be charged the co-pay fee this will occur. If the health unit initiates the request for you to be seen there is no charge.

Educational in-services are routinely scheduled. Please attend and participate. Notice of in-services topics, dates and times will be published and posted in advance.

Complaints against health care are attempted to be resolved as soon as possible and as reasonably as possible. You may obtain a complaint form from the same place you obtain sick call request slips and you may return these where you return your sick call request slips. If your complaint is not resolved when health services person speaks with you, you may file a grievance. This form will be given to you by the health person that has attempted to resolve the complaint. A complaint form must be initiated before a grievance form can be completed.

Let your family and loved one's know health services will not disclose your medical care through conversations with them. If we are contacted you should know that we will review your health records but will have to let them know what you feel they should know about you. Understand, we will assure your family and loved one's you have health services available. We will also tell them that they must go through you or the Department of Corrections fro release if information and that you must go through the appropriate procedures and access health services and also follow medical service recommendations. Be compliant with the health services ordered for you by your health providers.

If you have had health services outside the prison setting and we do not have these records you will need to sign release of records forms so we can obtain copies for placement in your institutional health record.

A physical is begun on you upon your arrival into the prison system. You will be notified yearly thereafter when you next physical is scheduled.

Mental health services dental services; medical services, chronic care clinics and many other health services are available. We wish you a healthy stay. If you need medical services we want you to understand how these services are obtained.

Certain over the counter medications are available to you through canteen purchase. Medical service is not involved in canteen operations.

We follow our orders when dispensing medication-dose time. If over the counter medication is given by health services it is through the order of a doctor.

Population pill call at this institution are scheduled as listed below. If you have medication ordered report to the pill call your medication is to be dispensed at.

3:00AM

9:00AM

3:00PM

6:00PM

segregation lock-up pill call times are as listed below. Your medication will be issued to you on medication rounds.

3:00 AM

8:00 AM

2:30PM

If you have a question request an answer.

_____ 12-11-02
INMATE SIGNATURE/ DATE

_____
WITNESS SIGNATURE/DATE

# RECEIVING SCREENING FORM

INMATE'S NAME: _Martin, Marlon_          DATE: _12/10/04_ TIME: _9:00 Am_

DOB: _12-17-70_   OFFICER: _D. Dunon_ INSTITUTION: ___KILBY___

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| Does the inmate have any obvious physical handicaps? | | ✓ |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was ____✓____ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit

_____
Officer's Signature

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

HEALTH CARE UNIT
PATIENT INFORMATION SLIP

Draper

_____
INSTITUTION

NAME  Martin, Marlow

NUMBER  225/45    R/S

Lay-In for _____ days from _____ due to _____
                         (date)              (date)

to _____
   (date)

Instructions: _Walk step leg - in due to_
_T temp_

Failure to follow the directions above may result in a disciplinary.

Date Issued  12/17/03

Signature  Dr. _____

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

Kilby

**INSTITUTION**

Martin , Marlon                225145    Bm
**NAME**                        **NUMBER**    **R/S**

Lay-in for _____ days from _____ to

_____ (date)

_____ due to _____

(date)

**Instructions:** Come to OPC at 6am weekdays and westward on the weekends × 7days

_____

*Failure to follow the directions above may result in a disciplinary.*

12/13/02                          V. O. A. Lowery creag
**Date Issued**                   **Signature**
                                  R. Haney rn

F-53

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

60130 (10/98)

## Special Diet Request

Inmate's Name: _Marin, Marlon #225745_    Date: _6/28/06_

Housing Location: _Station_

Type of Diet: _Double Protein Diet_

Start Date: _6/28/06_    Stop Date: _6/28/07_

Special Instructions (if needed): _____

Date Requested: _6/28/06_    Signature: _[signature]_

(White - Kitchen Copy, Yellow - Patient File Copy)