IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARLON MARTIN, #225145, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-573-MHT |
| | ) | |
| PRISON HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

### AFFIDAVIT OF DR. PAUL CORBIER

My name is Dr. Paul Corbier, and I am a licensed physician in the state of Alabama. I am currently employed as a physician for Prison Health Services at Staton Correctional Facility. I am familiar with the treatment received by Marlon Martin while at Staton Correctional Facility during the times outlined in this lawsuit.

We have a medical file on each inmate, which contains all of the medical records on the inmate. The inmates seek medical treatment by coming to sick call. Sick call is held every day. If an inmate comes to sick call, a record is made of his complaint and it is placed in his medical file. The nurse who sees the inmate may treat him, or if the nursing assessment reveals the inmate needs a physician, he/she will arrange for him to see the physician. If the physician does not see the inmate, the physician reviews the treatment that was rendered to make certain that it was appropriate. The physicians place their progress notes in the file. When the physician refers the inmate to outside physicians for surgery or specialist care, the records of the referral and the records of the specialist are placed in the medical file.

This medical file indicates that Marlon Martin was seen at Baptist Medical Center on September 15, 2004 for surgical repair of a right knee ACL tear. Following the surgery, Mr. Martin was given a bottom bunk profile and crutches to use for two weeks. He was seen for a follow-up visit on September 20, 2004, and was noted to be in stable condition.

On January 4, 2005, Mr. Martin completed a Sick Call Request, at which time he complained of blurred vision in his right eye. Our medical records indicate that on January 11, 2005, Mr. Martin was referred by Dr. Winfred Williams to Dr. Bradford for an ophthalmology evaluation. Mr. Martin saw Dr. Bradford on January 28, 2005. He was again seen for eye complications on April 22, 2005.

On February 25, 2006, Mr. Martin completed a Sick Call Request, at which time he complained that his lower back and arms were stiff, and requested that he be given muscle relaxers. He was instructed to take hot showers to relieve the muscle stiffness, and was referred to HCU for review. The records indicate that Mr. Martin was given prescriptions for Naprosyn, medication used to treat muscle aches, on March 2, 2006 and again on March 18, 2006. On March 28, 2006, Mr. Martin completed another Sick Call Request, this time complaining that the Naprosyn was not working, and requested a different medication for his muscle stiffness. On April 18, 2006, he was taken off Naprosyn and put on Baclofen, which is used to treat muscle tightness and cramping.

On April 24, 2006, Mr. Martin was seen complaining that Baclofen made him lightheaded, and requested a different medication. The records indicate that on April 26, 2006, his prescription for Baclofen was discontinued. May 25, 2006, he was prescribed a muscle relaxer known as Robaxin, and was allowed to purchase a pair of state-issued tennis shoes. On June 29, 2006, he was also given a double portion diet for 365 days.

I am familiar with the standard of care for treatment of individuals such as Marlon Martin. The physicians and the staff of Prison Health Services met the standard of care in delivering services to him in this matter.

Paul Corbier, M.D.

STATE OF ALABAMA                    )
COUNTY OF _E LMoRE_                 )

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that **Dr. Paul Corbier,** whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand this the _7th_ day of _August_____, 2006.

Notary Public

SEAL                                My Commission Expires: _12-06-08_