IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARLON MARTIN, | ) |
| PLAINTIFF, | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 2:06-CV-00573-WC |
| PRISON HEALTH SERVICES, INC., | ) |
| DEFENDANTS. | ) |

RECEIVED
2006 DEC 12 A 10: 26
P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**MOTION TO HOLD IN ABEYANCE**

Comes Now, the Plaintiff, Marlon Martin (Hereinafter, "Martin"), in the above-styled cause and requests the Court to hold this action in abeyance for the next 30 days. In support thereof the following is submitted:

1. Martin will be released from prison on or about December 18, 2006, and will be in better position to ligitate this matter and to seek out counsel to aid in this matter.

**WHEREFORE, PREMISES CONSIDERED**, Martin prays that this Honorable Court will grant this motion and hold this matter in abeyance for the next 30 days.

Respectfully submitted,

_/s/ Marlon Martin_
Marlon Martin, Pro Se

## CERTIFICATE OF SERVICE

I, Marlon Martin, do hereby certify that a true copy of the foregoing MOTION TO HOLD IN ABEYANCE has been served on the Defendant, by placing same in the prison mailbox at Staton Correctional Facility for US mailing postage prepaid and properly addressed on: December/07/06

Clerk of Court
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL. 36101-0711

Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway
Suite 600
P.O. Box 530790
Birmingham, AL. 35253-0790

_____
Marlon Martin, Pro Se
#225145-
P.O. Box 56
Elmore, AL. 36025-0056

2