IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARLON MARTIN, #225145, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-573-WC |
| | ) | |
| PRISON HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to hold case in abeyance filed by the plaintiff on December 12, 2006 (Court Doc. No. 11), and as such action is not warranted, it is

ORDERED that this motion be and is hereby DENIED.

Done this 13th day of December, 2006.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE