IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

| | |
|---|---|
| MARLON MARTIN, #225145 | ) |
| PLAINTIFF, | ) CIVIL ACTION NO: 2:06-CV-573-WC |
| VS. | ) |
| PRISON HEALTH SERVICES, INC., DEFENDANT | ) |

## NOTICE OF CHANGE ADDRESS

**Come now**, Marlon Martin, Plaintiff (pro-se) and do hereby give unto this Honorable District Court for the Middle District of Alabama Nothern Division and its Honorable Circuit Court Clerk notice of address change as of the 28TH day of December 2006. Whereby he was Released from Staton Correction Facility located in Elmore County, Alabama at P.O.Box #56, Elmore, Al 36025-0056, and respectfully request that this Honorable Court Please foward any and all correspondences to the same as appears below.

**Submitted** this the 28TH day of December, 2006.

Submitted by,

_____
Marlon Martin (pro-se)
276 Decatur ST
Atlanta, Ga. 30302

## CERTIFICATE OF SERVICE

I Marlon Martin, hereby certify that a true and correct copy of the foregoing was mailed to the below listed parties by placing the same in a pre-paid postage and properly addressed envelope and depositing the same in the U.S. Mail on this the _____ day of _____.

SERVICE TO;
Debra P. Hackett, Clerk
Office of the Clerk
United States District Court
P.O. Box #711
Montgomery, Al 36101-0711

Counsel for Defendant
Porterfield, Harper, Miles & Motlow, P.A.
22 Inverness Center Parkway
Suite 600
Birmingham, Al 35153-0790

SUBMITTED BY

_____
Marlon Martin (pro-se)
_____
_____