IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARLON MARTIN, #225145, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-573-WC |
| | ) | |
| PRISON HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered herewith, it is the

ORDER, JUDGMENT AND DECREE of this court that this case be dismissed

for the plaintiff's abandonment of his claims, his failure to comply with the orders of this

court and his failure to prosecute this cause of action warrant dismissal of this case.

The Clerk of the court is DIRECTED to enter this document on the civil docket

as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 19th day of January, 2007.

/s/ Wallace Capel
WALLACE CAPEL
UNITED STATES MAGISTRATE JUDGE